**No. 25-8129**

_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA; et al.,

*Plaintiffs-Appellees*,

v.

ARKEMA INC., by and through its agent, Legacy Site Services LLC,

*Intervenor-Appellant,*

v.

ACF INDUSTRIES, LLC; et al.,

*Defendants-Appellees,*

GUNDERSON, LLC; et al.,

*Intervenors.*

On Appeal from the U.S. District Court for the District of Oregon
Case No. 3:23-cv-1603-SI
Hon. Michael H. Simon

## APPELLANT'S EXCERPTS OF RECORD
## INDEX VOLUME

Matthew J. Stock
Jessica C. Kerr
HILLIS CLARK MARTIN &
PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, Washington 98104
(206) 623-1745
Email: matthew.stock@hcmp.com
Email: jessica.kerr@hcmp.com
*Attorneys for Legacy Site Services LLC,*
*agent for Appellant Arkema Inc.*

## INDEX

| Document | File Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| **Volume 1 of 6** | | | |
| Amended Opinion and Order | 3/13/2026 | 177 | 2-31 |
| Order | 3/13/2026 | 176 | 32-34 |
| Order on Indicative Ruling | 2/20/2026 | 171 | 35-40 |
| Opinion and Order | 10/23/2025 | 145 | 41-70 |
| **Volume 2 of 6** | | | |
| Restoration Credit Consent Decree | 10/31/2025 | 147 | 72-185 |
| Cash-Out Consent Decree | 10/31/2025 | 146 | 186-319 |
| Minute Order (Granting Intervention) | 9/19/2025 | 139 | 320 |
| **Volume 3 of 6** | | | |
| Transcript of Proceedings (Oral Argument) | 9/29/2025 | n/a | 322-385 |
| Declaration of Jennifer Hughes In Support of Plaintiffs' Motion to Enter Consent Decrees | 9/2/2025 | 130 | 386-395 |
| Exhibit 5 - Portland Harbor Natural Resource Damage Assessment. Phase 2:  Allocation Summary Memo for Ash Grove Cement, Inc. *(Declaration of Jennifer Hughes In Support of Plaintiffs' Motion to Enter Consent Decrees)* | 9/2/2025 | 130-5 | 396-402 |

1

| | | | |
|---|---|---|---|
| Exhibit 10 - Portland Harbor Natural Resource Damage Assessment. Phase 2: Allocation Summary Memo for City of Portland *(Declaration of Jennifer Hughes In Support of Plaintiffs' Motion to Enter Consent Decrees)* | 9/2/2025 | 130-10 | 403-417 |
| Exhibit 11 - Portland Harbor Natural Resource Damage Assessment. Phase 2: Allocation Summary Memo for ESCO Inc. *(Declaration of Jennifer Hughes In Support of Plaintiffs' Motion to Enter Consent Decrees)* | 9/2/2025 | 130-11 | 418-425 |
| Exhibit 12 - Portland Harbor Natural Resource Damage Assessment. Phase 2: Allocation Summary Memo for Evraz Inc. *(Declaration of Jennifer Hughes In Support of Plaintiffs' Motion to Enter Consent Decrees)* | 9/2/2025 | 130-12 | 426-434 |
| Exhibit 13 - Portland Harbor Natural Resource Damage Assessment. Phase 2: Allocation Summary Memo for Gould Electronics, Inc. *(Declaration of Jennifer Hughes In Support of Plaintiffs' Motion to Enter Consent Decrees)* | 9/2/2025 | 130-13 | 435-440 |
| Exhibit 14 - Portland Harbor Natural Resource Damage Assessment. Phase 2: Allocation Summary Memo for HAJ Inc. *(Declaration of Jennifer Hughes In Support of Plaintiffs' Motion to Enter Consent Decrees)* | 9/2/2025 | 130-14 | 441-446 |
| Exhibit 15 - Portland Harbor Natural Resource Damage Assessment. Phase 2: Allocation Summary Memo for Koppers, Inc. *(Declaration of Jennifer Hughes In Support of Plaintiffs' Motion to Enter Consent Decrees)* | 9/2/2025 | 130-15 | 447-453 |
| Plaintiffs' Reply in Support of Their Motion to Enter Consent Decrees | 9/2/2025 | 128 | 454-516 |
| Attachment A - Second Declaration of Troy Baker *(Plaintiffs' Reply in Support of Their Motion to Enter Consent Decrees)* | 9/2/2025 | 128-1 | 517-524 |

2

| Volume 4 of 6 | | | |
|---|---|---|---|
| NW Natural's Opposition to Motion to Enter Consent Decrees | 7/28/2025 | 119 | 526-541 |
| Gunderson LLC's Memorandum of Law in Opposition to Plaintiffs' Motion to Enter Consent Decrees | 7/28/2025 | 115 | 542-566 |
| Declaration of Matthew Stock In Support of Arkema Inc.'s Opposition to Plaintiffs' Motion to Enter Consent Decrees | 7/28/2025 | 113 | 567-572 |
| Exhibit A - 10/03/2018 Portland Harbor Superfund Site Natural Resource Damage Assessment Plan Addendum 2: Phase 3 Damage Assessment Plan *(Declaration of Matthew Stock In Support of Arkema Inc.'s Opposition to Plaintiffs' Motion to Enter Consent Decrees)* | 7/28/2025 | 113-1 | 573-634 |
| Exhibit B - Portland Harbor List of Potentially Responsible Parties who are Liability Letter Recipients *(Declaration of Matthew Stock In Support of Arkema Inc.'s Opposition to Plaintiffs' Motion to Enter Consent Decrees)* | 7/28/2025 | 113-2 | 635-647 |
| Exhibit C - Summary of Portland Harbor Natural Resource Damage Assessment for Purposes of Settlement *(Declaration of Matthew Stock In Support of Arkema Inc.'s Opposition to Plaintiffs' Motion to Enter Consent Decrees)* | 7/28/2025 | 113-3 | 648-679 |
| Exhibit D - Westlaw Additional Authority *(Declaration of Matthew Stock In Support of Arkema Inc.'s Opposition to Plaintiffs' Motion to Enter Consent Decrees)* | 7/28/2025 | 113-4 | 680-686 |
| FMC Corporation's Opposition to Plaintiffs' Motion to Enter Consent Decrees | 7/28/2025 | 112 | 687-731 |
| Arkema Inc.'s Opposition to Plaintiffs' Motion to Enter Consent Decrees | 7/28/2025 | 111 | 732-768 |

3

| | | | |
|---|---|---|---|
| **Volume 5 of 6** | | | |
| Plaintiffs' Motion to Enter Consent Decrees | 6/9/2025 | 85 | 770-810 |
| Attachment A - Declaration of Troy Baker *(Plaintiffs' Motion to Enter Consent Decrees)* | 6/9/2025 | 85-1 | 811-822 |
| Attachment B - Public Comments Received on Consent Decrees *(Plaintiffs' Motion to Enter Consent Decrees)* | 6/9/2025 | 85-2 | 823-886 |
| Attachment C - Plaintiffs' Responses to Public Comments *(Plaintiffs' Motion to Enter Consent Decrees)* | 6/9/2025 | 85-3 | 887-1005 |
| **Volume 6 of 6** | | | |
| Restoration Credit Consent Decree - Appendix C | 11/1/2023 | 4-4 | 1007-1015 |
| Complaint | 11/1/2023 | 1 | 1016-1116 |
| Notice of Appeal | 12/19/2025 | 154 | 1117-1135 |
| Civil Docket for Case No. 3:23-cv-01603-SI - United States District Court, District of Oregon (Portland (3)) - *United States of America et al v. ACF Industries, LLC et al.* | | | 1136-1160 |