No. 25-8129

_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA; et al.,

*Plaintiffs-Appellees*,

v.

ARKEMA INC., by and through its agent, Legacy Site Services LLC,

*Intervenor-Appellant,*

v.

ACF INDUSTRIES, LLC; et al.,

*Defendants-Appellees,*

GUNDERSON, LLC; et al.,

*Intervenors.*

On Appeal from the U.S. District Court for the District of Oregon
Case No. 3:23-cv-1603-SI
Hon. Michael H. Simon

## APPELLANT'S EXCERPTS OF RECORD
## VOLUME 6 OF 6

Matthew J. Stock
Jessica C. Kerr
HILLIS CLARK MARTIN &
PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, Washington 98104
(206) 623-1745
Email: matthew.stock@hcmp.com
Email: jessica.kerr@hcmp.com
*Attorneys for Legacy Site Services LLC,*
*agent for Appellant Arkema Inc.*

PHNRTC RESTORATION CREDIT CD

Portland Harbor Restoration Credit Consent Decree

Appendix C – Table of Contents

| Description | Page(s) |
|---|---|
| Table of Contents | i |
| Table showing Liabilities, Previous Payments, and Balances Owed for all Settling Defendants | 1 |
| Restoration Credit purchases and Payments to be made by each Settling Defendant | 2-8 |

i

ER-1007

PHNRTC RESTORATION CREDIT CD

## Appendix C - Credit CD

| Settling Defendant Name | NRD Liability in DSAYs and Restoration Obligations in DSAY Credits and Dollars | | | | | Assessment Costs Amounts Owed and Funding Previously Provided | | | | Total Cash Owed and Net Payment Required[1] | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Final NRD Allocation to Settling Defendant (in DSAYS) | Number of Credits Purchased / to be Purchased (in DSAYS) | Amount owed to satisfy $1,742 per DSAY[2] | Cash Payment for Remaining NRD Liability (excluding assessment costs) | Total Cash for Restoration | Pro-Rata Share of Trustee Council Assessment Costs | Per Capita Share of Path C General Costs | Total Share of Trustee Council Assessment Costs | Total Funding Received from Defendant by the Trustee Council under FPAs | Total Cash Owed (Total Cash for Restoration + Total Share of Assessment Costs) | Net Payment Required (Total Cash Owed - Total Funding Received under FPAs) |
| City of Portland | 61.03 | 35.00 | $ 60,970.00 | $ 1,835,115.00 | $ 1,896,085.00 | $ 185,371.19 | $ 63,096.85 | $ 248,468.04 | $ 1,809,096.52 | $ 2,144,553.04 | $ 335,456.52 |
| MMGL | 9.45 | 7.85 | $ 13,674.70 | $ 112,800.00 | $ 126,474.70 | $ 29,919.73 | $ 63,096.85 | $ 93,016.58 | $ 217,468.30 | $ 219,491.28 | $ 2,022.98 |
| Oregon Steel Mills | 45.50 | 44.00 | $ 76,648.00 | $ 105,750.00 | $ 182,398.00 | $ 144,057.98 | $ 63,096.85 | $ 207,154.83 | $ 339,621.82 | $ 389,552.83 | $ 49,931.01 |
| PacifiCorp | 13.59 | 11.32 | $ 19,719.44 | $ 160,035.00 | $ 179,754.44 | $ 43,027.43 | $ 63,096.85 | $ 106,124.28 | $ 284,512.23 | $ 285,878.72 | $ 1,366.49 |
| Port of Portland | 199.20 | 199.20 | $ 347,006.40 | $ - | $ 347,006.40 | $ 619,233.54 | $ 63,096.85 | $ 682,330.39 | $ 339,621.82 | $ 1,029,336.79 | $ 689,714.97 |
| Schnitzer | 37.49 | 37.49 | $ 65,307.58 | $ - | $ 65,307.58 | $ 118,697.44 | $ 63,096.85 | $ 181,794.29 | $ 217,468.30 | $ 247,101.87 | $ 29,633.57 |
| Siltronic | 7.46 | 3.75 | $ 6,532.50 | $ 261,555.00 | $ 268,087.50 | $ 22,828.07 | $ 63,096.85 | $ 85,924.92 | $ 352,567.86 | $ 354,012.42 | $ 1,444.56 |
| Totals: | 373.72 | 338.61 | $ 589,858.62 | $ 2,475,255.00 | $ 3,065,113.62 | $ 1,163,135.38 | $ 441,677.95 | $ 1,604,813.33 | $ 3,560,356.85 | $ 4,669,926.95 | $ 1,109,570.10 |

Notes:

1 - Section VIII of this Consent Degree provides the mechanism for payment of each Settling Defendant's Net Payment Required as set forth above in this Appendix C.

2 - The $1,742 payment for each DSAY credit purchased from a Restoration Credit Seller is compensation for recreational losses, tribal services losses, and Portland Harbor-wide monitoring and stewardship. DSAY credits purchased from Restoration Credit Sellers do not include this compensation, which is built into the Trustee Council's DSAY cash out price.

1

PHNRTC RESTORATION CREDIT CD

Portland Harbor Restoration Credit Consent Decree

Appendix C – Payments and Restoration Credit Purchases to be made by Settling Defendant

City of Portland

1. DSAY Restoration Credit Purchases.

   Total number of credits to be purchased: 35 DSAYs

   DSAY Credits to be purchased from the following Restoration Credit Seller(s), with the number of DSAY credits to be purchased from each Restoration Credit Seller shown in parenthesis: [Alder Creek]

2. Cash Payment. City of Portland shall make a cash payment in the amount of $335,456.52 in accordance with Paragraph 65 of the Consent Decree. This amount is calculated as follows:

| | Item | Amount |
|---|---|---|
| a. | $1,742 for each DSAY Restoration Credit, to compensate for recreational service losses and tribal service losses, plus | $60,970.00 |
| b. | $70,500 for each of the 26.03 DSAYs in the Final NRD Allocation for which a DSAY Restoration Credit was not purchased, plus | $1,835,115.00 |
| c. | Final Allocated Share of Trustee Council Assessment Costs, minus | $248,468.04 |
| d. | Total Funding Received from Settling Defendant by the Trustee Council under FPAs | -$1,809,096.52 |
| | **NET CASH PAYMENT:** | **$335,456.52** |

2

PHNRTC RESTORATION CREDIT CD

Portland Harbor Restoration Credit Consent Decree

Appendix C – Payments and Restoration Credit Purchases to be made by Settling Defendant

MMGL

1. DSAY Restoration Credit Purchases.

    Total number of credits to be purchased: 7.85 DSAYs

    DSAY Credits to be purchased from the following Restoration Credit Seller(s), with the number of DSAY credits to be purchased from each Restoration Credit Seller shown in parenthesis: [PGE Harborton]

2. Cash Payment. MMGL shall make a cash payment in the amount of $2,022.98 in accordance with Paragraph 65 of the Consent Decree. This amount is calculated as follows:

| Item | Amount |
|---|---|
| a. $1,742 for each DSAY Restoration Credit, to compensate for recreational service losses and tribal service losses, plus | $13,674.70 |
| b. $70,500 for each of the 1.6 DSAYs in the Final NRD Allocation for which a DSAY Restoration Credit was not purchased, plus | $112,800.00 |
| c. Final Allocated Share of Trustee Council Assessment Costs, minus | $93,016.58 |
| d. Total Funding Received from Settling Defendant by the Trustee Council under FPAs | -$217,468.30 |
| **NET CASH PAYMENT:** | **$2,022.98** |

ER-1010

PHNRTC RESTORATION CREDIT CD

Portland Harbor Restoration Credit Consent Decree

Appendix C – Payments and Restoration Credit Purchases to be made by Settling Defendant

Oregon Steel Mills (EVRAZ)

1. DSAY Restoration Credit Purchases.

   Total number of credits to be purchased: 44.00 DSAYs

   DSAY Credits to be purchased from the following Restoration Credit Seller(s), with the number of DSAY credits to be purchased from each Restoration Credit Seller shown in parenthesis: [PGE Harborton]

2. Cash Payment.  Oregon Steel Mills (EVRAZ) shall make a cash payment in the amount of $49,931.01 in accordance with Paragraph 65 of the Consent Decree.  This amount is calculated as follows:

| Item | | Amount |
|---|---|---|
| a. | $1,742 for each DSAY Restoration Credit, to compensate for recreational service losses and tribal service losses, plus | $76,648.00 |
| b. | $70,500 for each of the 1.5 DSAYs in the Final NRD Allocation for which a DSAY Restoration Credit was not purchased, plus | $105,750.00 |
| c. | Final Allocated Share of Trustee Council Assessment Costs, minus | $207,154.83 |
| d. | Total Funding Received from Settling Defendant by the Trustee Council under FPAs | -$339,621.82 |
| | **NET CASH PAYMENT:** | **$49,931.01** |

4

ER-1011

PHNRTC RESTORATION CREDIT CD

<u>Portland Harbor Restoration Credit Consent Decree</u>

<u>Appendix C – Payments and Restoration Credit Purchases to be made by Settling Defendant</u>

<u>PacifiCorp</u>

1.  DSAY Restoration Credit Purchases.

    Total number of credits to be purchased: 11.32 DSAYs

    DSAY Credits to be purchased from the following Restoration Credit Seller(s), with the number of DSAY credits to be purchased from each Restoration Credit Seller shown in parenthesis: [PGE Harborton (5.66 DSAY Credits) and Rinearson Natural Area (5.66 DSAY Credits)]

2.  Cash Payment.  PacifiCorp shall make a cash payment in the amount of $1,366.49 in accordance with Paragraph 65 of the Consent Decree.  This amount is calculated as follows:

| Item | Amount |
|---|---|
| a. $1,742 for each DSAY Restoration Credit, to compensate for recreational service losses and tribal service losses, plus | $19,719.44 |
| b. $70,500 for each of the 2.27 DSAYs in the Final NRD Allocation for which a DSAY Restoration Credit was not purchased, plus | $160,035.00 |
| c. Final Allocated Share of Trustee Council Assessment Costs, minus | $106,124.28 |
| d. Total Funding Received from Settling Defendant by the Trustee Council under FPAs | -$284,512.23 |
| **NET CASH PAYMENT:** | **$1,366.49** |

5

PHNRTC RESTORATION CREDIT CD

<u>Portland Harbor Restoration Credit Consent Decree</u>

<u>Appendix C – Payments and Restoration Credit Purchases to be made by Settling Defendant</u>

<u>Port of Portland</u>

1.  DSAY Restoration Credit Purchases.

    Total number of credits to be purchased: 199.20 DSAYs

    DSAY Credits to be purchased from the following Restoration Credit Seller(s), with the number of DSAY credits to be purchased from each Restoration Credit Seller shown in parenthesis: [Linnton Mill (99.6 DSAY Credits) and Rinearson Natural Area (99.6 DSAY Credits)]

2.  Cash Payment.  Port of Portland shall make a cash payment in the amount of $689,714.97 in accordance with Paragraph 65 of the Consent Decree.  This amount is calculated as follows:

| Item | Amount |
|---|---|
| a.  $1,742 for each DSAY Restoration Credit, to compensate for recreational service losses and tribal service losses, plus | $347,006.40 |
| b.  $70,500 for each of the 0 DSAYs in the Final NRD Allocation for which a DSAY Restoration Credit was not purchased, plus | $0 |
| c.  Final Allocated Share of Trustee Council Assessment Costs, minus | $682,330.39 |
| d.  Total Funding Received from Settling Defendant by the Trustee Council under FPAs | -$339,621.82 |
| **NET CASH PAYMENT:** | **$689,714.97** |

6

ER-1013

PHNRTC RESTORATION CREDIT CD

<u>Portland Harbor Restoration Credit Consent Decree</u>

<u>Appendix C – Payments and Restoration Credit Purchases to be made by Settling Defendant</u>

<u>Schnitzer</u>

1. DSAY Restoration Credit Purchases.

   Total number of credits to be purchased: 37.49 DSAYs

   DSAY Credits to be purchased from the following Restoration Credit Seller(s), with the number of DSAY credits to be purchased from each Restoration Credit Seller shown in parenthesis: [PGE Harborton]

2. Cash Payment.  Schnitzer shall make a cash payment in the amount of $29,633.57 in accordance with Paragraph 65 of the Consent Decree.  This amount is calculated as follows:

| Item | Amount |
|---|---|
| a. $1,742 for each DSAY Restoration Credit, to compensate for recreational service losses and tribal service losses, plus | $65,307.58 |
| b. $70,500 for each of the 0 DSAYs in the Final NRD Allocation for which a DSAY Restoration Credit was not purchased, plus | $0 |
| c. Final Allocated Share of Trustee Council Assessment Costs, minus | $181,794.29 |
| d. Total Funding Received from Settling Defendant by the Trustee Council under FPAs | -$217,468.30 |
| **NET CASH PAYMENT:** | **$29,633.57** |

7

ER-1014

PHNRTC RESTORATION CREDIT CD

Portland Harbor Restoration Credit Consent Decree

Appendix C – Payments and Restoration Credit Purchases to be made by Settling Defendant
Siltronic

1.  DSAY Restoration Credit Purchases.

    Total number of credits to be purchased: 3.75 DSAYs

    DSAY Credits to be purchased from the following Restoration Credit Seller(s), with the
    number of DSAY credits to be purchased from each Restoration Credit Seller shown in
    parenthesis: [PGE Harborton]

2.  Cash Payment.  Siltronic shall make a cash payment in the amount of $1,444.56 in
    accordance with Paragraph 65 of the Consent Decree.  This amount is calculated as
    follows:

| | Item | Amount |
|---|---|---|
| a. | $1,742 for each DSAY Restoration Credit, to compensate for recreational service losses and tribal service losses, plus | $6,532.50 |
| b. | $70,500 for each of the 3.71 DSAYs in the Final NRD Allocation for which a DSAY Restoration Credit was not purchased, plus | $261,555.00 |
| c. | Final Allocated Share of Trustee Council Assessment Costs, minus | $85,924.92 |
| d. | Total Funding Received from Settling Defendant by the Trustee Council under FPAs | -$352,567.86 |
| | **NET CASH PAYMENT:** | **$1,444.56** |

8

ER-1015

[Counsel for Plaintiffs are identified
in Plaintiffs' signature blocks]

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA; the STATE OF OREGON; the CONFEDERATED TRIBES OF THE GRAND RONDE COMMUNITY OF OREGON; the CONFEDERATED TRIBES OF SILETZ INDIANS; the CONFEDERATED TRIBES OF THE UMATILLA INDIAN RESERVATION; the CONFEDERATED TRIBES OF THE WARM SPRINGS RESERVATION OF OREGON; and the NEZ PERCE TRIBE,<br><br>    Plaintiffs,<br><br>           v.<br><br>ACF INDUSTRIES, LLC; AIRGAS USA LLC; AIR LIQUIDE AMERICA L.P.; ASH GROVE CEMENT COMPANY; ASHLAND INC.; BEAZER EAST, INC.; BNSF RAILWAY COMPANY; CALBAG METALS CO.; CITY OF PORTLAND; ESCO GROUP LLC; EVRAZ INC. NA (FKA OREGON STEEL MILLS AND GILMORE STEEL); GOULD ELECTRONICS INC.; HAJ, INC., D/B/A CHRISTENSON OIL COMPANY; HERCULES LLC; KOPPERS INC.; MCCALL OIL & CHEMICAL CORPORATION; MCCALL OIL REAL ESTATE COMPANY LLC; MOREC FRONT LLC; GWC PROPERTIES, LLC; GWC FRONT, LLC; TANKER BASIN LLC; MMGL LLC; NORTHWEST PIPE COMPANY (FKA NORTHWEST PIPE & CASING COMPANY AND NORTHWEST PIPE AND CASING COMPANY); PACIFICORP, AN OREGON CORPORATION; PORT OF PORTLAND; PORTLAND GENERAL ELECTRIC COMPANY (PGE); PORTLAND TERMINAL RAILROAD COMPANY; SCHNITZER STEEL INDUSTRIES, INC.; SILTRONIC CORPORATION; SULZER PUMPS (US) INC.; and VALVOLINE INC.,<br><br>    Defendants. | No. 3:23-cv-1603<br><br>**COMPLAINT** |

ER-1016

Plaintiffs United States of America ("United States"), by authority of the Attorney General, on behalf of the National Oceanic and Atmospheric Administration ("NOAA") of the U.S. Department of Commerce and the U.S. Department of the Interior ("DOI"); the State of Oregon (the "State"); the Confederated Tribes of the Grand Ronde Community of Oregon; the Confederated Tribes of Siletz Indians; the Confederated Tribes of the Umatilla Indian Reservation; the Confederated Tribes of the Warm Springs Reservation of Oregon; and the Nez Perce Tribe (collectively "Plaintiffs"), allege as follows:

## I.  GENERAL ALLEGATIONS

1.      This is a civil action under Section 107(a) of the Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA), 42 U.S.C. § 9607(a); Section 311 of the Clean Water Act (CWA), 33 U.S.C. § 1321; Section 1002(b) of the Oil Pollution Act (OPA), 33 U.S.C. § 2702(b); the Oregon Hazardous Waste and Hazardous Materials Act, ORS § 465; and ORS § 468B.060, for damages for injury to, destruction of, or loss of natural resources resulting from the release of hazardous substances and discharges of oil into the Willamette River in and near Portland, Oregon.

## II.  JURISDICTION AND VENUE

2.      This Court has jurisdiction over this case pursuant to Sections 107 and 113(b) of CERCLA, 42 U.S.C. §§ 9607 and 9613(b); Section 311(n) of the CWA, 33 U.S.C. § 1321(n); Section 1017(b) of OPA, 33 U.S.C. § 2717(b); and 28 U.S.C. §§ 1331, 1345 and 1367(a).

3.      Venue is proper in this district pursuant to Section 113(b) of CERCLA, 42 U.S.C. § 9613(b); Section 1017(b) of OPA, 33 U.S.C. § 2717(b); and 28 U.S.C. § 1391(b) and (c).

## III.  PLAINTIFFS

4.      Pursuant to Section 107(f) of CERCLA, 42 U.S.C. § 9607(f), Section 1006 of OPA, 33 U.S.C. § 2706, Section 311(f)(5) of the CWA, 33 U.S.C. § 1321(f)(5), and 40 C.F.R. § 300.600, NOAA, on behalf of the U.S. Department of Commerce, is a trustee for certain natural resources that are the subject of this action.

Complaint                                          1

5. Pursuant to Section 107(f) of CERCLA, 42 U.S.C. § 9607(f), Section 1006 of OPA, 33 U.S.C. § 2706, Section 311(f)(5) of the CWA, 33 U.S.C. § 1321(f)(5), and 40 C.F.R. § 300.600, DOI is a trustee for certain natural resources that are the subject of this action.

6. Pursuant to Section 107(f) of CERCLA, 42 U.S.C. § 9607(f), Section 1006 of OPA, 33 U.S.C. § 2706, Section 311(f)(5) of the CWA, 33 U.S.C. § 1321(f)(5), 40 C.F.R. § 300.605, ORS § 465, and ORS § 468B.060, the State is a trustee for certain natural resources that are the subject of this action.

7. Pursuant to Section 107(f) of CERCLA, 42 U.S.C. § 9607(f), Section 1006 of OPA, 33 U.S.C. § 2706, and 40 C.F.R. § 300.610, the Confederated Tribes of the Grand Ronde Community of Oregon is a trustee for certain natural resources that are the subject of this action.

8. Pursuant to Section 107(f) of CERCLA, 42 U.S.C. § 9607(f), Section 1006 of OPA, 33 U.S.C. § 2706, and 40 C.F.R. § 300.610, the Confederated Tribes of Siletz Indians is a trustee for certain natural resources that are the subject of this action.

9. Pursuant to Section 107(f) of CERCLA, 42 U.S.C. § 9607(f), Section 1006 of OPA, 33 U.S.C. § 2706, and 40 C.F.R. § 300.610, the Confederated Tribes of the Umatilla Indian Reservation is a trustee for certain natural resources that are the subject of this action.

10. Pursuant to Section 107(f) of CERCLA, 42 U.S.C. § 9607(f), Section 1006 of OPA, 33 U.S.C. § 2706, and 40 C.F.R. § 300.610, the Confederated Tribes of the Warm Springs Reservation of Oregon is a trustee for certain natural resources that are the subject of this action.

11. Pursuant to Section 107(f) of CERCLA, 42 U.S.C. § 9607(f), Section 1006 of OPA, 33 U.S.C. § 2706, and 40 C.F.R. § 300.610, the Nez Perce Tribe is a trustee for certain natural resources that are the subject of this action.

12. Each trustee for natural resources identified in this section ("Trustee") is a member of the Portland Harbor Natural Resource Trustee Council ("Trustee Council"). All members of the Trustee Council serve as trustees for the assessment and recovery of damages for injury to, destruction of, loss of and/or loss of use of natural resources and/or the services provided by those resources under their trusteeship.

Complaint                                    2

## IV.  INJURIES TO NATURAL RESOURCES

13.    The Willamette River is a highly industrialized river that flows through Portland, Oregon.  As a result of releases of hazardous substances and discharges of oil from facilities located near and adjacent to the Willamette River, the United States Environmental Protection Agency listed the Portland Harbor Superfund Site (the "Site") on the National Priorities List in 2000.  65 *Fed. Reg.* 75179, 75181 (Dec. 1, 2000).

14.    The Willamette River is a "navigable water" within the meaning of Section 1001(21) of OPA, 33 U.S.C. § 2701(21), and Sections 311 and 502(7) of the CWA, 33 U.S.C. §§ 1321 and 1362(7).

15.    The Willamette River is contaminated with oil and a variety of hazardous substances, including polycyclic aromatic hydrocarbons ("PAHs"), polychlorinated biphenyls ("PCBs"), cadmium, copper, lead, mercury, tributyltin ("TBT"), bis 2-ethylhexyl phthalate, dichlorodiphenyltrichloroethane ("DDT"), dichlorodiphenyldichloroethylene ("DDE"), dichlorodiphenyldichloroethane ("DDD"), and 4-methyl phenol. Overall, the Trustees have identified the presence of over 45 hazardous substances in the sediments of the Willamette River.

16.    Hazardous substances and oil have been and are being released and discharged into the Portland Harbor Natural Resource Damage Assessment Area from properties and/or facilities owned and/or operated by Defendants through direct discharges, other process discharges, storm water discharges, surface water runoff, wastewater discharges, and/or groundwater and/or seep discharges, and those hazardous substances and oil have caused injury to, destruction of, loss of and/or loss of use of natural resources in the Portland Harbor Natural Resource Damage Assessment Area under Plaintiffs' trusteeship, including sediment, invertebrates, fish, wildlife, and other resources that are specifically of tribal importance.  Each Trustee and the public have suffered the loss of natural resource services (including ecological services as well as direct and passive human use losses) as a consequence of those injuries.

17.    The Trustee Council assessed injuries to natural resources from hazardous substances and oil in the "Portland Harbor Natural Resource Damage Assessment Area," which includes the waters, shoreline, intertidal areas, and bottom sediments, of the Willamette River,

Complaint                                                        3

including Swan Island Lagoon, from approximately River Mile 12.3 to approximately River Mile 0.8 near the confluence with the Columbia River, as well as the upper 1.2 miles of the Multnomah Channel.

## V. DEFENDANTS

18.     Defendants (including Defendants' predecessors in interest) own and/or operate, or in the past owned and/or operated, real property and/or facilities, identified by tax parcel or other property description for each Defendant in Appendix A of this Complaint. Operations were conducted on Defendants' real property and/or facilities in Appendix A during Defendants' (including Defendants' predecessors') periods of ownership and/or operation as follows:

a.     ACF Industries, LLC, is a past and present owner and past operator of the real property and facilities described in Appendix A. Operations on the identified property include: lumber mill operations; rail car repair, cleaning, sandblasting, and painting; metal fabrication and transformer repair; and wooden crate/pallet fabrication. Activities or occurrences on the property that may have resulted in releases of hazardous substances and/or discharges of oil include: aboveground storage of diesel; underground storage of leaded gasoline and waste oil; vehicle operations and/or washing; unprotected storage of petroleum contaminated soil; and unprotected storage of spent sandblasting grit.

b.     Airgas USA LLC and Air Liquide America L.P. are past and/or present owners and/or operators of the real property and facilities described in Appendix A. Operations on the identified property include: acetylene and hydrogen gas manufacturing and calcium hydroxide manufacturing (a byproduct of the acetylene manufacturing process); production of oxygen and nitrogen; and storage and disposal of non-magnetic auto shredder wastes. Activities or occurrences on the property that may have resulted in releases of hazardous substances and/or discharges of oil include: landfilling of construction and demolition debris, auto shredder wastes, dredged sediments, Doane Lake, and scrap metal; oil/water separation and filtration; petroleum leaks and/or spills; underground storage of heating oil; underground septic tank use; slag storage or landfilling; aboveground storage of naphtha solvent and other petroleum

Complaint                                4

products; fueling operations; ink manufacturing; lubricating oil use in manufacturing; and scrap metal yard operations.

    c.    Ash Grove Cement Company is a past and present owner and operator of the real property and facilities described in Appendix A.  Operations on the identified property include: lime manufacturing; production of powdered limestone and dolomite; and cement storage and distribution.  Activities or occurrences on the property that may have resulted in releases of hazardous substances and/or discharges of oil include: aboveground storage of diesel, hydraulic fluid, lubrication oil, waste oil, and other petroleum products; boat moorage or marina operations; cement/limestone manufacturing and/or distribution; use of creosote-treated railroad ties and wood pilings; extensive vehicle operations or washing; landfilling of dredged sediments; PCB capacitor use; PCB contaminated oil spillage; PCB transformer use, spills, and/or storage; petroleum leaks and spills; scrap metal yard operations; underground storage of gasoline; fueling operations; hydraulic oil leaks and spills; and ship maintenance and/or construction.

    d.    Ashland, Inc., Hercules, LLC, and Valvoline, Inc., collectively are past owners and past and/or present operators of the real property and facilities described in Appendix A. Operations on the identified property include: storage and/or distribution of fatty acids, petroleum products, and car care products; shipping, receiving, blending, and packaging of petroleum products; production and distribution of chemical products used in the paper industry; storage, repackaging, drum washing, and shipment of industrial chemicals, food grade materials, and plastic pellets; and repackaging, blending, and distribution of petroleum products, chemicals, resin, acids, and bases.  Activities or occurrences on the property that may have resulted in releases of hazardous substances and/or discharges of oil include: steel manufacturing; petroleum leaks and/or spills; fueling operations; fuel oil use; underground storage of heating oil, diesel, waste oil, gasoline, and other petroleum products; aboveground storage of waste oil and other petroleum products; adhesives production; adhesives waste disposal; extensive vehicle operations; and landfilling of dredged sediments.

Complaint                  5

e.      Beazer East, Inc. is a past operator of the real property and facilities described in Appendix A.  Operations on the identified property include: distillation of coal tar to produce chemicals, oil, creosote, and pitch; and terminal operations for the receipt, storage, and distribution of pitch and creosote.  Activities or occurrences on the property that may have resulted in releases of hazardous substances and/or discharges of oil include: aboveground storage of petroleum products; coal tar distillation plant operations; coal tar pitch distribution; landfilling of coal tar distillates; disposal of coal tar distillation wastewater; oil/water separation and filtration; petroleum leaks and/or spills; and ship berthing.

f.      BNSF Railway Company is a past and present owner and operator of the real property and facilities described in Appendix A.  Operations on the identified property include: railroad operations and related activities, including passenger and freight transport, freight handling, switching, locomotive fueling, and railroad maintenance.  Activities or occurrences on the property that may have resulted in releases of hazardous substances and/or discharges of oil include: use of creosote treated railroad ties; fueling operations; petroleum leaks and spills; fuel oil use; aboveground and underground storage of petroleum products, including underground storage of diesel and Bunker C Fuel; landfilling of dredged sediments; extensive vehicle operations; unprotected storage of petroleum-contaminated soil, paint waste, and lead acid batteries; landfilling of construction and demolition debris; and steel manufacturing.

g.      Calbag Metals Company is a past and present owner and operator of the real property and facilities described in Appendix A.  Operations on the identified property include: metals recycling operations; wire chopping; outdoor storage of metals; cutting of oversized stainless steel; baling; and metals storage and distribution.  Activities or occurrences on the property that may have resulted in releases of hazardous substances and/or discharges of oil include: scrap metal yard operations; oil/water separation and filtration; aboveground storage of waste oil; and extensive vehicle operations.

h.      The City of Portland is a past and present owner and operator of the real property and facilities described in Appendix A.  Operations on the identified property include: shipbuilding, ship maintenance, and ship berthing; lumber, chain, and steel manufacturing; mill

Complaint                                    6

and machine shop operations; auto repair; metal forging, cleaning, machining, shaping, cutting, and painting; dry dock operations; lumber mill operations; boat ramp operations; fireboat moorage and operations; incinerator operations; landfilling of municipal wastes and incinerator ash; operation of released conveyance system facilities, such as outfalls and combined sewer overflow systems; paving plant operations; concrete handling operations; operation of electrical substations, transformer storage, and transformer repair; roadway operations; storage of de-icing materials; vehicle parking; laboratory operations; rail yard operations and rail car storage; coliseum operations; firefighting training operations; electrical transformer repair; and manufacturing of stone, clay, and glass.  Activities or occurrences on the property that may have resulted in releases of hazardous substances and/or discharges of oil include: use of creosote-treated railroad ties and wood pilings; landfilling of dredged sediments; landfilling of construction and demolition debris; municipal landfill operations; ship berthing; ship/boat maintenance and/or construction; aboveground storage of heating oil and other petroleum products; underground storage of diesel, gasoline, heating oil, Bunker C fuel, waste oil, and other petroleum products; petroleum leaks and/or spills; boat moorage; fueling operations; waste transfer station operations; asphalt batch plant operations and/or asphalt production; extensive vehicle operations or washing; unprotected storage of petroleum contaminated soil; mechanical and/or electric motor repair and maintenance; and operation of released conveyance system facilities.

i.      ESCO Group LLC is a past and present owner and operator of the real property and facilities described in Appendix A.  Operations on the identified property include operation of two steel foundries and landfilling of used foundry-related waste materials, such as spent sand cores, molds, slag, and refractory materials.  Activities or occurrences on the property that may have resulted in releases of hazardous substances and/or discharges of oil include: steel fabrication; industrial landfilling of steel foundry waste; landfilling of Doane Lake; above-ground storage of hydraulic fluid, waste oil, and diesel; underground storage of waste oil, diesel, and gasoline; and fueling operations.

Complaint                                          7

j.       EVRAZ Inc. NA is a past and present owner and operator of the real property and facilities described in Appendix A.  Operations on the identified property include: steel manufacturing, smelting, recycling, and storage; landfilling of waste materials; pipe coating; steel product and materials cutting, handling, and storage; and storage and repair of seagoing containers and equipment.  Activities or occurrences on the property that may have resulted in releases of hazardous substances and/or discharges of oil include: aboveground storage of diesel, gasoline, hydraulic fluid, kerosene, and other petroleum products; use of creosote-treated railroad ties and wood pilings; extensive vehicle operations; fueling operations; hydraulic fluid use; hydraulic oil leakage and/or spills; petroleum leaks and/or spills; landfilling of dredged sediments; landfilling of construction and demolition debris; oil/water separation and filtration; PCB-containing capacitor use; PCB transformer use, spills, and/or storage; underground storage of diesel, gasoline, Bunker C fuel, and other petroleum products; steel fabrication; use of lubricating oil in manufacturing; sandblasting (for other than boats or vessels); scrap metal yard operation; slag storage or landfilling; and sump discharges.

k.       Gould Electronics Inc. is a past and present owner and past operator of the real property and facilities described in Appendix A.  Operations on the identified property include: cable sweating, lead refining, battery breaking, and lead oxide production.  Activities or occurrences on the property that may have resulted in releases of hazardous substances and/or discharges of oil include: battery breaking, hydraulic fluid use, landfilling of dredged sediments, landfilling of shredded battery casings, lead smelting and/or refining, and PCB transformer use.

l.       HAJ Inc. is a past and present owner and operator of the real property and facilities described in Appendix A.  Operations on the identified property include: bulk petroleum blending, mixing, storage, and distribution, particularly lubricating and other specialty oils.  Activities or occurrences on the property that may have resulted in releases of hazardous substances and/or discharges of oil include: aboveground storage of kerosene, lubrication oil, and other petroleum products; underground storage of diesel and other petroleum products; extensive vehicle operations or washing; hydraulic oil leakage and/or spills; petroleum leaks and/or spills; and unprotected storage of petroleum contaminated soil.

Complaint                                        8

m.      Koppers Inc. is a past and present operator of the real property and facilities described in Appendix A.  Operations on the identified property include: storage and distribution operations of coal tar pitch and other related products via railroad tank cars or bulk cargo ships.  Activities or occurrences on the property that may have resulted in releases of hazardous substances and/or discharges of oil include: aboveground storage of petroleum products; coal tar pitch distribution and/or storage; petroleum leaks and/or spills; ship berthing; and extensive vehicle operations or washing.

n.      McCall Oil and Chemical Corporation, McCall Oil Real Estate Company LLC, Morec Front LLC, GWC Properties, LLC, GWC Front, LLC, and Tanker Basin LLC collectively are past and/or present owners and past and/or present operators of the real property and facilities described in Appendix A.  Operations on the identified property include: marine terminal operations to store, blend, and distribute petroleum products, including asphalt, bunker fuel, marine diesel oil, and diesel fuel; asphalt plant operations; and operation of facilities to store and distribute industrial chemicals.  Activities or occurrences on the property that may have resulted in releases of hazardous substances and/or discharges of oil include: asphalt batch plant operations and/or asphalt production; use of creosote treated wood pilings; extensive vehicle operations or washing; fuel oil use; fueling operations; landfilling of dredged sediments; use of lubricating oil in manufacturing; oil/water separation and filtration; petroleum leaks and/or spills; and aboveground storage of chemicals.

o.      MMGL LLC is a past and present owner of the real property and facilities described in Appendix A.  Operations on the identified property include: petroleum product handling and storage; edible oil storage; tugboat operations; car crushing; container storage; automotive trailer manufacturing; railroad spur operations; dry good storage; trucking and warehousing; truck maintenance and repair; scrap metal storage and recycling; metals recycling; log storage; steel manufacturing; ship repair and dismantling; wood products manufacturing; landfilling; acetylene manufacturing; commercial warehouse operations; wood and steel door fabrication; and commercial PCB-decommissioning.  Activities or occurrences on the property that may have resulted in releases of hazardous substances and/or discharges of oil include: use

Complaint                                                  9

of creosote-treated wood pilings and railroad ties; landfilling of dredged sediments, auto-shredder residue, construction and demolition debris, and scrap metal; underground storage of diesel, gasoline, hydraulic fluid, heating oil, Bunker C fuel, lubrication oil, waste oil, and other petroleum products; ship berthing; ship/boat maintenance and/or construction; and storage or landfilling of slag.

p.    Northwest Pipe Company is a past and present owner and past and present operator of the real property and facilities described in Appendix A.  Operations on the identified property include steel pipe manufacturing; metals scrap yard operations; and storage of steel pipe and coal tar cylinders.  Activities or occurrences on the property that may have resulted in releases of hazardous substances and/or discharges of oil include: steel fabrication; uncovered coal and/or coal tar storage; sandblasting (for other than boats or vessels); PCB transformer use; PCB-contaminated oil spill(s); landfilling of dredged sediments; underground storage of gasoline; and aboveground storage of diesel, gasoline, hydraulic oil, waste oil, and other petroleum products.

q.    PacifiCorp is a past and present owner and operator of the real property and facilities described in Appendix A.  Operations on the identified property include operation of an electrical distribution network (including poles, vaults, underground cables, submerged cables, transmission lines, transformers, and substations) and vehicle and equipment maintenance, repair, and storage.  Activities or occurrences on the property that may have resulted in releases of hazardous substances and/or discharges of oil include: petroleum leaks and/or spills; storage or transporting of PCB-contaminated materials; PCB transformer use, spills, and/or storage; mechanical and/or electrical motor repair and/or maintenance; storage of lead batteries; underground storage of gasoline, kerosene, and diesel; aboveground storage of waste oil; use of creosote-treated utility poles; fueling operations; oil/water separation and filtration; and mercury spill(s).

r.    Portland General Electric Company is a past and present owner and operator of the real property and facilities described in Appendix A.  Operations on the identified property include: power plant operations; operation of an electrical distribution network (including poles,

Complaint                                     10

vaults, underground cables, submerged cables, transmission lines, transformers, and substations); and vehicle and equipment maintenance, repair, and storage.  Activities or occurrences on the property that may have resulted in releases of hazardous substances and/or discharges of oil include: aboveground storage of diesel; underground storage of heating oil; use of creosote-treated railroad ties and wood pilings; fueling operations; gas turbine power generation; landfilling of dredged sediment; PCB capacitor use; PCB transformer use; PCB oil spill(s); petroleum leaks and/or spills; oil/water separation and filtration; and storage of PCB-contaminated material.

s.      Port of Portland is a past and present owner and operator of the real property and facilities described in Appendix A.  Operations on the identified property include: shipping terminal operations; shipbuilding and ship repair; airport operations; storage of materials, chemicals, and petroleum products; concrete mixing; stormwater and process water storage and treatment; vehicle parking and staging; sediment dredging; dock maintenance and repair; and vessel birthing.  Activities or occurrences on the property that may have resulted in releases of hazardous substances and/or discharges of oil include: use of creosote-treated railroad ties and wood pilings; landfilling of construction and demolition debris, used sandblast grit, dredged sediments, and Doane Lake; petroleum leaks and/or spills; underground storage of diesel, gasoline, heating oil, waste oil, and other petroleum products; aboveground storage of diesel, gasoline, kerosene, lubrication oil, heating oil, Bunker C fuel, bilge water, waste oil, and other petroleum products; operation of unprotected petroleum sumps; coal and/or coal tar pitch storage and/or distribution; hydraulic fluid use; hydraulic oil leakage and/or spills; PCB capacitor use; PCB transformer use, spills, and/or storage; petroleum leaks and/or spills; slag storage or landfilling; extensive vehicle operations or washing; ship berthing; ship/boat maintenance and/or construction; fueling operations; application/disposal of pesticides; ballast water storage/treatment; fuel oil use; sandblasting (for other than boats or vessels); unprotected storage of spent sandblasting grit; wood preservative use; and contaminant releases from sunken ships.

Complaint                                    11

t.      Portland Terminal Railroad Company is a past and present owner and operator of the real property and facilities described in Appendix A.  Operations on the identified property include: railcar switching; locomotive servicing and fueling; railcar loading; and storage of empty railway cars.  Activities or occurrences on the property that may have resulted in releases of hazardous substances and/or discharges of oil include: extensive vehicle operations (railyard); burning waste and/or debris; fueling operations; use of creosote-treated railroad ties; unprotected storage of petroleum-contaminated soil; hydraulic oil use, leakage, and/or spills; unprotected storage of spent sandblasting grit; unprotected storage of paint waste; aboveground storage of diesel, heating oil, and other petroleum products; underground storage of diesel, gasoline, heating oil, Bunker C fuel, kerosene, lubrication oil, waste oil, and other petroleum products; petroleum leaks and/or spills; fueling operations; disposal of liquid manufactured gas plant waste; coal gasification plant/refinery operations; and steel fabrication.

u.      Schnitzer Steel Industries, Inc. is a past and present owner and operator of the real property and facilities described in Appendix A.  Operations on the identified property include: metals recycling; steel fabrication and distribution and storage of steel products, parts, and equipment; final ship assembly; ship dismantling; automobile recycling; landfilling auto shredder residue; operation of a machining, welding, and repair shop; warehousing; and truck terminal operations, including painting and repairs.  Activities or occurrences on the property that may have resulted in releases of hazardous substances and/or discharges of oil include: aboveground storage of hydraulic fluid, diesel, gasoline, waste oil, and other petroleum products; underground storage of gasoline, diesel, hydraulic fluid, lubrication oil, and other petroleum products; oil/water separation and filtration; auto-shredder residue generation and/or storage and landfilling; use of creosote-treated railroad ties and wood pilings; extensive vehicle operations; landfilling of dredged sediments; petroleum leaks and/or spills; scrap metal yard operations; ship berthing and dismantling; steel fabrication; storage of lead batteries; dissemination of lead; and mechanical and/or electric motor repair and maintenance.

v.      Siltronic Corporation is a past and present owner and operator of the real property and facilities described in Appendix A.  Operations on the identified property include

Complaint                                                    12

ER-1028

manufacture of hyper-pure silicon wafers. Activities or occurrences on the property that may have resulted in releases of hazardous substances and/or discharges of oil include: aboveground storage of diesel, waste oil, and other petroleum products; generation of hazardous waste; landfilling of dredged sediments; oil/water separation and filtration; PCB-containing capacitor use; PCB transformer use, spills, and/or storage; and petroleum leaks and/or spills.

w.    Sulzer Pumps (US) Inc. is a past and present owner and operator of the real property and facilities described in Appendix A. Operations on the identified property include pump manufacturing, pump refurbishing, and other manufacturing and repair activities. Activities or occurrences on the property that may have resulted in releases of hazardous substances and/or discharges of oil include: aboveground storage of diesel, waste oil, and other petroleum products; underground storage of diesel, gasoline, hydraulic fluid, heating oil, waste oil, and other petroleum products; use of creosote-treated railroad ties and wood pilings; extensive vehicle operations and washing; landfilling of dredged sediments; locomotive maintenance and/or manufacturing; painting boats or marine vessels; PCB transformer use, spills, and/or storage; pump manufacturing and/or refurbishing; ship berthing; ship/boat maintenance and/or construction; slag storage or landfilling; steel fabrication; unprotected storage of spent sandblast grit; and petroleum leaks and/or spills.

19.    The properties identified in Paragraph 18 of this Complaint are facilities within the meaning of Section 101(9) of CERCLA, 42 U.S.C. § 9601(9), and ORS § 465.200(13).

20.    During Defendants' ownership and operations of the real properties and facilities identified in Paragraph 18 of this Complaint, hazardous substances and/or oil were released and discharged to the Willamette River through direct discharges, other process discharges, storm water discharges, surface water runoff, wastewater discharges, and/or groundwater or seep discharges. Discharges were to "navigable waters" or "adjoining shorelines" within the meaning of Section 1002(a) of OPA, 33 U.S.C. § 2702(a), and Section 311(b)(3) of the CWA, 33 U.S.C. § 1321(b)(3), and to "waters of the state" within the meaning of ORS §468B.005(10). Hazardous substances released from these properties and facilities and found in the sediments of the Portland Harbor Natural Resource Damage Assessment Area include, but are not limited to,

Complaint                                    13

PAHs, PCBs, cadmium, copper, lead, mercury, TBT, bis 2-ethylhexyl phthalate, DDT, DDE, DDD, and 4-methyl phenol.

## VI.  FIRST CLAIM FOR RELIEF

21.    Plaintiffs reallege paragraphs 1 through 20.

22.    Section 107(a) of CERCLA, 42 U.S.C. § 9607(a), provides in pertinent part, as follows:

> Notwithstanding any other provision or rule of law, and subject only to the defenses set forth in subsection (b) of this section (1) the owner and operator of a vessel or a facility, (2) any person who at the time of disposal of any hazardous substance owned or operated any facility at which such hazardous substances were disposed of, …shall be liable for, . . . (C) damages for injury to, destruction of, or loss of natural resources, including the reasonable costs of assessing such injury, destruction, or loss resulting from such a release;  . . .

23.    Materials disposed of and released in the Willamette River by Defendants include, but are not limited to, PAHs, PCBs, cadmium, copper, lead, mercury, TBT, bis 2-ethylhexyl phthalate, DDT, DDE, DDD, and 4-methyl phenol, which are hazardous substances within the meaning of Section 101(14) of CERCLA, 42 U.S.C. § 9601(14).

24.    The properties and facilities owned and operated, or formerly owned and operated, by Defendants, identified in Paragraph 18 of this Complaint, are facilities within the meaning of Section 101(9) of CERCLA, 42 U.S.C. § 9601(9).

25.    Releases of hazardous substances, including but not limited to PAHs, PCBs, cadmium, copper, lead, mercury, TBT, bis 2-ethylhexyl phthalate, DDT, DDE, DDD, and 4-methyl phenol, have occurred in the Willamette River within the meaning of Sections 101(22) of CERCLA, 42 U.S.C. § 9601(22). The releases of these hazardous substances into the Willamette River from the facilities owned and operated, or formerly owned and operated, by Defendants have resulted in injury to, destruction of, or loss of natural resources within the trusteeship of one or more of the Plaintiffs.

26.    Defendants are each a person within the meaning of Section 107 of CERCLA, 42 U.S.C. § 9607.

Complaint                                           14

27.    Defendants are jointly and severally liable to Plaintiffs for natural resource damages resulting from releases of hazardous substances pursuant to Section 107(a)(4)(C) of CERCLA, 42 U.S.C. § 9607(a)(4)(C).

### VII.  SECOND CLAIM FOR RELIEF

28.    Plaintiffs reallege paragraphs 1 through 27.

29.    Section 1002(a) of OPA, 33 U.S.C. § 2702(a), provides in pertinent part, as follows:

> Notwithstanding any other provision or rule of law, and subject to the provisions of this Act, each responsible party for a vessel or a facility from which oil is discharged, or which poses the substantial threat of a discharge of oil, into or upon the navigable waters or adjoining shorelines or the exclusive economic zone is liable for the removal costs and damages specified in subsection (b) of this section that result from such incident.

30.    Section 1002(b)(2)(A) of OPA, 33 U.S.C. § 2702(b)(2)(A), makes responsible parties liable for:

> Damages for injury to, destruction of, loss of, or loss of use of, natural resources, including the reasonable costs of assessing the damage, which shall be recoverable by a United States trustee, a State trustee, an Indian Tribe trustee, or a foreign trustee.

31.    The properties and facilities owned and operated, or formerly owned and operated, by the Defendants identified in Paragraph 18 of this Complaint are facilities within the meaning of Sections 1001(9) and 1002 of OPA, 33 U.S.C. §§ 2701(9) and 2702.

32.    Section 1001(32) of OPA, 33 U.S.C. § 2701(32), makes owners and operators of onshore facilities responsible parties for damages resulting from the discharge of oil from those facilities.

33.    The discharge of oil into the Willamette River or adjoining shorelines from the facilities owned and operated, or formerly owned and operated, by the Defendants identified in Paragraph 18 of this Complaint resulted in injury to, destruction of, or loss of natural resources within the trusteeship of one or more of the Plaintiffs.  These were discharges of oil within the meaning of  Section 1001(23) of OPA, 33 U.S.C. § 2701(23).

Complaint                                              15

34.     The Defendants identified in Paragraph 18 of this Complaint are jointly and severally liable to Plaintiffs for natural resource damages resulting from discharges of oil pursuant to Section 1002 of OPA, 33 U.S.C. § 2702.

## VIII.  THIRD CLAIM FOR RELIEF

35.     Plaintiffs the United States and the State of Oregon reallege paragraphs 1 through 34.

36.     Section 311(b)(3) of the CWA, 33 U.S.C. § 1321(b)(3), provides in pertinent part, as follows:

> The discharge of oil or hazardous substances (i) into or upon the navigable waters of the United States, adjoining shorelines, or into or upon the waters of the contiguous zone . . . or which may affect natural resources belonging to, appertaining to, or under the exclusive management authority of the United States . . . in such quantities as may be harmful as determined by the President under paragraph (4) of this subsection, is prohibited . . . .

37.     Section 311(f)(2) of the CWA, 33 U.S.C. § 1321(f)(2), provides in pertinent part, as follows:

> Except where an owner or operator of an onshore facility can prove that a discharge was caused solely by (A) an act of God, (B) an act of war, (C) negligence on the part of the United States Government, or (D) an act or omission of a third party without regard to whether an such act or omission was or was not negligent, or any combination of the foregoing clauses, such owner or operator of any such facility from which oil or a hazardous substance is discharged in violation of subsection (b)(3) of this section shall be liable to the United States Government for the actual costs incurred under subsection (c) of this section for the removal of such oil or substance by the United States Government . . . .

38.     Section 311(f)(4) of the CWA, 33 U.S.C. § 1321(f)(4), provides in pertinent part, as follows:

> The costs of removal of oil or a hazardous substance for which the owner or operator of a vessel or onshore or offshore facility is liable under subsection (f) of this section shall include any costs or expenses incurred by the Federal Government or any State government in the restoration or replacement of natural resources damaged or destroyed as a result of a discharge of oil or a hazardous substance in violation of subsection (b) of this section.

39.     The properties and facilities owned and operated, or formerly owned and operated, by Defendant, identified in Paragraph 18 of this Complaint, are onshore facilities within the meaning of Section 311(f)(1) of the CWA, 33 U.S.C. § 1321(f)(1).

Complaint                                              16

40.     There have been discharges of oil and hazardous substances, within the meaning of Section 311(a)(1) & (14) of the CWA, 33 U.S.C. § 1321(a)(1) & (14), in harmful quantities into the Willamette River and adjoining shorelines from the facilities.

41.     Discharges of oil and hazardous substances from the facilities into the Willamette River or adjoining shorelines have affected, damaged, or destroyed natural resources belonging to, appertaining to, or under the exclusive management authority of the United States.

42.     Defendants are jointly and severally liable to the United States and State of Oregon for natural resource damages resulting from discharges of oil and hazardous substances into the Willamette River or adjoining shorelines pursuant to Section 311(f) of the CWA, 33 U.S.C. § 1321(f).

## IX.  FOURTH CLAIM FOR RELIEF

43.     Plaintiff the State of Oregon realleges paragraphs 1 through 42.

44.     ORS § 465.255(a), provides in pertinent part as follows:

(1) (1) The following persons shall be strictly liable for those remedial action costs incurred by the state or any other person that are attributable to or associated with a facility and for damages for injury to or destruction of any natural resources caused by a release:

   (a) Any owner or operator at or during the time of the acts or omissions that resulted in the release.

   (b) Any owner or operator who became the owner or operator after the time of the acts or omissions that resulted in the release, and who knew or reasonably should have known of the release when the person first became the owner or operator.

   (c) Any owner or operator who obtained actual knowledge of the release at the facility during the time the person was the owner or operator of the facility and then subsequently transferred ownership or operation of the facility to another person without disclosing such knowledge.

   (d) Any person who, by any acts or omissions, caused, contributed to or exacerbated the release, unless the acts or omissions were in material compliance with applicable laws, standards, regulations, licenses or permits.

Complaint                                         17

45.     Releases to the Willamette River from the properties owned and operated, or formerly owned and operated, by Defendants, identified in Paragraph 18 of this Complaint, include hazardous substances within the meaning of ORS § 465.200(16).

46.     The properties and facilities identified in Paragraph 18 of this Complaint are facilities within the meaning of ORS § 465.200(13).

47.     Releases of hazardous substances have occurred in the Willamette River within the meaning of ORS § 465.200(22).

48.     Defendants' releases of hazardous substances that have occurred constitute "pollution" within the meaning of ORS § 468B.005(5).

49.     The natural resources that have been and continue to be injured, destroyed, or lost by the release of hazardous substances from the facilities owned or operated, or formerly owned or operated, by the Defendants include fish, invertebrates, birds, sediments, and other such natural resources.

50.     The State of Oregon has incurred and continues to incur costs related to the assessment of injury to natural resources caused by the releases of hazardous substances from the facilities owned or operated, or formerly owned or operated, by the Defendants identified in Paragraph 18 of this Complaint.

51.     Pursuant to ORS § 465.255 and ORS § 468B.060, Defendants are strictly liable, jointly and severally, to the State of Oregon for all damages to natural resources in the Willamette River, resulting from the release of hazardous substances at or from the Defendants' owned and operated, or formerly owned and operated, facilities.

## X.  REQUEST FOR RELIEF

WHEREFORE, Plaintiffs request that this Court enter judgment against Defendants jointly and severally:

(1)  For damages for injury to natural resources resulting from the discharges of oil or releases of hazardous substances into the Willamette River (including its waters, shoreline, intertidal areas, and bottom sediments), including the cost of assessing such damages; and

Complaint                                  18

(2)  Awarding Plaintiffs such other and further relief as this Court may deem appropriate.


Dated: November 1, 2023

UNITED STATES OF AMERICA

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice
Washington, D.C.  20530



 s/ Michael J. Zevenbergen
MICHAEL J. ZEVENBERGEN
Senior Counsel
Environmental Enforcement Section
Environment & Natural Resources Division
U.S. Department of Justice, c/o NOAA
7600 Sand Point Way, NE
Seattle, Washington 98115
(202) 276-0037
Michael.Zevenbergen@usdoj.gov



STATE OF OREGON

ELLEN F. ROSENBLUM
Attorney General
State of Oregon Department of Justice



 s/ Nina Englander
NINA ENGLANDER #106119
Assistant Attorney General
Oregon Department of Justice
100 SW Market Street
Portland, Oregon 97201
(971) 673-1880
Nina.Englander@doj.state.or.us



Complaint                                    19

CONFEDERATED TRIBES OF THE GRAND RONDE
COMMUNITY OF OREGON


 s/ Holly Partridge
HOLLY PARTRIDGE
Senior Staff Attorney
The Confederated Tribes of Grand Ronde
9615 Grand Ronde Road
Grand Ronde, OR 97338
(503)879-2335


CONFEDERATED TRIBES OF THE SILETZ INDIANS


 s/ Julie A. Weis
JULIE A. WEIS
Haglund Kelley LLP
2177 SW Broadway
Portland, OR  97201
(503) 225-0777


CONFEDERATED TRIBES OF THE UMATILLA
INDIAN RESERVATION


 s/ Joseph R. Pitt
JOSEPH R. PITT
CTUIR Office of Legal Counsel
46411 Timíne Way
Pendleton, OR  97801
(541) 429-7404


Complaint                                    20

CONFEDERATED TRIBES OF THE WARM SPRINGS
RESERVATION OF OREGON


 s/ Josh Newton
JOSH NEWTON
Best Best & Krieger LLP
360 SW Bond Street
Bend, OR  97702
(541) 318-9817


NEZ PERCE TRIBE


 s/ Courtney Johnson
COURTNEY JOHNSON
Crag Law Center
3141 E. Burnside St.
Portland, OR 97214
(503) 525-2728

OF COUNSEL:

Ericka Hailstocke-Johnson
Attorney-Advisor
Office of General Counsel
Natural Resources Section
National Oceanic & Atmospheric Administration
501 W. Ocean Boulevard, Long Beach, CA 90802
Telephone: (562) 980-4070
E-mail: Ericka.Hailstocke-Johnson@noaa.gov

Christopher J. Plaisted
Attorney-Advisor
National Oceanic and Atmospheric Administration
Office of General Counsel, Natural Resources Section
U.S. Department of Commerce
Telephone: 562-822-4263
E-mail: Christopher.Plaisted@noaa.gov


Complaint                              21

PORTLAND HARBOR COMPLAINT

<u>APPENDIX A</u>

<u>Appendix A – ACF Industries LLC</u>

The properties listed below are identified for ACF Industries LLC for purposes of this Complaint.  Properties are identified by current tax parcel number from the Multnomah County Department of County Management Assessment and Taxation.  Where available, the Site ID number and street address also are listed for each tax parcel, in order to provide additional context and reference.  However, unless otherwise indicated below, the property boundaries are based on the current tax parcel number, not the Site number or the street address.

| Site ID number | Street Address | Assessor's Parcel Number | Alt Account Number | Notes |
|---|---|---|---|---|
| 68 | 12160 NW St. Helens Road | R325480 | R971340300 | See attached map |
| 68 | 12160 NW St. Helens Road | R325479 | R971340290 | See attached map |
| 68 | 12160 NW St. Helens Road | R325477 | R971340230 | See attached map |

ER-1039

## Map Showing Area of Tax Parcels
ACF Industries, 12160 NW St. Helens Road, Portland, OR



Property outline accessed from Multnomah County Oregon Property Records website  13 July 2021:

https://www.portlandmaps.com/detail/property/NW-ST-HELENS-RD/R325477_did/

Appendix A – Air Liquide America L.P. and Airgas USA LLC

      The properties listed below are identified for Air Liquide America L.P. and Airgas USA LLC for purposes of this Complaint.  Properties are identified by current tax parcel number from the Multnomah County Department of County Management Assessment and Taxation.  Where available, the Site ID number and street address also are listed for each tax parcel, in order to provide additional context and reference.  However, unless otherwise indicated below, the property boundaries are based on the current tax parcel number, not the Site number or the street address.

| Site ID | Street Address | County Tax Parcel ID |
|---------|----------------|----------------------|
| 141 | 6529 NW Front Avenue | R961130330 |
| 203 | 3208 NW Yeon Avenue<br>3330 NW Yeon Avenue | R649701500<br>R941291430<br>R649701460<br>R941291710<br>R649701480<br>R941280950<br>R941291700 |
| 608 | 4959 NW Front Street | R941190500 |
| 639 | 2233 NW 23rd Avenue | R215300400<br>R215300420 |

ER-1041

<u>Appendix A – Ash Grove Cement Company</u>

The properties listed below are identified for **Ash Grove Cement Company** for purposes of this Complaint.  Properties are identified by current tax parcel number from the Multnomah County Department of County Management Assessment and Taxation.  Where available, the Site ID number and street address also are listed for each tax parcel, in order to provide additional context and reference.  However, unless otherwise indicated below, the property boundaries are based on the current tax parcel number, not the Site number or the street address.

| Site ID number | Street Address | County Tax Parcel ID | Notes |
|---|---|---|---|
| Site 21 | 13939 N. Rivergate Blvd. | R325200 (alternate account no.: R971260190)<br><br>R646099 (alternate account no.: R971260191) | Includes the docks identified in the attached map. |
| Site 275 | 3737 N. Port Center Way | R316054 (alternate account no.: R941210770)<br><br>R237739 (alternate account no.: R649729850)<br><br>R646339 (alternate account no.: R649729801)<br><br>R646340 (alternate account no.: R941210771)<br><br>*Inactive former ID numbers, cancelled into R316054:*<br>R316051 (alternate account no.: R941210750)<br>R316011 (alternate account no.: R941210330)<br>R316000 (alternate account no.: R941210150) | Includes the docks identified in the attached map. |
| Site 275 | 2700 N. Port Center Way | R237733 (alternate account no.: R649729800) | Includes the docks identified in the attached map. |



Site 21 – 13939 N. Rivergate Blvd.



Site 275 – 3737 N. Port Center Way



Site 275 – 2700 N. Port Center Way

Appendix A – Beazer East, Inc.

The properties listed below are identified for Beazer East, Inc. for purposes of this Complaint. Properties are identified by current tax parcel number from the Multnomah County Department of County Management Assessment and Taxation. Where available, the Site ID number and street address also are listed for each tax parcel, in order to provide additional context and reference. However, unless otherwise indicated below, the property boundaries are based on the current tax parcel number, not the Site number or the street address.

| Site ID number | Street Address | Assessor's Parcel Number | Alt Account Number | Notes |
|---|---|---|---|---|
| 123 | 7540 NW St. Helens Road | R502592 | R961130540 | See Figure 1 |
| 123 | 7540 NW St. Helens Road | R324213 | R961130410 | See Figure 1 |
| 123 | 7540 NW St. Helens Road | R324113 | R961120420 | See Figure 1 |
| 123 | 7540 NW St. Helens Road | R324165 | R961121230 | See Figure 1 |
| 123 | 7540 NW St. Helens Road | R324160 | R961121130 | See Figure 1 |
| 123 | 7540 NW St. Helens Road | R324172 | R961121310 | See Figure 1 |
| 123 | 7540 NW St. Helens Road | R324159 | R961121120 | See Figure 1 |
| 123 | 7540 NW St. Helens Road | R324171 | R961121300 | See Figure 1 |
| 123 | 7540 NW St. Helens Road | R324170 | R961121290 | See Figure 1 |

ER-1044



**Figure 1**
**Portland Harbor, Oregon**

Site123

*Data Source: PortlandMaps.com*
*Photo Source: USDA*

ER-1045

Appendix A-Identification of BNSF Railway Company Properties

The locations and extent of BNSF Railway Company (BNSF) properties, including historical and current ownership and/or operations areas, are identified in this Appendix A for this Complaint. Identification is made by both (1) tax parcel numbers from the Multnomah County Department of County Management Assessment and Taxation to the extent applicable, and (2) as contained within the green defined locations on the referenced attached Maps 1-3 on pages 4-6 below, which also encompass some locations that do not necessarily have tax parcel numbers (for example, the BNSF Railroad Bridge and certain current streets areas). Where certain property areas have had changes in tax numbers due to transactions or redevelopment, both current and former tax parcel numbers are listed where known for clarity. The listed Site ID numbers are numbers which were designated by the Trustees and have been included for reference. The boundaries of some Site ID locations contained in Map 3 no longer exactly conform to current tax numbers for reasons noted above regarding changes in applicable tax numbers.

| Trustees' Site ID number | Street Address | Current or Former County Tax Parcel Number |
|---|---|---|
| **BNSF Wye/Railroad Bridge Area[1] (Including Map 1, Appendix A, p.4)** | | |
| 130 | Wye parcel: 6330-6346 NW St. Helens Rd | Wye parcel: R961130020 |
| **BNSF Willbridge Switching Yard (Including Map 1, Appendix A, p. 4)** | | |
| 192 | 5814 NW Doane Ave. | R941190510 |
| 192 | 5814 NW Doane Ave. | R941190520 |
| 192 | 5814 NW Doane Ave. | R941190530 |
| | | |

---

[1] "Wye" is a descriptive term for the area containing segments of BNSF mainlines and part of Doane Lake, and connecting with the west end of BNSF's railroad bridge across the Willamette River. The tax number for most of the Wye is R961130020. While no mailing address or any sort of office exists at the Wye, Portland Maps lists address numbers "6330-6346 NW St. Helens Road" for the Wye area. The mainline segment on the west border of the Wye parcel and the connecting BNSF bridge and its east end embankment, included in Maps 1 and 2, have no tax parcel number or address.

| Trustees' Site ID number | Street Address | Current or Former County Tax Parcel Number |
|---|---|---|
| **Guilds Lake Yard/BNSF Hub Center[2] Area (Including Maps 1 and 2, Appendix A, pp. 4 and 5)** | | |
| 197 | 3500 NW Yeon Ave. | R941190010 |
| 197 | 3500 NW Yeon Ave. | R941190040 |
| 197 | 3500 NW Yeon Ave. | R941190170 |
| 197 | 3500 NW Yeon Ave. | R941190180 |
| 197 | 3500 NW Yeon Ave. | R941190350 |
| 197 | 3500 NW Yeon Ave. | R941190560 |
| 197 | 3500 NW Yeon Ave. | R941190570 |
| 197 | 3500 NW Yeon Ave. | R941190580 |
| 197 | 3500 NW Yeon Ave. | R941190590 |
| 197 | 3500 NW Yeon Ave. | R941190600 |
| 197 | 3500 NW Yeon Ave. | R941190610 |
| 197 | 3500 NW Yeon Ave. | R941190660 |
| 197 | 3500 NW Yeon Ave. | R941190670 |
| 197 | 3500 NW Yeon Ave. | R941190830 |
| 197 | 3500 NW Yeon Ave. | R941200040 |
| 197 | 3500 NW Yeon Ave. | R941201230 |
| 197 | 3500 NW Yeon Ave. | R941201250 |
| 197 | 3500 NW Yeon Ave. | R941280360 |
| 197 | 3500 NW Yeon Ave. | R941290680 |
| 197 | 3500 NW Yeon Ave. | R941290730 |
| 197 | 3500 NW Yeon Ave. | R941292130 |
| **Former BNSF Hoyt Street Railyard (Including Maps 1 and 3, Appendix A, pp. 4 and 6)** | | |
| 316G | NW 9th Ave. | R001500010 |
| 316G | NW 9th Ave. | R180220350 |
| 316G | NW 9th Ave. | R180220354 |
| 316G | NW 9th Ave. | R180222160 |
| 316G | NW 9th Ave. | R180222190 |
| 316G | NW 9th Ave. | R405841300 |
| 316G | NW 9th Ave. | R883801710 |
| 316G | NW 9th Ave. | R405841350 |
| 316G | NW 9th Ave. | R405841400 |
| 316G | NW 9th Ave. | R405841450 |
| 316G | NW 9th Ave. | R405840750 |
| 316G | NW 9th Ave. | R405841500 |

---

[2] BNSF's Hub Center has operated and operates on a leased portion of some of or parts of the listed tax parcels within Guilds Lake Yard. The address for the BNSF Hub Center is 3930 NW Yeon Ave.

| Trustees' Site ID number | Street Address | Current or Former County Tax Parcel Number |
|---|---|---|
| **Former BNSF Hoyt Street Railyard (Including Maps 1 and 3, Appendix A, pp. 4 and 6) (continued)** | | |
| 316G | NW 9th Ave. | R405841550 |
| 316G | NW 9th Ave. | R405841600 |
| 316G | NW 9th Ave. | R405841650 |
| 316H | NW 9th Ave. | R405841250 |
| 316H | NW 9th Ave. | R405841700 |
| 316H | NW Overton & NW 11th Ave. | R405840780 |
| 316I | NW 9th Ave. | R179750010 |
| 316I | NW 9th Ave. | R405840900 |
| 316I | NW 9th Ave. | R405840950 |
| 316I | NW 9th Ave. | R405841000 |
| 316I | NW 9th Ave. | R405841050 |
| 318G | NW 9th Ave. | R252050010 |
| 318G | NW 9th Ave. | R405840790 |
| 318G | NW 9th Ave. | R405841200 |
| 333I | NW 9th Ave. | R405840800 |
| 333I | NW 9th Ave. | R405840850 |
| 335I | NW 9th Ave. | R405840350 |
| 335I | NW 9th Ave. | R405840400 |
| 623H | NW 9th Ave. | R405840770 |
| 623H | NW 9th Ave. | R405840764 |
| 623I | NW 9th Ave. | R405840010 |
| 624I | NW 9th Ave. | R564380010 |
| 625I | NW 9th Ave. | R494200010 |
| 626I | NW 9th Ave. | R659520010 |
| 627I | NW 9th Ave. | R102280010 |
| 628F | 900 NW Lovejoy St. | R652720880 |
| 628F | 900 NW Lovejoy St. | R652720910 |
| 637 | 920 NW Kearney St. | R652720940 |
| 637 | 920 NW Kearney St. | R652720970 |
| 638 | 1020 NW 12th Ave. | R801600010 |



**BNSF Wye/Railroad Bridge Area (130)**

**BNSF Willbridge Switching Yard (192)**

**Guilds Lake Yard/BNSF Hub Center Area (197) (see Map 2)**

**Former BNSF Hoyt Street Railyard (see Map 3)**

Notes:
Map depicts locations and extent of BNSF properties, including historical and current ownership and/or operations areas covered under the Complaint. The Table on pages 1-3 of this Appendix A presents tax parcel numbers to the extent applicable to locations within the green shaded areas. Some locations within the green shaded areas do not have tax parcel numbers and are included by depiction for coverage under the Complaint.

BNSF Current and/or Historical Ownership and/or Operations Areas

Basemap Source: Esri World Topographic Map

0    1,500    3,000
Feet

N

(197) = Trustees' Site ID Number

**BNSF Appendix A, Map 1.**
BNSF Current and/or Historical Ownership and/or Operations Areas

integral
consulting inc.



**Guilds Lake Yard/BNSF Hub Center Area (197)**

Notes:
Map more particularly depicts locations and extent of Guilds Lake Yard/BNSF Hub Center area properties, including historical and current BNSF ownership and/or operations areas covered under the **Complaint**. The Table on pages 1-2 of this Appendix A presents tax parcel numbers to the extent applicable to locations within the green shaded areas. To the extent that there may be locations within the green shaded areas that do not have tax parcel numbers, they are included by depiction for coverage under the **Complaint**.

BNSF Current and Historical Ownership and/or Operations Areas

Basemap Source: Esri World Topographic Map

0    750    1,500
Feet

N

(197) = Trustees' Site ID Number

**BNSF Appendix A, Map 2.**
Guilds Lake Yard/BNSF Hub Center Current and Historical Ownership and/or Operations Areas

integral
consulting inc.

ER-1050



Notes:
Map more particularly depicts locations and extent of he former BNSF Hoyt Street Railyard historical ownership and/or operations areas covered under the Complaint. The Table on pages 2-3 of this Appendix A presents current and former tax parcel numbers to the extent applicable to locations within the green shaded areas. Some locations within the green shaded areas do not have tax parcel numbers and are included by depiction for coverage under the Complaint.

UN = Unnumbered parcel added by Trustees without assignment of a Trustees' Site ID number.

BNSF Historical Ownership and/or Operations Areas

Basemap Source: Esri World Topographic Map

316G = Trustees' Site ID Number

**BNSF Appendix A, Map 3.**
BNSF Former Hoyt Street Railyard Historical Ownership and/or Operations Areas

Appendix A – Calbag Metals Company

The properties listed below are identified for Calbag Metals Company for purposes of this Complaint.  Properties are identified by current tax parcel number from the Multnomah County Department of County Management Assessment and Taxation.  Where available, the current Site ID number and street address also are listed for each tax parcel, in order to provide additional context and reference.  However, unless otherwise indicated below, the property boundaries are based on the current tax parcel number, not the Site number or the street address.

| Site ID | County Tax Parcel ID | Street Address | Alternative Account Number |
|---|---|---|---|
| 467 | R490749 R490521 R646107 R286791 R286790 R286793 R286792 | 2495 NW Nicolai St (including NW 25th Ave alley) 2622 NW 25th Place | R941292191 R941292190 R941292192 R829100150 R829100140 R829100190 R829100170 |
| 653 | R295994 | 2500 NW Nicolai Street | R861700530 |
| 652 | R682748 | 2615 NW Industrial Street a/k/a 2530 NW 25th Place | R941292220 |
| 512 | R316519 R650129 R650127 | 2710 NW Industrial Street | R941291940 R941291942 R941291941 |
| 563 | R316353 | 2455 NW Nicolai Street | R941280830 |
| 572 | R174666 R174668 R636480 | 3441 NW Guam Street | R347602940 R347602943 R347602946 R941291910 |
| 61 | R325522 R123693 | 12005 N. Burgard Road | R971350710 R118300200 |
| 194 | R315830 | 4927 NW Front Avenue | R941190450 |

ER-1052

Appendix A – City of Portland

The properties and facilities listed below are identified for the City of Portland for purposes of this Complaint.  The City's released properties are identified by current tax parcel number from the Multnomah County Department of County Management Assessment and Taxation. However, unless otherwise indicated below, the property boundaries are based on the current tax parcel number and not the Site number.  The City's released conveyance system facilities are indicated on the attached map and are identified by City of Portland outfall number (OF#) and encompass the City's associated facilities for each outfall inclusive of the collection facilities, treatment facilities and pump stations.

| Site ID Number | County Tax Parcel ID (RNO) | Site ID Number | County Tax Parcel ID (RNO) |
|---|---|---|---|
| 61 | R118300200 R971350710 | 125 | R961130010 R961130480 |
| 62 | R971350340 R971350460 | 126 | R739100250 R739100380 R739101160 R739101320 |
| 72 | R961020380 | 127 | R739100180 R961120390 R961120410 R961120990 R961121240 R961121420 |
| 112 | R425800090 R425800110 R425800150 R425800170 R425800230 R425806020 R425806050 R425806160 R425806620 R425806900 R425807000 R425807250 R425807450 R425807470 R425807670 | 176 | R649867690 R649867700 No RNO: 1N1E20-A-TR-A |
| 124 | R961130320 R961130040 | 190 | R941201040 |

ER-1053

| Site ID Number | County Tax Parcel ID (RNO) | Site ID Number | County Tax Parcel ID (RNO) |
|---|---|---|---|
| 193 | R941190770 | 607 | R118300100 |
| 195 | R649831490<br>R941211160 | 611 | No Tax Id. Bonneville Power Right of Way at River Mile 3.4 |
| 213 | R941280830<br>R941290860<br>R941290910<br>R941291030<br>R941291570<br>R941291580<br>R941291840 | 619 | R941291580 |
| 222 | R649671170<br>R766004790 | 622 | R009618320<br>R009618330 |
| 278 | R649729844<br>R941280350 | 652 | R941292220 |
| 306 | R115200010<br>R180236820<br>R180237020 | 213 | R941280990 |
| 414 | R009618170<br>R009618210<br>R009618290<br>R009618370<br>R009618510<br>R203800090<br>R204000100<br>R244901570<br>R244901590<br>R396201240<br>R553000700<br>R553000800<br>R553001000<br>R553001200<br>R553001510<br>R553001610<br>R553001620<br>R553001640<br>R903701740<br>R009618300<br>R244902190 | 279 | R009617390 |
| 528 | R941291830 | 279A | R009617400 |

| Site ID Number | County Tax Parcel ID (RNO) | Site ID Number | County Tax Parcel ID (RNO) |
|---|---|---|---|
| 279B | R009616030 R009616090 | 348B | R850600350 R850600400 R850600450 |
| 279C | R009616770 | 355J | R180200020 |
| 306A | R649812730 R649812740 | 465A | R850600050 |
| 306B | R850600150 R850600250 R850600300 | | |
| 306C | R180217550 R180220230 R180236410 R180236460 R180237200 R180237360 R180237370 R793100300 | | |
| 306D | R793100100 R793100150 R793100250 R793100350 R793100400 | | |
| 306E | R180236250 | | |
| 311C | R180217520 R180236470 R180217530 R180236400 R180236420 R180237210 | | |
| 316D | R793100200 | | |
| 316H/623H | R405840770 | | |
| 334A | R649812750 | | |
| 355K | R180200030 | | |
| 336D | R793100050 | | |



Appendix A – ESCO Group LLC

The properties listed below are identified for ESCO Group LLC for purposes of this Complaint.  Properties are identified by the Multnomah County property tax ID and assessor map and lot number.    The street address as well as either the Site ID number or, where applicable, the ESCO ID number, are listed for each property in order to provide additional context and reference.  However, the property boundaries are based on the current assessor map and lot number, not the street address, the Site ID number or the ESCO ID number.

| Site ID / ESCO ID | Street Address | Property Tax ID | Alternate Account Number | Assessor Map and Lot Number |
|---|---|---|---|---|
| 138 | 6900 NW Front Ave. | R324216 | R961130440 | 1N1W13A 00500 |
| 203 | 3200 and/or 3208 NW Yeon Ave. | R236763 R236762 R236761 | R649701500 R649701480 R649701460 | 1N1E29AA 01400 1N1E29AA 01500 1N1E29AA 01600 |
| 215 | 2211 NW Brewer St.; 2760 NW Yeon Ave.; 2770 NW Yeon Ave. | R316299 R646139 R316331 R316323 R493040 | R941280050 R941280531 R941280530 R941280410 R941281060 | 1N1E28BC 01500 1N1E28BC 01600A1 1N1E28BC 01600 1N1E28BC 01400 1N1E28BC 01601 |
| 224 | 2245 NW Suffolk St. | R119093 | R094600010 | 1N1E28BC 00700 |
| 304 | 1650 NW Naito Parkway | R699148 | R649911100 | 1N1E28DD 00402 |
| 566 | 2407 NW 28th Ave. | R266228 R266229 | R748500100 R748500150 | 1N1E29DB 00600 1N1E29DB 00700 |
| 572 | 3136 NW 35th Ave. | R174666 R174668 R636480 | R347602940 R347602943 R347602946 | 1N1E29BA 00700 |
| 609 | 2535 NW 28th Ave. | R186833 | R414900490 | 1N1E29DB 00400 |
| 639 | NW Corner 23rd and NW Roosevelt St. | R148111 | R215300420 | 1N1E28CB 03000 |
| ESCO Site A | 2141 NW 25th Ave. | R316317 | R941280370 | 1N1E28C 00100 |
| ESCO Site B | 2141 NW 25th Ave. | R227128 R227136 | R612701390 R612701560 | 1N1E29DD 01600 1N1E29DD 00100 |
| ESCO Site F | 2300 NW 26th Ave.; 2127 NW 26th Ave.; 2635 NW Wilson St. | R316501 R316509 R316491 | R941291680 R941291750 R941291530 | 1N1E29DA 01900 1N1E29DA 01400 1N1E29DA 01300 |
| ESCO Site H | 2404 NW Nicolai St. | R295992 | R861700010 | 1N1E28CB 00700 |
| ESCO Site I | 2414 NW Nicolai St. | R295993 | R861700170 | 1NIE28CB 00800 |

| Site ID / ESCO ID | Street Address | Property Tax ID | Alternate Account Number | Assessor Map and Lot Number |
|---|---|---|---|---|
| ESCO Site K | 2539 NW Vaughn St. | R227129 | R612701410 | 1N1E29DD 00200 |
| ESCO Site L | Part of 2300 NW 26th Ave. | R316445 | R941291050 | 1N1E29DA 01800 |
| ESCO Site M | 2300 NW 26th Ave. | R316380 | R941290100 | 1NIE29DA 01700 |
| ESCO Site O | SW Corner 23rd and NW Roosevelt St. | R148103 | R215300280 | 1N1E28CB 03100 |
| ESCO Site P | 2321 NW Roosevelt St. | R148112 | R215300450 | 1N1E28CB 02900 |
| ESCO Site Q | 2133 NW York St. | R269737 R269738 | R766001590 R766001610 | 1N1E28CA 02900 1N1E28CA 03000 |
| ESCO Site R | 2306 NW Reed St. | R148122 | R215300840 | 1N1E28CB 01900 1N1E28CB 02000 1N1E28CB 02100 |
| ESCO Site T | 2380 NW Roosevelt St. | R148109 | R215300380 | 1N1E28CB 03700 |
| ESCO Site U | NE Corner 24th and NW Roosevelt St. | R148113 | R215300460 | 1N1E28CB 02800 |
| ESCO Site X | 2211 NW York St. | R269746 | R766001970 | 1N1E28CA 04600 |
| ESCO Site Y | 2249 NW York St. | R269745 R649663 R269744 | R766001950 R766001890 | 1N1E28CA 04200 1N1E28CA 04300 |
| ESCO Site AA | 2335 NW 23rd Pl. | R148127 | R215300970 | 1N1E28CB 01500 |
| ESCO Site BB | 2345 NW Nicolai St. | R316333 R316351 R316319 | R941280550 R941280810 R941280390 | 1N1E28BC 01900 1N1E28BC 02000 1N1E28BC 02100 |
| ESCO Site CC | 2400 NW 23rd Pl.; 2425 NW 23rd Ave. | R651952 R651953 | R766002231 R766002232 | 1N1E28CB 00100A1 1N1E28CB 00100A2 |
| ESCO Site DD | 2425 NW 23rd Pl. | R269747 | R766002070 | 1N1E28CB 00300 |

Appendix A – EVRAZ Inc. NA

       The properties listed below are identified for EVRAZ Inc. NA for purposes of this Complaint. Properties are identified by current legal descriptions from the Multnomah County  Department of County Management Assessment and Taxation.  The attached Figures, and where available, the Site ID number, street address, and parcel identification number also are listed for each tax parcel, in order to provide additional context and reference. However, unless otherwise indicated below, the property boundaries are based on the current legal description, not the Site number or the street address.

| Site ID number | Street Address | County Parcel ID | Legal Description | Notes |
|---|---|---|---|---|
| 157 | 5555 N. Channel Ave (Building #4) | R543777 (R649840290) R543779 (R649840291); R593920 (R649840292); R646345 (R649840293); R652118 (R649840298) | Partition Plat 2004-8, Lot 1, TL 301 | |
| 158 | 5851 N. Lagoon Avenue | R315645 (R941170730); R315646 (R941170731); R315691 (R941170890) | Section 17 1N 1E, TL 500; Section 17 1N 1E, TL 500 Section 17 1N 1E, TL 700 | |

ER-1059

| Site ID number | Street Address | County Parcel ID | Legal Description | Notes |
|---|---|---|---|---|
| 160 | 5555 N. Channel Ave (Building #9) | R598050 (R649831527); | Section 20 1N 1E, Partition Plot 2003-38, Lot 3, TL 108 | |
| | | R315940 (R941200830; currently part of Site 85); | Section 20 1N 1E, TL 200; | |
| | | R540489 (R649831522) | Partition Plat 2003-38, Lot 3, TL 105 | |
| | | R315718 (R941171190) | Section 17 1N 1E, TL 900 | |
| | | R315965 (R941201110) | Section 20 1N 1E, TL 1000 | |
| | | R315966 (R941201120) | Section 20 1N 1E, TL 900 | |
| | | R315967 (R941201130) | Section 20 1N 1E, TL 800 | |
| | | R315923 (R941200620) | Section 20 1N 1E, TL 200 | |
| | | R315951 (R941200950) | Section 20 1N 1E, TL 1200 | |
| | | R316060 (R941210820) | Section 21 1N 1E, TL 1100 | |
| | | R490451 (R941201300) | Section 20 1N 1E, TL 1300 | |
| | | R316061 (R941210830) | Section 21 1N 1E, TL 500 | |
| | | R236880 (R649704100) | Partition Plat 1990-69, Lot 1, TL 100 | |
| | | R238103 (R649735970) | Partition Plat 1993-150, Lot A | |

ER-1060

| Site ID number | Street Address | County Parcel ID | Legal Description | Notes |
|---|---|---|---|---|
| 182 | 4950 NW Front Avenue;<br><br>5034 NW Front Avenue;<br><br>5200 NW Front Avenue;<br><br>Unknown property address between 4927 NW Front Avenue and 4700 NW Front Avenue on west side of NW Front Avenue | R238223 (R649741630);<br><br>R238218 (R649741610);<br>R315893 (R941191230);<br><br>R238220 (R649741620);<br><br>R315838 (R941190540) | Partition Plat 1994-41, Lot 3 (Section 19A 1N, 1E TL 900);<br><br>Partition Plat 1994-41, Lot 1 (Section 19A 1N 1E, TL 1000); Section 19 1N 1E, TL 100;<br><br>Partition Plat 1994-41, Lot 2 (Section 19A 1N 1E, TL 1100);<br><br>Section 19 1N 1E, TL 1500 | Map provided for reference (Figure 3).<br><br>Includes all docks, trestles, dolphins, pilings, water intake, equipment, and all other structures affixed thereto or otherwise appurtenant to property over time.<br><br>Includes all related easements, permits, licenses, rights-of-way, or other possessory interests in other properties over time: an oil pipeline across Port of Portland property; road and railroad spur easements across 5480 NW Front Avenue; and a railroad spur easement across NW Front Avenue and 4700 NW Front Avenue. |
| 142 | 6161 NW 61st Avenue | R324191 (R961130130) | Section 13 1N 1W, TL 600 | |
| 13 | 14400 N. Rivergate Blvd | R239681 (R649774290) | Section 26, 2N 1W, Partition Plat 1997-108, Lot 1, TL 800 | Map provided for reference (Figure 2).<br><br>Includes all docks, trestles, dolphins, pilings, water intake, equipment, and structures affixed thereto or otherwise appurtenant to property over time.<br><br>Includes easements and rights of way: track and rail easements and natural gas pipeline easements and rights of way across adjacent properties. |

ER-1061

| Site ID number | Street Address | County Parcel ID | Legal Description | Notes |
|---|---|---|---|---|
| 60 | 9040 N. Burgard Way | R3225527 (R971350740) | Section 35 2N 1W, TL 300 | |
| 64 | 11920 N. Burgard Rd.<br><br>11920 WI / N. Burgard Rd. | R325486 (R971350130);<br><br>R251997 (R687300050);<br>R325491 (R971350260);<br>R325532 (R971350770);<br>R501677 (R971360410); | Section 35 2N 1W, TL 1200;<br><br>RAMSEY VILLA AC, LOT F-H&J TL 600;<br>Section 35 2N 1W TL 1500;<br>Section 35 2N 1W TL 1400;<br>Section 36 2N 1W TL 700 | |
| 73 | 11040 N. Lombard Port of Portland Terminal 4 | POP Terminal 4 Berths 414/415<br><br>R323783 (R961020930);<br>R537423 (R961021330);<br>R323764 (R96102390);<br>R323769 (R961020420);<br>R323790 (R961021020)<br>R324084 (R961110340);<br>R323778 (R961020630) | Section 02 1N 1W, TL 300;<br>Section 02 1N 1W, TL 800;<br>Section 02 1N 1W, TL 1000;<br>Section 02 1N 1W, TL 200;<br>Section 02 1N 1W, TL 2400;<br>Section 11 1N 1W, TL 100<br>Section 02 1N 1W, TL 900 | |

ER-1062



Figure 1.
NRD Settlement Areas for Evraz-Related Properties

**Figure 2.**
Parcels Covered by Evraz NRD Settlement
Rivergate Property

Parcels Covered by Evraz NRD Settlement

Willamette River

Aerial Source: Esri, Maxar (2020)

0    125    250
Feet

**Figure 3.**
Parcels Covered by Evraz NRD Settlement
Front Ave. Property

<u>Appendix A – Gould Electronics Inc.</u>

The properties listed below are identified for Gould Electronics Inc. for purposes of this Complaint.  Properties are identified by current tax parcel number from the Multnomah County Department of County Management Assessment and Taxation.  Where available, the Site ID number and street address also are listed for each tax parcel, in order to provide additional context and reference.  However, unless otherwise indicated below, the property boundaries are based on the current tax parcel number, not the Site number or the street address.

| Site ID number | Street Address | County Tax Parcel ID |
|---|---|---|
| Site 140 | 5909 NW 61st Avenue | R961130350 |

Appendix A – HAJ, Inc.

The properties listed below are identified for HAJ, INC. d/b/a CHRISTENSON OIL
COMPANY for purposes of this Complaint.  Properties are identified by current tax parcel
number from the Multnomah County Department of County Management Assessment and
Taxation.  Where available, the Site ID number and street address also are listed for each tax
parcel, in order to provide additional context and reference.  However, unless otherwise indicated
below, the property boundaries are based on the current tax parcel number, not the Site number
or the street address.

| Site ID number | Street Address | Multnomah County Tax Parcel ID | State ID |
|---|---|---|---|
| 503 | 3821 NW St. Helens Road Portland, Oregon 97210 | R253424 (Alt. Acct. #: R697400830) R253423 (Alt. Acct. #: R697400800) R253422 (Alt. Acct. #: R697400770) | 1N1E19DD-01200 1N1E19DD-01300 1N1E19DD-01400 |
| 503 | 3865 NW St. Helens Road Portland, Oregon 97210 | R315874 (Alt. Acct. #: R941190980) | 1N1E19DC-00500 |

ER-1067

<u>Appendix A – Hercules, LLC, Ashland, Inc., and Valvoline, Inc.</u>

The properties listed below are identified for:

- Hercules, LLC, successor in interest to Hercules Incorporated;
- Ashland Inc., successor in interest as of August 1, 2022 to Ashland LLC (which was successor in interest to previous Ashland, Inc.); and
- Valvoline, Inc., the formerly wholly owned subsidiary of Ashland LLC

for purposes of this Complaint.  Properties are identified by current tax parcel number from the Multnomah County Department of County Management Assessment and Taxation.  Where available, the Site ID number and street address also are listed for each tax parcel, in order to provide additional context and reference.  However, unless otherwise indicated below, the property boundaries are based on the current tax parcel number, not the Site number or the street address.

| Site ID number | Street Address | County Tax Parcel ID | Notes |
|---|---|---|---|
| 123 | 7540 NW Helens Rd. | R961120420 R961121300 R961121120 R961121290 R961121310 R961121130 R961121230 R961130540 R961130410 | NW Natural Gas Co. Property associated with Hercules, LLC short term storage |
| 239 | 6650 N. Basin Avenue | R941171070 R941170970 R941171220 | Ashland Inc. formerly leased property |
| 271 | 6000 N. Cutter Circle | R605600160 | Ashland Inc. / Valvoline, Inc. formerly leased property |
| 279B | 2308 N. Clark Ave. | R009616030 R009616090 | Ashland Inc. / Valvoline, Inc. formerly owned property |
| 508 | 3366 NW Yeon Ave. | R941201260 R941290010 R941292120 | Hercules, LLC property |
| 509 | 3322 NW 35th Ave. | R941291370 | Ashland Inc. formerly leased property |
| 510 | 2800 NW 31st Ave. | R941291160 | Ashland Inc. formerly leased property |

**Appendix A – Koppers Inc.**

The properties listed below are identified for Koppers Inc. for purposes of this Complaint. Properties are identified by current tax parcel number from the Multnomah County Department of County Management Assessment and Taxation. Where available, the Site ID number and street address also are listed for each tax parcel, in order to provide additional context and reference. However, unless otherwise indicated below, the property boundaries are based on the current tax parcel number, not the Site number or the street address.

| Site ID number | Street Address | County Tax Parcel ID | Notes |
|---|---|---|---|
| 123 | 7540 NW St Helens Road, Portland, OR | R961120420    (R324113)<br>R961121300    (R324171)<br>R961121120    (R324159)<br>R961121290    (R324170)<br>R961121310    (R324172)<br>R961121130    (R324160)<br>R961121230    (R324165)<br>R961130540    (R502592)<br>R961130410    (R324213) | [See attached map] |

Koppers Inc. Released Facilities:

1.      Gasco dock – River Mile 6.3

2.      NPDES Permit No. 100419, replaced by NPDES Permit No. 101003 and then NPDES Permit No. 101642; Outfall No. 001, River Mile 6.5.

       See attached map at ● for 1 and 2.

ER-1069





Appendix A – McCall Oil

The properties listed below are identified for McCall Oil and Chemical Corporation, McCall Oil Real Estate Company LLC, Morec Front LLC, GWC Properties, LLC, GWC Front, LLC, and Tanker Basin LLC, for purposes of this Complaint.  Properties are identified by current tax parcel number from the Multnomah County Department of County Management Assessment and Taxation.  Where available, the Site ID number and street address also are listed for each tax parcel, in order to provide additional context and reference.  However, unless otherwise indicated below, the property boundaries are based on the current tax parcel number, not the Site number or the street address.

| Site ID number | Street Address | Assessor's Parcel Number | Alt Account Number | Notes |
|---|---|---|---|---|
| 136 | 5480 NW FRONT AVE | R315786 | R941180260 | See Figure 1 |
| 136 | 5540-5740 NW FRONT AVE | R315779 | R941180170 | See Figure 1 |
| 136 | 5700 NW FRONT AVE | R315872 | R941190960 | See Figure 1 |
| 136 | 5480 NW FRONT AVE | R315897 | R941191270 | See Figure 1 |



R315786

R315779

R315872

R315897

Source: Tax District and Map Image Viewer http://multco.maps.arcgis.com

LEGEND:

━━━━━  Approximate Parcel Boundary

━ ━ ━  Approximate Property Boundary

Figure 1

**PARCEL MAP**
**McCALL OIL AND**
**CHEMICAL CORPORATION**
**PORTLAND, OREGON**

150    0    150    300
SCALE                    FEET

Pristine Earth, Inc.
Engineering Solutions for a Cleaner Environment

ER-1072

Appendix A – MMGL LLC

The properties listed below are identified for MMGL LLC for purposes of this Complaint. Properties are identified by current tax parcel number from the Multnomah County Department of County Management Assessment and Taxation.  Where available, the Site ID number and street address also are listed for each tax parcel, in order to provide additional context and reference.  However, unless otherwise indicated below, the property boundaries are based on the current tax parcel number, not the Site number or the street address.

| Site ID number | Street Address | County Tax Parcel ID |
|---|---|---|
| 51 | 10350 N. Time Oil Road | R971350650, R971350620, R971350630, R971350180, R971350310, R971350600, R971350380 |
| 52 | 9125 N. Time Oil Road, 9449 N. Burgard Way, 9945 N. Burgard Way, 10400 N. Burgard Way, 12005 N. Burgard Road | R971350570, R971350550, R971350760, R971350560, R118300300, R118300010, R118300900, R118300700, R118300800, R971350571 |
| 55 | 9333 N. Time Oil Road | R118301000 |
| 56 | 9449 N. Burgard Way | R118300400, R118300500, R118300600 |
| 60 | 9040 N. Burgard Way | R971350740 |
| 61 | 12005 N. Burgard Road | R971350710, R118300200 |
| 109 | 8940/8970 N. Bradford Street | R425807870 |
| 141 | 6529 NW Front Ave. | R961130330 |
| 158 | 5851 N. Lagoon Ave. | R941170730, R941170890 |
| 186 | 4250 NW Front Ave. (former address of relevant portion of Site 186, all of which is now addressed as 4700 NW Front Ave.) | R941200570, R941191240, R941200500, R941191190 |
| 203 | 3200-3340 NW Yeon Ave., 3340-3342 NW 26th Ave. | R649701500, R941291430, R649701480, R649701460, R934690010, R941280990, R941280950 |
| 204 | 3721 NW Front Ave. | R941200220 |
| 205 | 3641/3683 NW Front Ave. | R941200980 |
| 209 | 3333 NW Front Ave. | R941280470 |
| near 227 | 2262 NW Nicolai Street | Formerly R766002340, now occupied by a portion of U.S. Route 30 |
| 329 | 1415 NW 12th Ave. | R180221780 |
| 533 | 3033 NW Yeon Ave. | R941290860 |
| 546 | 4319 NW Yeon Ave. | R649704660 |
| 547 | 4110 NW St. Helens Road/4285 NW Yeon Ave. | R941190130 |
| 565 | 4325-4347 NW Yeon Ave. | R649704640 |

ER-1073

| Site ID number | Street Address | County Tax Parcel ID |
|---|---|---|
| 589 | 3720 NW Yeon Ave. | R941291670 |
| 590 | 3055-3061 NW Yeon Ave. | R941290960 |
| 607 | 12005 N. Burgard Road | R118300100 |
| 608 | 4931-5043 NW Front Ave. | R941190500 |
| 609 | 2531-2535 NW 28th Ave. | R414900490 |
| 648 | 2000/2019 NW Wilson Street | R766000300 |
| 649 | 2306 NW Reed Street | R215300840 |
| 650 | 2321-2337 NW York Street | R215300810, R215300890 |
| 651 | 3738 NW Yeon Ave. | R941290800 |

Appendix A – Northwest Pipe Company

The properties listed below are identified for NORTHWEST PIPE COMPANY fka NORTHWEST PIPE & CASING COMPANY and NORTHWEST PIPE AND CASING COMPANY ("NW Pipe") for purposes of this Complaint.  Properties are identified by current tax parcel number from the Multnomah County Department of County Management Assessment and Taxation.  Where available, the Site ID number and street address also are listed for each tax parcel, in order to provide additional context and reference.  However, unless otherwise indicated below, the property boundaries are based on the current tax parcel number, not the Site number or the street address.

| Street Address | County Tax Parcel ID | Notes |
| --- | --- | --- |
| 12005 N Burgard Rd | Alt. Acct Nos. R971350469; R971350460 | Main Site ID Nos. are 62 and #607 See attached map – Areas B through I |
| 9040 N. Burgard Way | Alt. Account No. R971350740 | See attached map – Area R |
| 12005 N Burgard Rd | Alt. Account No. R971350340 | Main Site ID Nos. are 62 and #607 See attached map – Area A |
| 12005 N Burgard Rd | Assoc. w/ Alt. Acct. No. R118300100 | See attached map – Area K |
| 12005 N Burgard Rd | Assoc. w/ Alt. Acct. No. R118300800 | See attached map – Area L |
| 12005 N Burgard Rd | Assoc. w/ Alt. Acct. No. R118300700 | See attached map – Area M |
| 12005 N Burgard Rd | Assoc. w/ Alt. Acct No. R118300100 | See attached map – Area N |
| 12005 N Burgard Rd | Assoc. w/ Alt. Acct No. R118300200 | See attached map – Area O |
| 12005 N Burgard Rd | Assoc. w/ Alt. Acct No. R118300300 | See attached map – Area P |
| 12005 N Burgard Rd | Assoc. w/ Alt. Acct No. R118300200 | See attached map – Area Q |
| 12005 N Burgard Rd | Assoc. w/ Alt. Acct No. R118300100 | See attached map – Far west portion of Area K |
| 12005 N Burgard Rd | Assoc. w/ Alt. Acct No. R118300100 | See attached map – Area J |
| 12005 N Burgard Rd | Assoc. w/ Alt. Acct No. R971350710 and R118300200 | See attached map – Area S |
| 12005 N Burgard Rd | Assoc. w/ Alt. Acct No. R118300200 | See attached map – Area T |
| 9125 N Time Oil Rd | Assoc. w/ Alt. Acct Nos. R118300700, R118300800 | See attached map –Portion of southern Areas M and L |

ER-1075



Appendix A  - PacifiCorp

**PacifiCorp Currently Owned/Operated Properties**

Properties associated with specific tax parcels

| Property Description | Address | Property ID | State ID | County Tax Alternate Account No. |
|---|---|---|---|---|
| Albina Substation (Blocks 71, 81 and 82, Albina) | Between N. Lewis and N. Harding Avenue, and between N. River and N. Railroad Streets | R102677 (Block 71) | 1N1E27CB - 01000 | R009616420 |
| | | R102695 (Block 81) | 1N1E27CB - 01200 | R009617190 |
| | | R102696 (Block 82) | 1N1E27CB - 01100 | R009617290 |
| Knott Substation (Portions of Blocks 26 & 27, Albina) | West of NE Rodney Ave., between NE Russell St. and NE Knott St. (91 NE Russell St.) | R102427 | 1N1E27AD - 16700 | R009610170 |
| | | R102428 | 1N1E27AD - 16600 | R009610180 |
| | | R102429 | 1N1E27AD - 16800 | R009610190 |
| | | R102430 | 1N1E27AD - 16500 | R009610200 |
| | | R102431 | 1N1E27AD - 16400 | R009610210 |
| | | R102432 | 1N1E27AD - 16300 | R009610220 |
| | | R102433 | 1N1E27AD - 16200 | R009610230 |
| | | R102434 | 1N1E27AD - 16100 | R009610240 |
| | | R102435 | 1N1E27AD - 16000 | R009610250 |
| | | R102437 | 1N1E27AD - 15800 | R009610360 |

| Property Description | Address | Property ID | State ID | County Tax Alternate Account No. |
|---|---|---|---|---|
| Knott Substation (Portions of Blocks 26 & 27, Albina) | West of NE Rodney Ave., between NE Russell St. and NE Knott St. (91 NE Russell St.) | R102438 | 1N1E27AD - 15600 | R009610450 |
| | | R102439 | 1N1E27AD - 15700 | R009610460 |
| Lincoln Substation, South Waterfront Extension | 2477 S Moody Ave. | R273075 (property) / R273076 (easement) | 1S1E03CD - 00901 / 1S1E03CD - 00901-A1 | R779900360 / R779900361 |

Other Properties

Transmission and Distribution System, Albina, Lincoln and Downtown Districts

Facilities and service areas identified in attached Exhibits A-1 and A-2, including poles, towers, transmission and distribution lines, submarine cable crossings and transformers.

**PacifiCorp Formerly Owned/Operated Properties**

| Property Description | Address | Property ID | State ID | County Tax Alternate Account No. |
|---|---|---|---|---|
| Block 69, Albina, Lots 7 & 8 | 2170 – 2182 N. Lewis Ave. | R102675 | 1N1E27CA - 06000 | R009616320 |
| Block 78, Albina | 1303 S/ N River St. | R102691 | 1N1E27CB - 02600 | R009616890 |
| | 1303 WI/ N River St. | R102692 | 1N1E27CB - 02500 | R009616900 |
| Block 79, Albina | 2223 N. Randolph Ave. | R102693 | 1N1E27CB - 01400 | R009616990 |
| Block 80, Albina | 2204 N. Randolph Ave. | R102694 | 1N1E27CB - 01300 | R009617100 |
| Block 83, Albina | 2110 N. Lewis Ave. | R102697 | 1N1E27CA - 06400 | R009617390 |
| | | R532607 | 1N1E27CA - 06401 | R009617400 |
| | | N. Tillamook St. Ramp (no Tax Parcel) | | |
| Former Lincoln Station (PacifiCorp ownership areas as depicted in attached Exhibit A-3) | Foot of SW Lincoln Street | R238252 | 1S1E03CD - 00300 | R649742170 |
| | | R238253 | 1S1E03CD - 00200 | R649742180 |
| | | R246187 (Portion) | 1S1E03CA - 01000 | R667709440 |
| | | R273071 | 1S1E03CD - 00500 | R779900200 |

ER-1079

| Property Description | Address | Property ID | State ID | County Tax Alternate Account No. |
|---|---|---|---|---|
| Former Lincoln Station (PacifiCorp ownership areas as depicted in attached Exhibit A-3) | Foot of SW Lincoln Street | R273073 | 1S1E03CD - 00800 | R779900300 |
| | | R273074 | 1S1E03CD - 00900 | R779900350 |
| | | R273075 | 1S1E03CD - 00901 | R779900360 |
| | | R273076 | 1S1E03CD - 00901-A1 | R779900361 |
| | | R273077 (Portion) | 1S1E03CD - 01000 | R779900400 |
| | | R326736 (Portion) | 1S1E03CA - 01200 | R991030290 |
| | | R487357 | 1S1E03CD - 00102 | R649795140 |
| | | R592350 | 1S1E03CD - 90000 | R799400010 |



ER-1081

Case 3:23-cv-01603-SI   Document 1   Filed 11/01/23   Page 67 of 101



ER-1082



**Limit of PacifiCorp Historical Ownership**

**Former Lincoln Station – PacifiCorp Historical Ownership**

PacifiCorp
Portland, Oregon

**Exhibit**
A-3

ER-1083

Appendix A – Port of Portland

The properties listed below are identified for Port of Portland for purposes of this Complaint, along with: (a) any docks, dry docks, wharves, berths, or other structures (or equipment on them), that extended or extend from any of the listed properties into or over the waters of the Willamette River; and (b) any immediately adjacent areas formerly owned by the Port that became roads, streets, railroads, or rights-of-way (that may or may not have tax parcel numbers).  Properties listed below are identified by current tax parcel number from the Multnomah County Department of County Management Assessment and Taxation.  Where applicable, the "Formerly Known As" column identifies former parcel numbers that have cancelled into the listed current parcel number or provides other clarifying information. Where available, the Site ID number and street address are also listed for each tax parcel, in order to provide additional context and reference.  However, unless otherwise indicated below, the property boundaries are based on the current tax parcel number, not the Site number or the street address.

| Site ID[1] | Mult Co Alt Act# | Address[2] | Formerly Known As[3] |
|---|---|---|---|
| 8 | R708881588 | 15660 N LOMBARD ST | |
| 8 | R708881940 | 15660 N LOMBARD ST | R708882420; R708882440, R708882430 |
| 8 | R708881600 | 15660 N LOMBARD ST | |
| 8 | R708882410 | 15660 N LOMBARD ST | |
| 8 | R708881908 | 15660 N LOMBARD ST | |
| 8 | R708881890 | 15660 N LOMBARD ST | |
| 8 | R708881960 | 15660 N LOMBARD ST | R708881880; R708881950; R708881930 |
| 8 | R708882620 | 15660 N LOMBARD ST | |
| 8 | R708882850 | 15660 N LOMBARD ST | |
| 8 | R708881910 | 15660 N LOMBARD ST | |
| 8 | R708880036 | 15660 N LOMBARD ST | |
| 8 | R708881584 | 15660 N LOMBARD ST | R708881582 |
| 8 | R708892700 | 15660 N LOMBARD ST | R708880020 |
| 8 | R708881870 | 15660 N LOMBARD ST | |
| 8 | R708881900 | 15660 N LOMBARD ST | |
| 8 | R708881590 | 15660 N LOMBARD ST | |
| 8 | R708882200 | 15660 N LOMBARD ST | |
| 13 | R649774290 | 14400 N RIVERGATE BLVD | |
| 17 | R971260240 | 14003 N RIVERGATE BLVD | |
| 17 | R971260310 | 14003 N RIVERGATE BLVD | |
| 18 | R971260260 | 14025 N RIVERGATE BLVD | |
| 21 | R971260190 | 13939 N RIVERGATE BLVD | |
| 22 | R708882760 | SWC/ RAMSEY & N RIVERGATE BLVD | |
| 22 | R708883810 | 9639 N RIVERGATE BLVD | |
| 22 | R708887010 | 13333 WI/ N RIVERGATE BLVD | |

| Site ID[1] | Mult Co Alt Act# | Address[2] | Formerly Known As[3] |
|---|---|---|---|
| 22 | R708882700 | 9699 S/ N RIVERGATE BLVD | |
| 22 | R708882770 | LEVY CODE 201 | |
| 22 | R708883800 | 9619 N RIVERGATE BLVD | |
| 22 | R708882666 | LEVY CODE 201 | |
| 22 | R708887100 | 13035 N RIVERGATE BLVD | |
| 22 | R708886700 | LEVY CODE 201 | |
| 22 | R708887220 | N TIME OIL RD | |
| 22 | R708886500 | LEVY CODE 201 | |
| 22 | R708886510 | LEVY CODE 201 | |
| 22 | R708882680 | LEVY CODE 201 | |
| 22 | R708886600 | 13333 N RIVERGATE BLVD | |
| 22 | R971260030 | 13333 N RIVERGATE BLVD | |
| 22 | R708882800 | 13333 N RIVERGATE BLVD | |
| 22 | R708880040 | 13333 N RIVERGATE BLVD | |
| 22 | R359500020 | 13333 N RIVERGATE BLVD | |
| 22 | R708887000 | 13333 N RIVERGATE BLVD | |
| 22 | R708883840 | 13333 N RIVERGATE BLVD | |
| 22 | R708883830 | 9639 N RIVERGATE BLVD | |
| 22 | R708890250 | 9333 N RIVERGATE BLVD | |
| 22 | R708884120 | LEVY CODE 201 | |
| 22 | R971260340 | LEVY CODE 201 | |
| 22 | R708882740 | W END/ N RAMSEY BLVD | |
| 22 | R359500100 | 9345 N HARBORGATE ST | |
| 24 | R971260200 | 13940 N RIVERGATE BLVD | |
| 24 | R708884300 | 9715 N RAMSEY BLVD | R971260210 |
| 47 | R971350100 | LEVY CODE 201 | |
| 48 | R708887200 | 13035 N RIVERGATE BLVD | |
| 71 | R971350540 | 11040 N LOMBARD ST/TERMINAL 4 | |
| 71 | R971350250 | 11041 N LOMBARD ST/TERMINAL 4 | |
| 71 | R971350240 | 11040 N LOMBARD ST/LEVY CODE 201 | |
| 71 | R961021100 | 11040 N LOMBARD ST | R961021280, R961021350, R961021200, R961021360 |
| 71 | R961020410 | 11041 N LOMBARD ST/TERMINAL 4 | |
| 71 | R961021030 | 11042 N LOMBARD ST/TERMINAL 4 | |
| 71 | R961020960 | 11044 N LOMBARD ST/TERMINAL 4 | |

| Site ID[1] | Mult Co Alt Act# | Address[2] | Formerly Known As[3] |
|---|---|---|---|
| 71 | R961020910 | 11045 N LOMBARD ST/TERMINAL 4 | |
| 71 | R961021260 | 11040 N LOMBARD ST | R961021270 |
| 71 | R961021370 | 11040 N LOMBARD ST | |
| 71 | R961021230 | 11040 N LOMBARD ST | |
| 71 | R961021240 | 11040 N LOMBARD ST | |
| 71 | R961020420 | 11040 N LOMBARD ST/TERMINAL 4 | |
| 71 | R961021250 | 11040 WI/ N LOMBARD ST | |
| 73 | R961020390 | 11020 N LOMBARD ST | |
| 73 | R961021330 | 11020 N LOMBARD ST | R961021340 |
| 73 | R961020930 | N BRADFORD ST | |
| 73 | R961021020 | TERMINAL 4 | |
| 73 | R961021190 | LEVY CODE 201 | |
| 73 | R961020630 | N BRADFORD ST | |
| 73 | R961110340 | N BRADFORD ST | |
| 73 | R961110450 | 11020 N LOMBARD ST | |
| 73 | R961021130 | 10400 N LOMBARD ST | |
| 108 | R961110010 | 8940 N BRADFORD ST | |
| 108 | R961110360 | 8940 N BRADFORD ST | |
| 127 | R961120390 | S/ N PIERCE AVE (FORMER POP PROPERTY) | |
| 127 | R961120410 | SEC/ RICHMOND & N BRADFORD ST (METRO) | |
| 127 | R961120990 | N VAN BUREN AVE (METRO) | |
| 127 | R961121240 | N VAN BUREN AVE (METRO) | |
| 127 | R961121420 | S/ N WILLAMETTE BLVD | |
| 127 | R739100180 | SWC/ BRADFORD & N RICHMOND AVE (METRO) | |
| 133 | R941180200 | 6080 WI/ NW FRONT AVE | R941180060 |
| 136 | R941190960 | 5700 NW FRONT AVE | |
| 136 | R941180170 | 5724-5740 NW FRONT AVE | |
| 136 | R941191270 | 5480 WI/ NW FRONT AVE | |
| 136 | R941180260 | 5480 WI/ NW FRONT AVE | |
| 143 | R941180050 | 5533 WI/ NW DOANE AVE | |
| 144 | R941180040 | 5528 NW DOANE AVE | |
| 157 | R941180390 | 5555 N CHANNEL AVE | |
| 157 | R649840290 | 5555 N CHANNEL AVE | R649831524 |
| 157 | R941201320 | 5555 N CHANNEL AVE | |

| Site ID[1] | Mult Co Alt Act# | Address[2] | Formerly Known As[3] |
|---|---|---|---|
| 160 | R649831522 | 5225 N CHANNEL AVE | R649831526 |
| 160 | R649831527 | 5225 N CHANNEL AVE | |
| 160 | R941201120 | N CHANNEL AVE | |
| 160 | R649831508 | N CHANNEL AVE | |
| 160 | R941201130 | N CHANNEL AVE | |
| 160 | R941200620 | 4855 N LAGOON AVE | |
| 160 | R941210030 | SE COR/ BASIN & N WYGANT ST | |
| 160 | R814680150 | N CHANNEL AVE | R649831500 (See Footnote 13) |
| 160 | R941200950 | 4660 N CHANNEL AVE / 4085 N ANCHOR ST | R941201060, R941201050 |
| 160 | R941210820 | 4703-4715 N LAGOON AVE | R941200900, R941211050 |
| 160 | R941201300 | 4703-4715 W/ N LAGOON AVE | |
| 160 | R814680200 | N CHANNEL AVE | R649831494, R814680400, R814680450 |
| 160 | R941210830 | NW COR/ BASIN & N GOING ST | |
| 160 | R649735970 | N CHANNEL AVE / 4344 N/ N PORT CENTER WAY | |
| 160 | R649704100 | 3110 N GOING ST | |
| 160 | R814680404 | 4435-4747 N CHANNEL AVE | R649831511; R814680300; R814680354, R649831506, R649831514, R649831504,R649831502 |
| 160 | R814680204 | 4555 N CHANNEL AVE | R649831513; R814680354 |
| 160 | R814680050 | 4435-4747 N CHANNEL AVE | R649831516,R649831510, R649831512 |
| 160 | R941171190 | S SIDE/ N DOLPHIN ST | R941201240, R941201270 |
| 160 | R941201110 | N CHANNEL AVE | |
| 163 | R941200890 | 5405 N LAGOON AVE | |
| 164 | R025800060 | 7007 S/ N CUTTER CIR | |
| 164 | R025800080 | 7008 S/ N CUTTER CIR | |
| 164 | R941170880 | 6936 N FATHOM ST | |
| 164 | R941171360 | 6936 WI/ N FATHOM ST | |
| 165 | R649840324 | 5420 N LAGOON AVE | |
| 165 | R649840300 | 5420 N LAGOON AVE | |
| 171 | R649755370 | 5036 N LAGOON AVE | |
| 175 | R941200680 | 4859 N LAGOON AVE | |
| 175 | R941200720 | 5001 N LAGOON AVE | |
| 181 | R941191230 | 5034 WI/ NW FRONT AVE | |
| 182 | R649741610 | 5034 NW FRONT AVE | |
| 182 | R649741630 | 4950 NW FRONT AVE | |

| Site ID[1] | Mult Co Alt Act# | Address[2] | Formerly Known As[3] |
|---|---|---|---|
| 186 | R941200570 | 4700 WI/ NW FRONT AVE | |
| 188 | R941200650 | 3838 NW FRONT AVE | |
| 191 | R941180140 | 5501 NW FRONT AVE | |
| 191 | R941190640 | 5501 NW FRONT AVE | |
| 195 | R649831490 | 4099 N PORT CENTER WAY | |
| 197 | R941190600 | LEVY CODE 001 | |
| 207 | R941291980 | 3445-3455 NW FRONT AVE | |
| 218 | R941201280 | 3556 NW FRONT AVE | |
| 218 | R941280500 | 3556 WI/ NW FRONT AVE | |
| 218 | R941280820 | 3556 WI/ NW FRONT AVE / 2800 N/ NW FRONT AVE | |
| 218 | R941280710 | 3556 WI/ NW FRONT AVE | |
| 218 | R941292160 | NW FRONT AVE | |
| 218 | R941280650 | 3556 WI/ NW FRONT AVE | |
| 218 | R941280630 | 3060-3556 NW FRONT AVE | |
| 218 | R941280440 | 3556 WI/ NW FRONT AVE | |
| 218 | R941280590 | NW SHERLOCK AVE | |
| 222 | R766004790 | 2400 NW FRONT AVE | |
| 231 | R941170920 | 6767 N BASIN AVE | |
| 231 | R941170940 | 6735 N BASIN AVE | |
| 232 | R941171010 | 6211 N ENSIGN ST | |
| 234 | R941171120 | 6208 S/ N ENSIGN ST | |
| 234 | R941171030 | 6208 N ENSIGN ST | |
| 236 | R941170520 | 6147 N BASIN AVE | |
| 236 | R941171290 | 6135 N BASIN AVE | |
| 237 | R941170590 | 5949 N BASIN AVE | See Footnote 4 |
| 238 | R941171260 | 5617-5885 N BASIN AVE | |
| 248 | R941170560 | 5926-5938 N BASIN AVE | R941170550 |
| 249 | R941170540 | 5820 N BASIN AVE | |
| 250 | R941160200 | 5500 N BASIN AVE | |
| 263 | R605604000 | 6845 N CUTTER CIR | |
| 303 | R708820010 | 1700 NW RIVERSCAPE ST | |
| 303 | R637100010 | 1830 NW RIVERSCAPE DR | |
| 303 | R768100010 | NW RIVERSCAPE ST | |
| 303 | R708970150 | NW FRONT AVE / 1850 NW FRONT AVE | |
| 303 | R708970010 | NW FRONT AVE | |
| 303 | R708970270 | NW 16TH AVE | See Footnote 5 |
| 303 | R708970040 | NW 16TH AVE | |

| Site ID[1] | Mult Co Alt Act# | Address[2] | Formerly Known As[3] |
|---|---|---|---|
| 303 | R708970050 | NW 16TH AVE | |
| 303 | R708970110 | E/ NW FRONT AVE | |
| 303 | R708970100 | E/ NW FRONT AVE | |
| 303 | R708970060 | NW RIVERSCAPE ST | |
| 303 | R708970080 | NW RIVERSCAPE ST | |
| 303 | R708970500 | NWC/ 18TH & NW FRONT AVE / 2220 NW FRONT AVE | |
| 303 | R708970550 | NW FRONT AVE / 2130 NW FRONT AVE | |
| 303 | R708970600 | NW FRONT AVE / 2080 NW FRONT AVE | |
| 303 | R708970650 | NW FRONT AVE / 2010 NW FRONT AVE | R708970700 |
| 303 | R766004290 | PART/ TERMINAL 1 SOUTH | |
| 303 | R708970020 | 1648 NW RIVERSCAPE ST / NW 16TH AVE | |
| 303 | R708970350 | 1648 NW RIVERSCAPE ST | See Footnote 6 |
| 303 | R708970400 | 1648 NW RIVERSCAPE ST | See Footnote 7 |
| 303 | R708970070 | 1648 NW RIVERSCAPE ST | |
| 303 | R708970250 | 1648 NW RIVERSCAPE ST | See Footnote 8 |
| 303 | R708970450 | 1648 NW RIVERSCAPE ST | See Footnote 9 |
| 303 | R708970090 | 1648 NW RIVERSCAPE ST | See Footnote 10 |
| 303 | R708970300 | 1648 NW RIVERSCAPE ST | See Footnote 11 |
| 309 | R180235990 | 1030 NW NAITO PKWY | |
| 596 | R941160220 | 5400 N/ N EMERSON ST | |
| 596 | R941160230 | 5400 N/ N EMERSON ST | |
| 596 | R941210560 | 5400 N BASIN AVE | |
| 596 | R941160210 | 5400 N/ N BASIN AVE | |
| 596 | R941211100 | 5400 WI/ N BASIN AVE | |
| 596 | R941200840 | 5400 WI/ N BASIN AVE | |
| 597 | R941201180 | 5161 WI/ N LAGOON AVE | |
| 597 | R941200910 | 5161 WI/ N LAGOON AVE | |
| 597 | R941200760 | 5161 N LAGOON AVE | |
| 597 | R941200920 | 5160 N LAGOON AVE | |
| 76L | R941210510 | LEVY CODE 710 | |
| 76L | R649729810 | N PORT CENTER WAY | |
| 277L | R941280920 | LEVY CODE 201 | |
| None | R941200060 | 3710 NW FRONT AVE | P120035701 |
| None | R605600020 | S SIDE/ N WILLAMETTE BLVD | R025800021 |

| Site ID[1] | Mult Co Alt Act# | Address[2] | Formerly Known As[3] |
|---|---|---|---|
| None | R649680490 | N CUTTER CIR | R025800020, R025800040 (See Footnote 12) |
| None | R359500050 | 9310 N HARBORGATE ST | |
| None | R359500150 | 9333 N HARBORGATE ST | |
| None | R359500200 | 9442 N RAMSEY BLVD | |
| None | R605600080 | 5910 N CUTTER CIR | |
| None | R605600160 | 6000-6020 N CUTTER CIR | |
| None | R605600340 | 6032-6220 N CUTTER CIR | |
| None | R605600390 | 6330 N CUTTER CIR | |
| None | R605600400 | 6712 N CUTTER CIR | |
| None | R605601980 | 6121 N CUTTER CIR | |
| None | R605602000 | 6421 N CUTTER CIR | |
| None | R605602020 | 6235 N CUTTER CIR | |
| None | R605602021 | 6235 WI/ N CUTTER CIR | |
| None | R605602060 | 3620 N LEVERMAN ST | |
| None | R605602200 | 6400 N CUTTER CIR | |
| None | R605603500 | 6800-6840 N CUTTER CIR | |
| None | R605604700 | 6447 N CUTTER CIR | |
| None | R637101610 | BLANK | |
| None | R649732010 | 5909 N CUTTER CIR | |
| None | R649732020 | 5937 N CUTTER CIR | |
| None | R649735960 | 4344 N PORT CENTER WAY | |
| None | R649744600 | 2435 NW FRONT AVE | |
| None | R649744630 | 2303 NW FRONT AVE | |
| None | R649746970 | 3449-3627 N ANCHOR ST | |
| None | R649746980 | 3449-3627 WI/ N ANCHOR ST | |
| None | R649774295 | 14400 WI/ N RIVERGATE BLVD | |
| None | R649774300 | 14141 N RIVERGATE BLVD | |
| None | R649845770 | 5018 N CHANNEL AVE BLDG #1 | |
| None | R649845780 | 5016 N CHANNEL AVE | |
| None | R649867690 | 3737 N EMERSON ST | |
| None | R649867700 | N BASIN AVE | |
| None | R708881120 | 9200 WI/ N RAMSEY BLVD | |
| None | R708881140 | 9200 N RAMSEY BLVD | |
| None | R708881594 | 15840 WI/ N SIMMONS RD | |
| None | R708881596 | LEVY CODE 393 | |

| Site ID[1] | Mult Co Alt Act# | Address[2] | Formerly Known As[3] |
|---|---|---|---|
| None | R708882240 | 15831 N SIMMONS RD | |
| None | R708882260 | 15840 WI/ N SIMMONS RD | |
| None | R708882300 | 16120 N SIMMONS RD | |
| None | R708882870 | 15840 N SIMMONS RD | |
| None | R708883700 | 9211 N HARBORGATE ST | |
| None | R708883900 | 10001 N RIVERGATE BLVD | |
| None | R708884100 | 9625 N RAMSEY BLVD | |
| None | R708890050 | 9222 N HARBORGATE ST | |
| None | R708890150 | 9243 N RIVERGATE BLVD | |
| None | R708890170 | 13225 N LOMBARD ST | |
| None | R708892300 | 14819 WI/ N LOMBARD ST | |
| None | R708892400 | 14819 N LOMBARD ST | |
| None | R708892600 | 15011 N LOMBARD ST | |
| None | R766003220 | NWC/ 21ST & NW FRONT AVE | |
| None | R882434320 | BLANK | |
| None | R941170570 | 5550 N BASIN AVE | |
| None | R941170580 | 6100 N BASIN AVE | |
| None | R941170610 | 6220 N BASIN AVE | |
| None | R941170620 | 5555 N LAGOON AVE | |
| None | R941170680 | 6290 N BASIN AVE | |
| None | R941170730 | 5851 WI/ N LAGOON AVE | |
| None | R941170740 | 6310 N BASIN AVE | |
| None | R941170830 | 5565 N DOLPHIN ST | |
| None | R941170860 | 6457 N BASIN AVE | |
| None | R941170870 | 6650 N ENSIGN ST | |
| None | R941170890 | 5851 WI/ N LAGOON AVE | |
| None | R941170900 | 6520 N BASIN AVE | |
| None | R941170910 | 6707 N BASIN AVE | |
| None | R941170930 | 6645 N ENSIGN ST | |
| None | R941170970 | 6650-6720 N BASIN AVE | |
| None | R941171000 | NWC/ BASIN & N FATHOM ST | |
| None | R941171070 | 6870-6874 N FATHOM ST | |
| None | R941171080 | 5550 WI/ N BASIN AVE | |
| None | R941171130 | 6330-6340 N BASIN AVE | |
| None | R941171150 | S/ N WILLAMETTE BLVD | |
| None | R941171200 | 6335 N BASIN AVE | |
| None | R941171210 | 6707 WI/ N BASIN AVE | |

| Site ID[1] | Mult Co Alt Act# | Address[2] | Formerly Known As[3] |
|---|---|---|---|
| None | R941171220 | 6840 N FATHOM ST | |
| None | R941171230 | 6125-6235 N BASIN AVE | |
| None | R941190290 | 4322-4338 NW YEON AVE | |
| None | R941200220 | 3721 NW FRONT AVE | |
| None | R941200700 | 3838 N BALLAST ST | |
| None | R941200730 | 4750 N CHANNEL AVE | |
| None | R941200740 | 4865 N LAGOON AVE | |
| None | R941200750 | 3919 N BALLAST ST | |
| None | R941200780 | 5020 N CHANNEL AVE | |
| None | R941200790 | 5061 N LAGOON AVE | |
| None | R941200800 | 5411 N LAGOON AVE | |
| None | R941200820 | 5051 N LAGOON AVE | |
| None | R941200830 | 5300-5350 N CHANNEL AVE | R941200860 |
| None | R941200850 | 4800 N CHANNEL AVE | |
| None | R941200960 | 4325 N COMMERCE ST | |
| None | R941200970 | 5140 N CHANNEL AVE | |
| None | R941200980 | 3641-3683 NW FRONT AVE | |
| None | R941210850 | 4810 N BASIN AVE | |
| None | R941210870 | 3002-3014 N WYGANT ST | |
| None | R941210980 | 4810 WI/ N BASIN AVE | |
| None | R941211000 | 4730 N LAGOON AVE | |
| None | R941211010 | 4711 N BASIN AVE | |
| None | R941211020 | 4711 WI/ N BASIN AVE | |
| None | R941211110 | 4805-4825 N BASIN AVE | |
| None | R941280320 | 2901 NW FRONT AVE | |
| None | R941280930 | 3045-3065 WI/ NW FRONT AVE | |
| None | R941290570 | 3501-3599 NW YEON AVE | |
| None | R941290830 | 3551 NW FRONT AVE | |
| None | R941291070 | 3150 NW 31ST AVE | |
| None | R941291990 | NW 26TH DRIVE | See Footnote 14 |
| None | R961021140 | 10400 N LOMBARD ST | |
| None | R961021210 | 6921-7011 N ROBERTS AVE | |
| None | R971230030 | LEVY CODE 393 | |
| None | R971230050 | LEVY CODE 393 | |
| None | R941190450 | 4927 NW FRONT AVE | R941200930 |
| None | R605600030 | W SIDE/ N WILLAMETTE BLVD | |

| Site ID[1] | Mult Co Alt Act# | Address[2] | Formerly Known As[3] |
|---|---|---|---|
| None | R605600040 | S SIDE/ N WILLAMETTE BLVD | |
| None | R605600070 | 6800 S/ N CUTTER CIR | |
| None | R605600100 | N CUTTER CIR | |
| None | R605600120 | N BASIN AVE | |
| None | R605600200 | N CUTTER CIR | |
| None | R605600380 | W SIDE/ N WILLAMETTE BLVD | |
| None | R605602210 | W SIDE/ N LEVERMAN ST | |
| None | R941171100 | NEC/ EMERSON & N BASIN AVE | |
| None | R941171110 | 6290 NE/ N BASIN AVE | |
| None | R941171140 | 6645 E/ N ENSIGN ST | |
| None | R941210430 | 5239 N/ N EMERSON DR | |
| | | | |
| FOOTNOTES | | | |
| 1 | Site ID: Site ID number from Trustees' Portland Harbor Allocation Site List. | | |
| 2 | Address: From Port GIS database and/or Multnomah Co tax lot database. | | |
| 3 | "Formerly Known As" column identifies former parcel numbers that have cancelled into the listed current parcel number | | |
| 4 | R941170590; This lot merged into "Partition Plat 2016-10" in 2016 | | |
| 5 | R708970270; This lot merged into "Shoreline Condominiums" in 2006 | | |
| 6 | R708970350; This lot merged into "Shoreline Condominiums" in 2008 | | |
| 7 | R708970400; This lot merged into "Riverfront Place Condominium" in 2011 | | |
| 8 | R708970250; This lot merged into "Shoreline Condominiums Stage 2" in 2006 | | |
| 9 | R708970450; This lot merged into "Pacifica at Riverscape Condominiums" in 2008 | | |
| 10 | R708970090; This lot merged into "Pacifica at Riverscape Condominiums in 2008 | | |
| 11 | R708970300; This lot merged into "Shoreline Condominiums Stage 3" in 2007 | | |
| 12 | R025800020; This lot merged into "Partition Plat 2017-13" in 2017 | | |
| 13 | R649831500; This lot merged into "Swan Island Port Center Campus" in 2019 | | |
| 14 | R941291990; This lot merged into the north end of NW 26th Drive (street) | | |

**Appendix A: Property of Portland General Electric Company (PGE) and identified spills or releases**

This Appendix A, including Exhibits A-1, A-2 and A-3, contains the descriptions of real and personal property and identified spills and releases and is intended to comprehensively describe all such property and spills or releases included within Appendix A. PGE's distribution network is found throughout the PGE Distribution Network Area Boundary as delineated by the line on the maps provided in Exhibits A-1 and A-2. The distribution network includes but is not limited to poles, towers, transmission and distribution lines, substations, submerged or underground cables and lines, transformers, capacitors, switches, reclosers and vaults, that together distribute or have distributed power to PGE customers. PGE constructed, installed, or acquired the various portions of the distribution network at various times including portions acquired, constructed, and installed by PGE predecessor companies prior to 1930 and by PGE after 1930; and portions acquired from Pacific Power & Light in a territory swap.

**Part 1: PGE Current and Historically-Owned or Operated Properties**

The following properties and facilities are currently or previously owned or operated by PGE and are included within Appendix A. The properties specified include all facilities, equipment and service areas located within the properties, including but not limited to, any poles, towers, transmission and distribution lines, substations, submerged or underground cables and lines, transformers, capacitors, switches, reclosers and vaults, at these locations, that together distribute power to PGE customers.

| Property Description[1] | Portland Harbor Trustee Designated Site ID | Address | Property ID | State ID | Multnomah County Alternate Tax No. |
|---|---|---|---|---|---|
| Harborton Property and Substation | 45 | 12500 NW Marina Way And near 12430 NW St. Helens Rd. | R325467 R325472 R325470 R504043 R325468 R325474 | 2N1W3400100 2N1W3400300 2N1W3401000 2N1W3400800 2N1W3401100 2N1W3401800 | R971340100 R971340180 R971340160 R971340410 R971340130 R971340200 |
| Rivergate Substation and adjacent historic property | 47 | 8920 N. Time Oil Rd. 8849 N. Burgard Way 12299 N. Burgard Rd. | R325485 R325504 R325526 R325506 R325530 | 2N1W35B01700 2N1W35A00800 2N1W35D00200 2N1W35A00900 2N1W35D00100 | R971350100 R971350480 R971350730 R971350520 R971350750 |
| Wacker Substation | 125 | 7200 NW Front Ave. | R324183 R324219 | 1N1W1301200 1N1W13A00100 | R961130010 R961130480 |

---

[1] Properties are described by name, address and other identifying information, if available. Property addresses, lot lines, IDs and tax numbers may have changed over time. Property Id, State ID and Alternate Tax Numbers are provided if associated with the property.

| | | | | | |
|---|---|---|---|---|---|
| Crawford St. Corporation Site (historic property (v)) | 126 | 8524 N. Crawford St. | R263881 R263877 R263876 R263878 R263880 R263874 R263875 | 1N1W12BD05500 1N1W12BD05900 1N1W12BD05800 1N1W12BD05700 1N1W12BD05600 1N1W12CA00200 1N1W12CA00300 | R739101320 R739100920 R739100840 R739101000 R739101160 R739100250 R739100380 |
| Pennwalt Substation (historical ownership) | 131 | 6400 NW Front Ave. | R553604 R553602 R553603 R553605 R553606 R553814 R531501 | 1N1W1300204 1N1W1300207 1N1W1300203 1N1W1300205 1N1W1300206 1N1W1300202 1N1W1300201 | R617400100 R617400010 R617400050 R617400150 R617400200 R961130590 R961130580 |
| Willbridge Substation | 148 | 6215 NW St. Helens Rd. 6333 NW St. Helens Rd. 6411 NW 64th Ave. | R702526 R308300 R308301 R308311 R308310 R308302 R308291 R308303 R308292 R308299 R308295 R308297 R308294 | 1N1W13DB01401 1N1W13DB02200 1N1W13DB02300 1N1W13DB01900 1N1W13DB01800 1N1W13DB02400 1N1W13DB02500 1N1W13DB03200 1N1W13DB02600 1N1W13DB03100 1N1W13DC01500 1N1W13DB02900 1N1W13DB02700 | R64991 R915502150 R915502250 R915502750 R915502710 R915502300 R915501800 R915502310 R915501830 R915502130 R915501890 R915502010 R915501870 |
| Station N (historical ownership) | 155 | 5828 N. Van Houten Pl. | R315775 R248488 | 1N1E1800100 1N1E1800300 | R941180100 R669907720 |
| Zidell/Emery (historic property (ix)) | 181 | 4950, 5034, and 5200 NW Front | R315893 R238223 R315838 R238220 R238218 | 1N1E19A00100 1N1E19A00900 1N1E19A01500 1N1E19A01100 1N1E19A01000 | R941191230 R649741630 R941190540 R649741620 R649741610 |
| Yeon Property (historical ownership) | 193 | Near 4400 Block NW St. Helens Rd. southwest of junction of NW Yeon Ave. and NW St. Helens Rd. | R315857 R315880 | 1N1E19CA00100 1N1E19CA00200 | R941190770 R941191080 |

ER-1095

| | | | | | |
|---|---|---|---|---|---|
| Station E (historical ownership) | 220, 221, 229 | 2700 NW Front Ave.<br>2635 NW Front Ave.<br>2101 NW Reed St. | R316362<br>R316311<br>R269766<br>R269767<br>R269763<br>R269760<br>R269761<br>R269762 | 1N1E28B00600<br>1N1E28B00800<br>1N1E28BD00500<br>1N1E28BD00400<br>1N1E28CA03100<br>1N1E28CA03200<br>1N1E28CA03400<br>1N1E28CA03500 | R941280900<br>R941280300<br>R766003080<br>R766003120<br>R766002840<br>R766002720<br>R766002750<br>R766002800 |
| Swan Island Substation | 250 | 5500 N. Basin Rd. | R315598 | 1N1E16CC01900 | R941160200 |
| De Wolf Properties LLC (historical ownership) | 289 | 2303 N. Randolph Ave. | R102681 | 1N1E27CB01500 | R009616580 |
| Summit Properties (historic property (xii)) | 305 | 1462 NW Front Ave. (NW Naito Pkwy) | R298548 | 1N1E27CC00200 | R883803120 |
| Longview City Laundry (historic property (vi)) | 481, 528, 585 | 2801 NW Nela St.<br>2817 NW Nela St.<br>2950 NW 29th Ave.<br>2900 NW 29th Ave. | R316473<br>R316451<br>R316449<br>R316444<br>R316515 | 1N1E29AC00300<br>1N1E29AC00400<br>1N1E29AC00200<br>1N1E29AC00100<br>1N1E29AD01000 | R941291260<br>R941291110<br>R941291090<br>R941291040<br>R941291830 |
| Williams Cindy (historical ownership) | 620 | 3660 NW Front Ave.<br>3628 NW Front Ave. | R315957<br>R315944 | 1N1E20DD00300<br>1N1E20DD00100 | R941201040<br>R941200870 |
| Linnton Substation (historical ownership) | 629 | Intersection of NW Hoge Ave. and NW St. Helens Rd. | Unknown | Unknown | Unknown |
| Hawthorne Shop (historic ownership) | | 1510 SE Water Ave. | R275770<br>R275768<br>R275769<br>R275767 | 1S1E03DA1300<br>1S1E03DA1100<br>1S1E03DA01000<br>1S1E03DA01200 | R794001000<br>R794000920<br>R794000990<br>R794000900 |
| Station L (historic ownership) | | 1945 SE Water Ave.<br>1701 SE Water Ave.<br>211 SE Caruthers St. | R504993<br>R326765<br>R326764<br>R326759<br>R326766<br>R326758<br>R490515 | 1S1E03D00101<br>1S1E03D00100<br>1S1E03D00200<br>1S1E03D00500<br>1S1E03D00400<br>1S1E03D00300<br>1S1E03D00301 | R991030800<br>R991030760<br>R991030750<br>R991030700<br>R991030770<br>R991030690<br>R991030790 |

ER-1096

| | | 2015 SW Water Ave. 2201 SE 2nd Pl. | R247366 R247367 R247368 R247369 R657640 R657638 R657639 | 1S1E03DD00600 1S1E03DD00500 1S1E03DD00200 1S1E03DD00300 1S1E03DD00301 1S1E03DD00202 1S1E03DD00203 | R668200050 R668200100 R668200150 R668200200 R668200210 R668200170 R668200180 |
|---|---|---|---|---|---|
| Fulton Substation (historic ownership) | | 0540 SW Nevada St. (540 S. Nevada St.) | R590739 R582379 | 1S1E22BD80000 1S1E22BD00101 | R521900010 R649862490 (historic boundary does not correspond exactly to modern tax lot) |
| Jefferson Substation (historic ownership) | | 1236 SW 1st Ave. | R681278 | 1S1E03BD03500 | R667701394 |
| Riverview Substation and adjacent historic property | | Near 600 SW Taylors Ferry Rd. and 7606 SW Fulton Park Blvd. | R330295 R330286 R167136 R330318 | 1S1E22BD05300 1S1E22BD05400 1S1E22BD05700 1S1E22BD05500 | R991220330 R991220190 R300405510 R991220590 |
| Rose City Core Building | | 3100 NW Industrial St. | R174627 | 1N1E29CA00600 | R347600340 |
| Stephens Substation | | 1830 SE Water Ave. | R326733 | 1S1E03DA04400 | R991030210 |
| World Trade Center | | 121 SW Salmon St. 25 SW Salmon St. 26 SW Salmon St. | R245931 R245917 R245918 | 1S1E03BA02100 1S1E03BA00200 1S1E03BD00200 | R667702030 R667700830 R667700970 |
| Marquam Substation | | 2521 S. Water Ave | R128841 | 1S1E10BA05000 | R140905240 |
| Historic Property (ii) | | 2611 SE 4th Ave. | R197256 | 1S1E10AA00600 | R448700650 |
| Historic Property (iii) | | 101 through 119 SW Main and 1031 through 1037 SW 1st Ave. | R245930 | 1S1E03BD00300 | R667701850 |

| Historic Property (vii) | 189, 205 | 3710 NW Front 3657 NW Front | R315900 R315954 | 1N1E20DD00200 1N1E20DD00400 | R941200060 R941200980 |
|---|---|---|---|---|---|
| Historic Property (viii) | | 7560 and 7568 SW La View Dr. (7560 and 7568 S. La View Dr.) | R166807 R167128 | 1S1E22BD06100 1S1E22BD06000 | R300100540 R300405390 |
| Historic Property (x) | | Near SW Montgomery St. and SW Water Ave | Unknown | Unknown | R77750310 |
| Historic Property (xi) | | Northeast Corner of SW 1st and SW Alder St. | R245899 | 1S1E03BA01000 | R667700010 |
| Historic Property (xiii) | 289 | Near N. Loring and N. Randolph 2303 N. Randolph | R102681 | 1N1E27CB01500 | R009616580 |
| Historic Property (xiv) | | Near SE Main and SE Water St. | R676298 | 1S1E03AD03603 | R649672090 |
| Historic Property (xv) | | Between SW 1st Ave. and 2nd on SW Ash St. | R246026 R246021 R246025 | 1N1E34CD01800 1N1E34DC02400 1N1E34CD01900 | R667704300 R667704220 R667704280 |
| Historic Property (xvi) | | SW Macadam, Fulton District, Near SW Miles Pl. | R330343 | 1S1E22AC04800 | R991220920 |

**Part II: Map of Portland General Electric Company Distribution Network**

In addition to the real properties specified in Part I of this Appendix A where PGE distribution network equipment and property may be or was historically located on properties currently or formerly owned or operated by PGE, maps of the distribution transformers (network, overhead, and underground), cable crossings, and PGE current and historical properties within the PGE Distribution Network Area Boundary are provided as Exhibits A-1 and A-2 to this Appendix A.  The equipment indicated in Exhibit A-2, and all poles, towers, transmission and distribution lines, submerged or underground cables and lines, transformers, capacitors, switches, reclosers, vaults and other PGE equipment located within the PGE Distribution Network Area Boundary indicated on the map in Exhibit A-1 but not specifically indicated in Exhibit A-2, are included within this Appendix A.  This Appendix A includes all releases of hazardous substances or pollutants from that equipment or activities associated with that equipment (including

but not limited to: installation, use, maintenance, and replacement or removal of equipment; spill response; and periodic removal of water accumulated in vaults).

**Part III: Activities and releases**

In addition to releases of hazardous substances or pollutants from real properties specified in Part I of this Appendix A, and from the distribution network transformers and other equipment identified in Part II of this Appendix A, Part III of this Appendix A is a table of spills and releases covering the period between July 1979 and September 2020 from PGE's distribution network, submerged cables and miscellaneous activities, described as "PGE Total Distribution Network Equipment and Related Spills and Releases within the PGE Distribution Network Area Boundary" in Exhibit A-3 to this Appendix A.  In addition to the spills identified in Exhibit A-3, this Appendix A also includes releases of hazardous substances or discharges of pollutants from spills prior to July 1979 within the PGE Distribution Network Area Boundary shown in Exhibit A-1.



Sources: ESRI 2019 − ArcGIS Data Basemaps.pdf; AEGIS 2020 − DC736 FFIDs.pdf; APGIS 2019 − DC1019 Willamette Navigation.pdf.

### Legend

➤ River Flow Direction

— River Mile

▢ PGE Distribution Network Area Boundary

▢ Navigation Channel

**Exhibit A-1**

JUNE 2022

PGE DISTRIBUTION
NETWORK AREA BOUNDARY
PORTLAND, OREGON

ER-1100





**Legend**

**PGE Transformers**
- ● Pole-Mounted Transformer
- ■ Pad-Mounted Transformer
- ■ Subsurface Vault Transformer
- ▬ Cable Crossing
- ▬ River Mile
- ■ Current PGE Property
- ■ Historical PGE Property
- ┅ PGE Distribution
       Network Area Boundary

Sources: PGE0163453 (RLIS Data, 06/28/2019); River Miles Lines, 2011 (DC 47);
Willamette River Navigation Channel, 5/15/2019 (DC 1019);
TPA RM10W Expert Report at Appendix I (Table A1);
PGE0247893 (Portland Transformer Inventory, 03/2020);

JUNE 2022

**Exhibit A-2**

PGE TRANSFORMERS,
EQUIPMENT AND PROPERTIES
PORTLAND, OREGON

ER-1102



RM-11

RM-12

RM-13

RM-14

**Legend**

**PGE Transformers**
- ● Pole-Mounted Transformer
- ■ Pad-Mounted Transformer
- ■ Subsurface Vault Transformer
- ▬ Cable Crossing
- — River Mile
- ■ Current PGE Property
- ▨ Historical PGE Property
- ┉ PGE Distribution Network Area Boundary

1,000   0   1,000   2,000

SCALE IN FEET

Sources: PGE0163453 (RLIS Data, 06/28/2019); River Miles Lines, 2011 (DC 47);
Willamette River Navigation Channel, 5/15/2019 (DC 1019);
TPA RM10W Expert Report at Appendix 1 (Table A1);
PGE0247893 (Portland Transformer Inventory, 03/2020);

**Exhibit A-2**

JUNE 2022

PGE TRANSFORMERS,
EQUIPMENT AND PROPERTIES
PORTLAND, OREGON

ER-1103

**Exhibit A-3: PGE Total Distribution Network Equipment and Related Spills and Releases within the PGE Distribution Network Area Boundary 1979–September 2020**

| Spill Date | Street Address | Spill Equipment Type | Quantity Spilled (gallons)[1] | PCB Content of Spill (ppm)[2] | Spill Description | Overwater Spill | Oil Entered Storm Drain | PCB Content Unknown, Non-PCB, or < 50 ppm | Quantity Spilled Unknown |
|---|---|---|---|---|---|---|---|---|---|
| 1979-07-06 | Linnton Plywood | Transformer | 0.25 | -- | A transformer located on a piling 100 feet into the Willamette River cracked and leaked into the river. PGE called Western Environmental Services to clean up the spill and no oil was found on the water. PGE subsequently relocated the transformer bank to land. | Yes | No | Yes | No |
| 1984-04-10 | NW 109th & St. Helens Road | Transformer | 35 | 53 | A public vehicle hit a power pole causing a pole-mount transformer to spill its contents into the street and most of the oil entered the combined storm/sanitary drain. | No | Yes | No | No |
| 1985-10-04 | NW 25th and Nicolai St | Transformer | 0.125 | Non-PCB | A non-PCB transformer spilled 1 pint of its contents. | No | No | Yes | No |
| 1985-11-25 | Basin St. on Swan Island | Transformer | 10 | 18 | A transformer spilled oil but it did not flow to any storm drains. | No | No | No | No |
| 1986-03-04 | Near 200 SE Spokane (Sellwood Moorage) | Transformer | 5 | 5 | During flooding, 19 houseboats broke from their moorage. Top bushings on transformers located on the dock ruptured and leaked into the river. | Yes | No | No | No |
| 1986-03-15 | 3245 N Willamette Blvd | Transformer | 20 | 40 | A public vehicle hit a power pole causing a pole-mount transformer to spill its contents. All oil went into the storm drain. | No | Yes | No | No |
| 1986-05-05 | 3300 NW Yeon | Transformer | 1 | Non-PCB | A non-PCB pad-mount transformer leaked at Schnitzer Steel. | No | No | Yes | No |
| 1986-05-06 | 12005 N Burgard | Transformer | 1 | Non-PCB | A non-PCB pad-mount transformer leaked at Palmco Oil. | No | No | Yes | No |
| 1986-06-12 | 8200 SW Macadam | Transformer | 5 | 26 | A pole-mount transformer spilled oil onto the sidewalk. | No | No | No | No |
| 1986-06-26 | NW Yeon E of Expressway | Other - Truck | 15 | Non-PCB | A PGE line truck spilled hydraulic oil on new sub-grade. | No | No | No | No |
| 1986-07-23 | 2000 NW Wilson | Transformer | 1 | 11 | A 300 kVa pad-mount transformer leaked. | No | No | No | No |
| 1986-08-09 | 120 SW Columbia St. | Capacitor | 1 | Non-PCB | A non-PCB capacitor spilled oil. | No | No | No | No |
| 1986-08-21 | 2 blocks south of NW 26th and Yeon | Other - Truck | 3 | Non-PCB | A PGE line truck spilled hydraulic oil onto public property. | No | No | No | No |
| 1986-09-04 | 3059 NW Yeon | Other - Truck | 5 | Non-PCB | A PGE bucket truck spilled hydraulic oil onto the roof and exterior wall of a Goodyear Rubber building. | No | No | No | No |
| 1987-04-14 | SW Macadam N of Sellwood Bridge | Other - Truck | 3 | Non-PCB | A PGE line truck spilled hydraulic oil onto public roadway. | No | No | No | No |
| 1987-06-04 | NW 30th Ave and St. Helens Road | Other - Truck | 4 | Non-PCB | A PGE line truck spilled hydraulic oil onto a private driveway. | No | No | No | No |
| 1987-06-24 | 4900 SW Landing Dr | Transformer | 1 | <1 | A pad-mount transformer spilled oil onto soil and pad. | No | No | No | No |
| 1988-08-05 | 2335 NW 29th | Transformer | 0.125 | 12 | A transformer spilled onto public street. | No | No | No | No |
| 1988-12-02 | 5400 N Basin | Transformer | 20 | 30 | A pole-mount transformer leaked from a bullet hole onto gravel and a private vehicle below. | No | No | No | No |
| 1989-01-19 | 12005 North Burgard | Transformer (3) | 20 | <1 | A truck hit a pole causing three pole-mount transformers to spill oil onto the street. Lab analysis of oil reported as less than 1 ppm PCBs. | No | No | No | No |
| 1989-05-16 | 4705 NW Front | Transformer | 0.25 | Non-detect | A transformer spilled oil onto asphalt. Lab analysis of oil did not detect PCBs. | No | No | No | No |
| 1990-04-24 | 5949 N Basin | Transformer | 75 | Non-detect | A transformer malfunctioned and sprayed oil over the surrounding area. Some oil was transported to a drain to pump station and then to treatment plant; not the Willamette River. Lab analysis of oil did not detect PCBs. | No | Yes; not river | No | No |

**Exhibit A-3: PGE Total Distribution Network Equipment and Related Spills and Releases within the PGE Distribution Network Area Boundary 1979–September 2020**

| Spill Date | Street Address | Spill Equipment Type | Quantity Spilled (gallons)[1] | PCB Content of Spill (ppm)[2] | Spill Description | Overwater Spill | Oil Entered Storm Drain | PCB Content Unknown, Non-PCB, or < 50 ppm | Quantity Spilled Unknown |
|---|---|---|---|---|---|---|---|---|---|
| 1990-06-05 | 3325 NW Yeon | Transformer | 2 | 5 | A pole-mount transformer spilled onto the street, a private vehicle, and one person. A pole fire occurred. | No | No | No | No |
| 1990-08-27 | 5617 N Basin | Transformer | 10 | 10 | A pad-mount transformer spilled at Island Leasing Corp. | No | No | No | No |
| 1990-10-24 | Swan Island north of Kittridge/Leverma | Capacitor bank | 3 | Non-PCB | Multiple pole-mount non-PCB capacitors leaked oil onto vegetation. | No | No | No | No |
| 1990-11-24 | 2727 NW 29th | Capacitor | 2 | Non-PCB | Non-PCB capacitor spilled oil onto asphalt and caught on fire. | No | No | No | No |
| 1991-01-30 | 4927 NW Front | Transformer | 1 | <1 | A transformer was dripping oil onto asphalt and soil. Sticker indicated PCB content of less than 1 ppm. | No | No | No | No |
| 1991-04-24 | 110 SE Caruthers | Transformer | 2 | 36 | A pole-mount transformer leaked oil onto pole, soil, and vegetation. | No | No | No | No |
| 1991-07-23 | 290 SE Spokane | Transformer | 5 | <50 | A pad-mount transformer leaked oil onto pad and vegetation. | No | No | Yes | No |
| 1991-10-23 | 9300 N Columbia | Capacitor | 2 | Non-PCB | Non-PCB pole-mount capacitor spilled oil. | No | No | No | No |
| 1991-10-31 | SE Madison and Water | Transformer | 14 | 15 | A transformer leaked oil onto asphalt and two private vehicles. | No | No | No | No |
| 1992-06-23 | 3232 NW Industrial | Transformer (3) | 10 | Non-detect | Three transformers spilled onto soil/bark dust and asphalt. Lab analysis of oil did not detect PCBs. | No | No | No | No |
| 1992-07-30 | Water Ave and Belmont | Other - Truck | 4 | Non-PCB | A PGE line truck spilled hydraulic oil onto the asphalt of a public street. | No | No | No | No |
| 1992-12-17 | 7540 NW St. Helens | Other - Unknown | 22 | Non-PCB | A hydraulic spill from an unknown source contaminated 4,000 square feet of water, soil, and asphalt. | No | No | No | No |
| 1993-02-26 | 2181 NW Nicolai | Transformer | 2 | <1 | One transformer spilled oil onto soil and gravel. Sticker indicated PCB content of less than 1 ppm. | No | No | No | No |
| 1993-02-26 | 2181 NW Nicolai | Transformer | 3 | <1 | One transformer spilled oil onto soil and gravel. Sticker indicated PCB content of less than 1 ppm. | No | No | No | No |
| 1993-06-11 | SW Madison and SW 2nd | Transformer | 5 | 5 | PGE crews cleaned up oil. | No | Yes | No | No |
| 1993-08-11 | NW 6th and Johnson St | Other - Vault cable | 0.0625 | Non-PCB | Spill was contained in vault (V18), no cleanup required. Paper insulated lead covered (PILC) cable paper is saturated with oil, which may or may not contain PCBs. | No | No | Yes | No |
| 1993-09-03 | 2900 NW 29th Ave | Transformer | 0.03125 | 3 | A pole-mount transformer leaked oil on the sidewalk and a car. | No | No | No | No |
| 1993-10-12 | 3900 NW Yeon | Transformer | 2 | 38 | A pole-mount transformer malfunctioned and spilled oil onto asphalt, sidewalk, and railroad tracks. Oil entered a storm drain. | No | Yes | No | No |
| 1994-02-14 | SE Caruthers and 3rd Ave | Transformer | 5 | <1 | A pole-mount transformer leaked oil onto asphalt and private vehicles. Lab analysis of oil reported as less than 1 ppm PCBs. | No | No | No | No |
| 1994-07-06 | 3003 NW 35th | Transformer | 4 | 9 | A transformer spilled oil onto cement. | No | No | No | No |
| 1994-07-12 | NW 31st and Luzon | Transformer | 0.1 | 48 | A pole-mount transformer spilled oil onto asphalt. | No | No | No | No |
| 1994-07-14 | 0225 SW Montgomery | Other - Vault cable | 0.25 | Non-PCB | A cable-splice released a tar-like substance into a vault. | No | No | No | No |
| 1994-12-13 | 3 Spans South of N Ensign | Other - Equipment | 2 | Non-PCB | A PGE hole digger spilled hydraulic oil onto soil. | No | No | No | No |
| 1994-12-21 | E of Ensign Street at Swan Island | Other - Truck | 20 | Non-PCB | A PGE boom truck spilled hydraulic oil onto soil at railroad tracks and puddle of water. | No | No | No | No |

**Exhibit A-3: PGE Total Distribution Network Equipment and Related Spills and Releases within the PGE Distribution Network Area Boundary 1979–September 2020**

| Spill Date | Street Address | Spill Equipment Type | Quantity Spilled (gallons)[1] | PCB Content of Spill (ppm)[2] | Spill Description | Overwater Spill | Oil Entered Storm Drain | PCB Content Unknown, Non-PCB, or < 50 ppm | Quantity Spilled Unknown |
|---|---|---|---|---|---|---|---|---|---|
| 1995-04-08 | N Columbia and N Burgard | Transformer (4) | 10 | 43 | A vehicle hit a transformer pole causing it to break and then bring down three other poles. Four transformers ruptured and spilled oil onto asphalt and soil. About 10 gallons flowed into a storm drain and then to a pond. About 25 gallons spilled to the street. Lab analysis of oil in one transformer (15 kVA #3733) had 43 ppm PCBs and the oil other three transformers did not detect PCBs. | No | Yes; not river | No | No |
| 1995-08-06 | NW 21 Ave and Wilson | Other - Truck | 10 | Non-PCB | A PGE line truck spilled hydraulic oil onto asphalt and into storm drain. | No | No | No | No |
| 1995-08-23 | 3200 NW Yeon | Transformer | 1 | -- | A transformer leaked oil onto its concrete pad. PCB content is unknown. | No | No | Yes | No |
| 1995-09-27 | 4315 SE McLoughlin Blvd at railroad tracks | Other - Oil | 20 | Non-PCB | Hydraulic oil spilled onto soil. | No | No | No | No |
| 1995-11-01 | 3200 SE Mcloughlin | Transformer | 0.125 | <1 | A transformer leaked oil on soil. Sticker indicated PCB content of less than 1 ppm. | No | No | No | No |
| 1996-02-01 | 3055 NW 29th Ave | Transformer | 0.0625 | 22 | A transformer spilled oil onto soil, asphalt, bushes, and seven vehicles. | No | No | No | No |
| 1996-02-16 | NW 9th and Front | Other - Train | 20 | Non-PCB | Non-PGE spill. Diesel fuel spilled from train and migrated into a PGE vault. | No | No | No | No |
| 1996-04-30 | 1626 SE Water | Transformer | 1 | 15 | A pad-mount transformer spilled oil onto sand. | No | No | No | No |
| 1996-05-03 | 3930 NW Yeon | Transformer | 0.004 | 15 | A transformer spilled oil onto soil. | No | No | No | No |
| 1996-05-24 | 3319 NW Yeon | Transformer | 2.5 | <1 | A pole-mount transformer spilled oil onto asphalt and ivy. Sticker indicated PCBs of less than 1 ppm. | No | No | No | No |
| 1996-07-01 | 3250 NW St Helens Rd | Transformer | 15 | <1 | While filling a transformer with oil, oil overflowed and spilled onto asphalt. Sticker indicated PCBs of less than 1 ppm. | No | No | No | No |
| 1996-07-23 | 7521 N Edgewater | Transformer | 0.125 | <1 | No description is available. | No | No | No | No |
| 1996-07-26 | 2000 NW Wilson | Transformer | 1.5 | 14 | A transformer spilled oil onto soil and concrete pad. | No | No | No | No |
| 1996-08-01 | 1212 NW 9th Ave | Other - Unknown | 1.5 | Non-PCB | No description is available. | No | No | No | No |
| 1997-04-14 | HWY 30 and Marina Way | Capacitor | 0.25 | Non-PCB | Capacitor malfunctioned and vegetation was impacted by release. Lab analysis of oil did not detect PCBs. | No | No | No | No |
| 1997-12-01 | 5400 N Basin | Transformer | 3 | <1 | A transformer spilled oil onto asphalt. Sticker on transformer and lab analysis indicated PCBs of less than 1 ppm. | No | No | No | No |
| 1998-01-09 | 2279 NW Front | Other - Diesel | -- | Non-PCB | Diesel spilled to soil from an unknown source. | No | No | No | Yes |
| 1998-02-27 | 6941 N Roberts | Transformer | 5 | 260 | A transformer spilled oil onto soil, asphalt, and ten vehicles. | No | No | No | No |
| 1998-03-31 | 2603 SE Grand Ave | Transformer | 2 | <1 | A pole-mount transformer malfunctioned and spilled oil onto the asphalt and sidewalk, and into a storm drain. Sticker indicated PCBs of less than 1 ppm. | No | Yes | No | No |
| 1998-04-30 | N Columbia Blvd. and Lombard | Other - Truck | 14 | Non-PCB | A PGE truck spilled hydraulic oil onto soil outside Rivergate Substation. | No | No | No | No |
| 1999-02-19 | 10400 N Burgard Way | Transformer | 1 | 7 | A transformer spilled oil from its vault (V2736) onto soil and into a ditch. | No | No | No | No |
| 1999-03-09 | 15540 N Lombard | Transformer | 0.5 | 48 | No description is available. | No | No | No | No |

ER-1106

**Exhibit A-3: PGE Total Distribution Network Equipment and Related Spills and Releases within the PGE Distribution Network Area Boundary 1979–September 2020**

| Spill Date | Street Address | Spill Equipment Type | Quantity Spilled (gallons)[1] | PCB Content of Spill (ppm)[2] | Spill Description | Overwater Spill | Oil Entered Storm Drain | PCB Content Unknown, Non-PCB, or < 50 ppm | Quantity Spilled Unknown |
|---|---|---|---|---|---|---|---|---|---|
| 1999-04-09 | 8435 N Crawford | Transformer | 3 | 52 | A pole-mount transformer spilled oil onto soil, cement, and truck parts. | No | No | No | No |
| 1999-05-19 | 11080 NW St. Helens Rd | Transformer (2) | 20 | 14 | Traffic accident caused release of oil from two transformers. | No | Yes; Columbia River or Treatment Plant | No | No |
| 1999-07-22 | 1225 SE Holgate Blvd | Transformer | 30 | Non-PCB | A transformer spilled oil onto asphalt, vegetation, and concrete. | No | No | Yes | No |
| 1999-08-10 | 9420 NW St. Helens Rd | Other - Equipment | 0.125 | Non-PCB | Hydraulic oil spilled onto asphalt. | No | No | No | No |
| 1999-10-04 | 5555 N Channel Ave | Transformer | 0.125 | <1 | A pole-mount transformer spilled oil onto concrete and gravel.  Sticker indicated PCBs of less than 1 ppm. | No | No | No | No |
| 1999-12-14 | 600 NW Naito | Transformer (3) | 21 | No oil spill | A train derailment west of the Steel Bridge caused a fire at three transformers.  The meter base burned but not the transformers.  No spilled oil was observed by PGE. | No | No | No | No |
| 1999-12-15 | 720 NW Front | Transformer | 0.125 | <1 | A transformer leaked oil onto soil.  Sticker indicated PCBs of less than 1 ppm. | No | No | No | No |
| 2000-03-16 | 10200 N Lombard | Transformer | 0.5 | 48 | No description is available. | No | No | No | No |
| 2000-10-07 | NW 1 Ave and Flanders | Transformer | 0.5 | <1 | A transformer spilled on soil.  Sticker indicated PCBs of less than 1 ppm. | No | No | No | No |
| 2000-12-04 | NW 23 Pl and Nicolai | Other - Truck | 20 | Non-PCB | A PGE boom truck spilled hydraulic oil onto asphalt. | No | No | No | No |
| 2001-12-11 | SW Main St between 1 and 2 Ave | Transformer | 0.0634 | <1 | A pole-mount transformer spilled oil onto asphalt and sidewalk.  Sticker indicated PCBs of less than 1 ppm. | No | No | No | No |
| 2002-03-14 | NW 17th and Thurman | Other - Truck | 1 | Non-PCB | A PGE line truck spilled hydraulic oil. | No | No | No | No |
| 2002-05-07 | 2800 NW 29TH Ave | Transformer (6) | 65 | 32 | A Freightliner truck backed into a pole causing six transformers to spill onto asphalt and into a storm drain. | No | Yes | No | No |
| 2003-05-04 | 5688 or 6688 NW St. Helens Road | Transformer (3) | 2 | <1 | A tree fell and hit three transformers causing oil to spill onto asphalt, gravel, and vegetation. The oil was confined to the embankment and did not reach waterways. | No | No | No | No |
| 2003-05-23 | 2701 NW Vaughn (Montgomery Park) | Transformer | 3 | 5 | A transformer released oil into a vault (V5523).  PGE personnel cleaned up spill by surface cleaning and removing 1 yard of soil. | No | No | No | No |
| 2003-07-28 | 3601 NW Yeon | Transformer | 0.25 | <1 | A pole-mount transformer spilled oil onto soil, concrete, and cars.  Sticker indicated PCBs of less than 1 ppm. | No | No | No | No |
| 2003-07-31 | 2344 NE 21 Place | Transformer | 0.5 | <1 | A pole-mount transformer spilled oil onto asphalt and a car.  Sticker indicated PCBs of less than 1 ppm. | No | No | No | No |
| 2003-09-02 | 2800 NW Front Ave | Transformer | -- | <1 | A transformer spilled oil onto gravel.  Sticker indicated PCBs of less than 1 ppm. | No | No | No | Yes |
| 2003-12-16 | Greeley and Going (on the Hwy Ramp) | Transformer | 20 | <1 | A pole-mount transformer spilled oil onto asphalt.  Sticker indicated PCBs of less than 1 ppm. | No | No | No | No |
| 2004-01-14 | 1800 NW 16th Ave | Transformer | 5 | 39 | A pole-mount transformer malfunctioned leaking oil onto the asphalt and soil, and into a storm drain. | No | Yes | No | No |

ER-1107

**Exhibit A-3: PGE Total Distribution Network Equipment and Related Spills and Releases within the PGE Distribution Network Area Boundary 1979–September 2020**

| Spill Date | Street Address | Spill Equipment Type | Quantity Spilled (gallons)[1] | PCB Content of Spill (ppm)[2] | Spill Description | Overwater Spill | Oil Entered Storm Drain | PCB Content Unknown, Non-PCB, or < 50 ppm | Quantity Spilled Unknown |
|---|---|---|---|---|---|---|---|---|---|
| 2005-04-15 | 6936 Fathom Street | Other - Unknown | -- | Non-PCB | NRC Environmental Services pumped out PGE's vault found to contain diesel and water. The "spill" refers to the fact that diesel was found in vault water, likely related to a leaking diesel UST that was removed on 4/26/2005. The 2,433 gallons of waste water was transported to Cascade General for disposal. | No | No | No | Yes |
| 2005-08-30 | NW 12th Ave & NW Overton St | Other - Paint | -- | Non-PCB | No description is available. | No | No | No | No |
| 2005-10-14 | N Greeley and Going St | Other - Truck | 2 | Non-PCB | A PGE line truck spilled hydraulic oil onto asphalt, soil, and a line truck. | No | No | No | No |
| 2007-01-12 | Corner of McLoughlin & SE Long | Transformer | 37 | 66 | A transformer spilled oil onto soil. | No | No | No | No |
| 2007-03-14 | 8424 N Crawford St | Transformer | 1 | <1 | A pole-mount transformer spilled oil onto soil and concrete curb. Sticker indicated PCBs of less than 1 ppm. | No | No | No | No |
| 2007-07-04 | 5828 N Van Houten | Transformer (3) | 30 | <1 | Vandals caused three pole-mount transformers to spill oil onto soil. Lab analysis indicated PCBs of less than 1 ppm. | No | No | No | No |
| 2007-07-11 | 8970 N Bradford St | Transformer (3) | 200 | 30 | Vandals knocked three pole-mount transformers to the ground spilling oil onto asphalt, soil, and vegetation. | No | No | No | No |
| 2007-12-01 | 202 SE Stark St | Transformer | 1 | <1 | A vehicle-strike caused a pole-mount transformer to spill oil onto asphalt, soil, and cement. Sticker indicated PCBs of less than 1 ppm. | No | No | No | No |
| 2008-04-04 | 2017 NW Vaughn | Other - Equipment | 15 | Non-PCB | A hole digger spilled hydraulic oil onto asphalt. Heavy rains caused some of the oil (no PCBs) to flow into a storm drain. | No | No | No | No |
| 2008-06-16 | 6707 N Basin | Transformer | 336 | <1 | A transformer fire leaked oil into concrete vaults 33 and 32 (at Pad 47). Transformer oil was not released into the environment. Sticker indicated PCBs of less than 1 ppm. | No | No | No | No |
| 2008-08-27 | 2728 NW Nela St | Transformer (2) | 2 | 24 | Two transformers leaked oil onto asphalt and concrete. Lab analysis indicated PCB content of 11 ppm and 24 ppm. | No | No | No | No |
| 2008-12-05 | 6635 N Baltimore Ave | Transformer | 1 | <1 | A transformer leaked oil onto asphalt and soil. Sticker indicated PCBs of less than 1 ppm. | No | No | No | No |
| 2009-01-07 | Behind 4750 N. Princeton | Other - Oil | -- | Non-PCB | No description is available. | No | No | No | No |
| 2009-06-17 | SW 2nd & Madison | Other - Truck | 10 | Non-PCB | PGE line truck spilled hydraulic oil to asphalt. | No | No | No | No |
| 2010-03-03 | 3340 NW St Helens | Transformer | 1.5 | Non-detect | A transformer fire leaked oil onto soil, asphalt and railroad track. Lab analysis of oil did not detect PCBs. | No | No | No | No |
| 2010-06-02 | Eastbound off ramp at Greeley and Going Ave | Transformer | 2 | <1 | A fallen tree caused a pole-mount transformer to spill oil. Sticker indicated PCBs of less than 1 ppm. | No | No | No | No |
| 2010-12-11 | 4555 North Channel | Transformer | 1 | 128 | PGE observed a small stain under a pad mount transformer during an equipment change out. | No | No | No | No |

**Exhibit A-3: PGE Total Distribution Network Equipment and Related Spills and Releases within the PGE Distribution Network Area Boundary 1979–September 2020**

| Spill Date | Street Address | Spill Equipment Type | Quantity Spilled (gallons)[1] | PCB Content of Spill (ppm)[2] | Spill Description | Overwater Spill | Oil Entered Storm Drain | PCB Content Unknown, Non-PCB, or < 50 ppm | Quantity Spilled Unknown |
|---|---|---|---|---|---|---|---|---|---|
| 2011-11-02 | 2515 NW Nicolai | Transformer | 50 | 17 | A public vehicle hit a power pole causing three pole-mount transformers to fall (Company numbers 1634, 1635, & 1636). Transformer company number 1636 did not spill oil. This record is for one transformer (Company number 1634) which spilled all of its contents onto asphalt and into filtered catch basin at Calbag Metals. PGE did not observe oil in the downgradient storm drain. | No | No | No | No |
| 2011-11-02 | 2515 NW Nicolai | Transformer | 25 | 13 | A public vehicle hit a power pole causing three pole-mount transformers to fall (Company numbers 1634, 1635, & 1636). Transformer company number 1636 did not spill oil.  This record is for one transformer (Company number 1635) which spilled half of its contents onto asphalt and into filtered catch basin at Calbag Metals. PGE did not observe oil in the downgradient storm drain. | No | No | No | No |
| 2011-11-03 | 7540 NW St Helens Rd | Transformer | 1 | 4 | An equipment malfunction caused a pole-mount transformer to leak onto soil and gravel.  PGE personnel cleaned up spill by removing 2 cubic feet of soil. | No | No | No | No |
| 2012-07-24 | 2420 NW 31ST | Transformer | 30 | 11 | Transformer malfunction spilled oil to soil, gravel, and asphalt. | No | No | No | No |
| 2013-01-14 | 4810 N Lagoon Ave | Transformer | 5 | <1 | Vehicle hit and damaged pad-mount transformer. About 4 square feet of concrete was affected. The spill crew responded and cleanup was completed the same day. Less than 1 ppm. | No | No | No | No |
| 2013-04-18 | 615 NW or SW Naito Pkwy | Transformer | 0.125 | <1 | Release was confined to a concrete vault. Spill response completed cleanup the same day. Less than 1 ppm. | No | No | No | No |
| 2013-04-29 | 5115 N Lagoon | Transformer | 2 | <1 | Transformer malfunction caused a release to soil and asphalt. Approximately 20 square feet of soil and asphalt were affected.  Complete cleanup had to wait until scheduled power down, on 5/11/2013. 3 cubic feet of soil removed, asphalt cleaned. Less than 1 ppm. | No | No | No | No |
| 2013-05-29 | 6834 NW St Helens Rd | Transformer (3) | 44 | <1 | Three pole-mount transformers were damaged by weather/tree fall, which resulted in a release to soil and asphalt. Lab analysis of oil did not detect PCBs. | No | No | No | No |
| 2013-05-31 | 6834 NW St Helens (Hwy 30) | Transformer (3) | 1 | <1 | Vegetation impacted by three pole-mount transformers damaged by weather/tree fall on 5/29/13. | No | No | No | No |
| 2013-09-04 | NW Saltzman Rd & Hwy 30 | Transformer | 3 | Non-detect | Transformer malfunction caused oil spill that reached soil/gravel and asphalt, but not a storm drain. Lab analysis of oil did not detect PCBs. | No | No | No | No |
| 2015-07-06 | 11080 NW St Helens Rd | Transformer (2) | 25 | <1 | Approximately 300 sq. feet of asphalt was affected. Less than 1 ppm. | No | No | No | No |
| 2015-08-07 | 7900 NW Yeon Ave | Transformer (2) | 3 | 29 | Vehicle hit pole during dry weather. Spill response completed cleanup the same day. | No | No | No | No |
| 2015-08-22 | 11820 NW St Helens Rd | Transformer | 1 | <1 | Less than 1 ppm. | No | No | No | No |
| 2016-02-10 | 4800 NW Front Ave | Transformer | 2 | <1 | Less than 1 ppm. | No | No | No | No |
| 2018-06-17 | 6161 NW 61st | Transformer (3) | 80 | <1 | A storm caused a pole to fall and two of three transformers spilled their contents onto asphalt and into a storm drain. | No | Yes | No | No |
| 2018-07-12 | 9442 N Ramsey Blvd | Transformer | 2 | <1 | Less than 1 ppm. | No | No | No | No |
| 2019-02-15 | 3627 N. Anchor Street | Transformer | 0 | <1 | Vehicle hit transformer pad and started a fire. Approximately 2 cubic feet of soot-impacted soil was removed. | No | No | No | No |

ER-1109

**Exhibit A-3: PGE Total Distribution Network Equipment and Related Spills and Releases within the PGE Distribution Network Area Boundary 1979–September 2020**

| Spill Date | Street Address | Spill Equipment Type | Quantity Spilled (gallons)[1] | PCB Content of Spill (ppm)[2] | Spill Description | Overwater Spill | Oil Entered Storm Drain | PCB Content Unknown, Non-PCB, or < 50 ppm | Quantity Spilled Unknown |
|---|---|---|---|---|---|---|---|---|---|
| 2019-05-24 | 12005 N. Burgard Way | Transformer (3) | 80 | <1 | Transformer pole fell due to rotten wood, resulting in a fire and a release of 80 gallons of transformer oil from three pole-mounted transformers. | No | No | No | No |
| 2020-01-12 | Not provided | Regulator | 110 | <1 | Electrical fault caused a regulator to rupture and release oil onto soil and gravel. Soil and gravel removal, soil sampling, and backfill was completed on 1/14/2020. | No | No | No | No |
| 2020-02-26 | 9040 N Burgard Way | Transformer | 5 | <1 | Car hit pole causing the attached transformer to spill oil into storm drains. Oil was cleaned and vacuumed from the impacted storm drains. | No | Yes | No | No |
| 2020-05-31 | 4456 NW Yeon Ave | Transformer | 1 | <91 | Transfromer released approxmiately 1 gallon of oil containing < 91 ppm PCB (9/23/2016 oil sample). | No | No | Yes | No |

Appendix A – Portland Terminal Railroad Company

The properties listed below are identified for Portland Terminal Railroad Company for purposes of this Complaint.  Properties are identified by current tax parcel number from the Multnomah County Department of County Management Assessment and Taxation.  Where available, the Site ID number (Tax Lot number) and street address also are listed for each tax parcel, in order to provide additional context and reference.  However, unless otherwise indicated below, the property boundaries are based on the current tax parcel number, not the Site number or the street address. The attached map should be considered part of this Appendix A. The table and figure, combined, provide a comprehensive picture of the released properties.

| Site ID No. | Street Address | County Tax Parcel ID | Assessor Property ID | State ID | Notes |
|---|---|---|---|---|---|
| 197 | 3500 NW Yeon Ave. | R941190180 | R315812 | 1N1E19A-01900 | See attached map |
| | | R941190170 | R315811 | 1N1E19DA-00200 | |
| | | R941190010 | R315800 | 1N1E19DA-00100 | |
| | | R941201230 | R315980 | 1N1E20-01300 | |
| | | R941200040 | R315899 | 1N1E20 -01400 | |
| | | R941201250 | R315982 | 1N1E20 -01200 | |
| | | R941190580 | R315841 | 1N1E19B-01300 | |
| | | R941190560 | R315839 | 1N1E19A-02000 | |
| | | R941190040 | R315801 | 1N1E19DA-00300 | |
| | | R941190600 | R315843 | 1N1E19DA-00400 | |
| | | R941190610 | R315844 | 1N1E19DA-00500 | |
| | | R941190590 | R315842 | 1N1E19DA-00600 | |
| | | R941190570 | R315840 | 1N1E19DA-00700 | |
| | | R941190660 | R315847 | 1N1E19DA-00800 | |
| | | R941190670 | R315848 | 1N1E19DA-00900 | |
| | | R941190830 | R315861 | 1N1E19DA-01100 | |
| | | R941190350 | R315820 | 1N1E19DA-01000 | |
| | | R941290680 | R316412 | 1N1E29AA-01700 | |
| | | R941290730 | R316419 | 1N1E29AA-01300 | |
| | | R941292130 | R316531 | 1N1E29AA-01800 | |
| 306A | 1111 NW Naito Parkway<br>*NW Naito Parkway | R649812740<br>R649812730 | R508395<br>R508394 | 1N1E34BB -00502<br>1N1E34BD -00805 | See attached map |
| 306B | 901 NW Naito Parkway<br>615 NW NAITO PKWY<br>945 NW Naito Parkway | R850600300<br>R850600250<br>R850600150 | R518301<br>R291745<br>R291743 | 1N1E34BD -00806<br>1N1E34BD -00804<br>1N1E34BD -00802 | See attached map |
| 306C | 800 NW Sixth Avenue<br>NW COR/ 9TH & NW NAITO<br>NW 2nd Avenue<br>NW 9th Ave<br>510 NW 3rd<br>NW Station Way<br>800 WI/ NW 6TH AVE<br>800 WI/ NW 6TH AVE | R180237200<br>R180220230<br>R180236410<br>R180217550<br>R180236460<br>R793100300<br>R180237360<br>R180237370 | R141472<br>R141023<br>R141444<br>R140959<br>R141452<br>R533588<br>R141480<br>R636518 | 1N1E34BD -01200<br>1N1E34BB-00700<br>1N1E34BB-00800<br>1N1E34BB-01100<br>1N1E34BD-00600<br>1N1E34BB -01306<br>1N1E34BD -02300<br>1N1E34BD -02301 | See attached map |

ER-1111

| Site ID No. | Street Address | County Tax Parcel ID | Assessor Property ID | State ID | Notes |
|---|---|---|---|---|---|
| 306D | 1020 – 1300 NW 9th Avenue | R793100100 R793100150 R793100250 R793100350 R793100400 | R533584 R533585 R533587 R533589 R533590 | 1N1E34BB-01302 1N1E34BB-01303 1N1E34BB-01305 1N1E34BB-01307 1N1E34BB-01308 | See attached map |
| 311C | Union Station Track 5 | R180236400 R180217520 R180217530 R180236470 R180236420 R180237210 | R141443 R140955 R140956 R141455 R141447 R140959 | 1N1E34BB-00900 1N1E34BB-01000 1N1E34BB-01200 1N1E34BD-00700 1N1E34BD-01000 1N1E34BD-01100 | See attached map |
| 311G | Union Station Track 5 | R883801700 R180222140 R883801800 R883801900 R180220310 R180222110 | | | |
| 316D | 1020 – 1300 NW 9th Avenue (1150 NW 9th Avenue) | R793100200 | R533586 | 1N1E34BB-01304 | See attached map |
| 334A | 1207 NW Naito Parkway | R649812750 | R508396 | 1N1E34BB 00501 | See attached map |
| 336D | 1020 – 1300 NW 9th Avenue 1020 NW 9th | R793100050 | R533583 | 1N1E34BB-01301 | See attached map |
| 337 | 715 NW Hoyt Street 715 WI/NW Hoyt Street | R180210240 R180210300 | R140726 R140728-INACTIVE[1] | 1N1E34BC-00100 1N1E34BC-00200 | See attached map |
| | NWC/NW Hoyt & NW Broadway | | R709060 | 1N1E34BC-00102 | (Created from -200) |
| | NEC of Hoyt & NW 9th | | R709059 | 1N1E34BC-00101 | (Created from -200) |
| | NW 9th Ave. | | R709062 | 1N1E34BC-00104 | (Created from -200) |
| | NW 9th Ave. | | R709061 | 1N1E34BC-00103 | (Created from -200) |
| | NW Hoyt Street | | R709063 | 1N1E34BC-00105 | (Created from -200) |
| | NW Broadway | | R709064 | 1N1E34BC-00106 | (Created from -200) |
| | NW 9th Ave. | | R709065 | 1N1E34BC-00107 | (Created from -200) |
| | NW Broadway | | R709066 | 1N1E34BC-00108 | (Created from -200) |
| | SEC of Lovejoy & NW 9th | | R709067 | 1N1E34BC-00109 | (Created from -200) |
| | NW Lovejoy Street | | R709068 | 1N1E34BC-00110 | (Created from -200) |
| | SWC/Lovejoy & NW Broadway | | R709069 | 1N1E34BC-00111 | (Created from -200) |
| 348B | 901 NW Naito Parkway 707-729 NW Naito Pkway 731-779 NW Naito Pkway | R850600350 R850600450 R850600400 | R518302 R518304 R518303 | 1N1E34BD-00807 1N1E34BD-00809 1N1E34BD-00808 | See attached map |
| 465A | 1207 NW Naito Parkway | R850600050 | R291740 | 1N1E34BB-00600 | See attached map |

[1] In 2020, Tax Lot 1N1E34BC-00200 was merged into R140726. In 2021, new parcels parcels R709060 – R709069 were created by separating out smaller parcels from Lot 200.

## APPENDIX A

### PORTLAND TERMINAL RAILROAD COMPANY, MAP OF PROPERTIES RELEASED

PORTLAND TERMINAL RAILROAD SITE PARCELS

WILLAMETTE RIVER

COLUMBIA RIVER HIGHWAY (NORTHWEST YEON AVENUE)

197

FRONT STREET BRIDGE

311G

316D
336D
306D
337

465A
334A
306A
306B
348B

STADIUM FREEWAY

306C
311C

N

LOCATOR MAP

WILLAMETTE RIVER

0    1    2
MILES

0    2,600
SCALE IN FEET

Appendix A – Schnitzer Steel Industries, Inc.

The properties listed below are identified for Schnitzer Steel Industries, Inc. for purposes of this Complaint.  Properties are identified by current tax parcel number from the Multnomah County Department of County Management Assessment and Taxation.  Where available, the Site ID number and street address also are listed for each tax parcel, in order to provide additional context and reference.  However, unless otherwise indicated below, the property boundaries are based on the current tax parcel number, not the Site number or the street address.

| Site ID number | Street Address | County Tax Parcel ID |
|---|---|---|
| 60 | 9040 N. Burgard Way | R971350740 |
| 61 | 12005 N. Burgard Road | R971350710, R118300200 |
| 141 | 6529 NW Front Ave. | R961130330 |
| 157 | 5555 N. Channel Ave. | R649840290, R941180390, R941201320 |
| 158 | 5851 N. Lagoon Ave. | R941170730, R941170890 |
| 186 | 4250 NW Front Ave. (former address of relevant portion of Site 186, all of which is now addressed as 4700 NW Front Ave.) | R941200570, R941191240, R941200500, R941191190 |
| 203 | 3200-3340 NW Yeon Ave., 3340-3342 NW 26th Ave. | R649701500, R941291430, R649701480, R934690010, R941280990, R941280950, R649701460 |
| 204 | 3721 NW Front Ave. | R941200220 |
| 205 | 3641/3683 NW Front Ave. | R941200980 |
| 501 | 3333 NW 35th Ave. | R941290710, R941291550, R941290720 |
| 607 | 12005 N. Burgard Road | R118300100 |

ER-1114

Appendix A – Siltronic Corporation

       The properties listed below are identified for Siltronic Corporation for purposes of this Complaint.  Properties are identified by current tax parcel number from the Multnomah County Department of County Management Assessment and Taxation.  Where available, the Site ID number and street address also are listed for each tax parcel, in order to provide additional context and reference.  However, unless otherwise indicated below, the property boundaries are based on the current tax parcel number, not the Site number or the street address.

| Site ID number | Street Address | County Tax Parcel ID/Alternative Acct. No. |
|---|---|---|
| 125 | 7200 NW Front Ave. | R324183/R961130010 |
| 125 | 7200 NW Front Ave. | R324219/R961130480 |

ER-1115

<u>Appendix A – Sulzer Pumps (US) Inc.</u>

The properties listed below are identified for **Sulzer Pumps (US) Inc.** for purposes of this Complaint.  Properties are identified by current tax parcel number from the Multnomah County Department of County Management Assessment and Taxation.  Where available, the Site ID number and street address also are listed for each tax parcel, in order to provide additional context and reference.  However, unless otherwise indicated below, the property boundaries are based on the current tax parcel number, not the Site number or the street address.

| Site ID number | Street Address | County Tax Parcel ID |
|---|---|---|
| 220 | 2800 NW Front Ave. | R941280900 |
| 221 | 2700 NW Front Ave. | R941280300 |
| 576 | 2551 NW 30th Ave. | R841080010 |

ER-1116

Matthew J. Stock, OSB No. 065205
HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, Washington 98104
Tel: (206) 623-1745
Fax: (206) 623-7789
Email: matthew.stock@hcmp.com
*Attorneys for Legacy Site Services LLC,*
*agent for Arkema Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA; the STATE OF OREGON; the CONFEDERATED TRIBES OF THE GRAND RONDE COMMUNITY OF OREGON; the CONFEDERATED TRIBES OF SILETZ INDIANS; the CONFEDERATED TRIBES OF THE UMATILLA INDIAN RESERVATION; the CONFEDERATED TRIBES OF THE WARM SPRINGS RESERVATION OF OREGON; and the NEZ PERCE TRIBE,<br><br>        Plaintiffs,<br><br>            v.<br><br>ACF INDUSTRIES, LLC; AIRGAS USA LLC; AIR LIQUIDE AMERICA L.P.; ASH GROVE CEMENT COMPANY; ASHLAND INC.; BEAZER EAST, INC.; BNSF RAILWAY COMPANY; CALBAG METALS CO.; CITY OF PORTLAND; ESCO GROUP LLC; EVRAZ INC. NA (FKA OREGON STEEL MILLS AND GILMORE STEEL); GOULD ELECTRONICS INC.; HAJ, INC., D/B/A CHRISTENSON OIL COMPANY; HERCULES LLC; KOPPERS INC.; MCCALL OIL & CHEMICAL CORPORATION; MCCALL OIL REAL ESTATE COMPANY LLC; MOREC FRONT | Case No. 3:23-cv-01603-SI<br><br>**NOTICE OF APPEAL**<br><br>District Court Judge<br>Hon. Michael H. Simon |

*NOTICE OF APPEAL - 1*
  (Case No. 3:23-cv-01603-SI)

**HILLIS CLARK MARTIN & PETERSON P.S.**
999 Third Avenue, Suite 4600
Seattle, WA  98104
Tel: (206) 623-1745
Fax: (206) 623-7789

ER-1117

LLC; GWC PROPERTIES, LLC; GWC FRONT, LLC; TANKER BASIN LLC; MMGL LLC; NORTHWEST PIPE COMPANY (FKA NORTHWEST PIPE & CASING COMPANY AND NORTHWEST PIPE AND CASING COMPANY); PACIFICORP, AN OREGON CORPORATION; PORT OF PORTLAND; PORTLAND GENERAL ELECTRIC COMPANY (PGE); PORTLAND TERMINAL RAILROAD COMPANY; SCHNITZER STEEL INDUSTRIES, INC.; SILTRONIC CORPORATION; SULZER PUMPS (US) INC.; and VALVOLINE INC.,

Defendants.

NOTICE IS HERBY GIVEN that Intervenor Arkema Inc., by and through its agent, Legacy Site Services LLC, appeals to the United States Court of Appeals for the Ninth Circuit from the Opinion and Order (ECF No. 145) entered in this action on October 23, 2025, granting Plaintiffs' Motion to Enter Consent Decrees, and the Consent Decrees (ECF Nos. 146 and 147) entered in this action on October 31, 2025. This case was filed on November 1, 2023, and the fees for this appeal are being paid. This is not a cross-appeal, and there has been no previous appeal in this case. The mailing address for counsel for Appellant Arkema Inc. is as follows:

Matthew J. Stock, OSB No. 065205
999 Third Avenue, Suite 4600
Seattle, Washington 98104
Tel: (206) 623-1745
Fax: (206) 623-7789
Email: matthew.stock@hcmp.com
*Attorneys for Legacy Site Services LLC,*
*agent for Arkema Inc.*

Pursuant to Circuit Rule 3-2(b), a Representation Statement that identifies the parties to the action, along with the names, addresses, and telephone numbers of their respective counsel, is attached as **Exhibit A**.

*NOTICE OF APPEAL - 2*
(Case No. 3:23-cv-01603-SI)

**HILLIS CLARK MARTIN & PETERSON P.S.**
999 Third Avenue, Suite 4600
Seattle, WA 98104
Tel: (206) 623-1745
Fax: (206) 623-7789

ER-1118

DATED: December 19, 2025.

HILLIS CLARK MARTIN & PETERSON P.S.

*/s/ Matthew J. Stock*
Matthew J. Stock, OSB No. 065205
999 Third Avenue, Suite 4600
Seattle, Washington 98104
Tel: (206) 623-1745
Fax: (206) 623-7789
Email: matthew.stock@hcmp.com
*Attorneys for Legacy Site Services LLC,*
*agent for Arkema Inc.*

*NOTICE OF APPEAL - 3*
(Case No. 3:23-cv-01603-SI)

**HILLIS CLARK MARTIN & PETERSON P.S.**
999 Third Avenue, Suite 4600
Seattle, WA  98104
Tel: (206) 623-1745
Fax: (206) 623-7789

ER-1119

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Notice of Appeal with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties registered in the CM/ECF system for this matter.

DATED: December 19, 2025.

/s/ Maggie Bassetti
Maggie Bassetti, Paralegal

*NOTICE OF APPEAL - 4*
(Case No. 3:23-cv-01603-SI)

**HILLIS CLARK MARTIN & PETERSON P.S.**
999 Third Avenue, Suite 4600
Seattle, WA  98104
Tel: (206) 623-1745
Fax: (206) 623-7789

ER-1120

# EXHIBIT A

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Legacy Site Services LLC, agent for Arkema Inc.

Name(s) of counsel (if any):

Matthew J. Stock, Hillis Clark Martin & Peterson, P.S.

Address: 999 Third Ave., Suite 4600, Seattle, WA 98104

Telephone number(s): 206-623-1745

Email(s): matthew.stock@hcmp.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

See Appendix A.

Name(s) of counsel (if any):

See Appendix A.

Address: See Appendix A.

Telephone number(s): See Appendix A.

Email(s): See Appendix A.

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                    ER-1122                    *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

## **Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ○ No

## **Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                    ER-2123                    *New 12/01/2018*

## APPENDIX A
## LIST OF APPELLEES

**United States of America**

**Erika M. Wells**
DOJ-Enrd
7600 Sand Point Way NE
U.S. Dept. of Justice/Enrd/Ees, C/O Noaa
Seattle, WA 98115
202-532-3258
Email: erika.wells@usdoj.gov
ATTORNEY TO BE NOTICED

**State of Oregon**

**Sadie Forzley**
Oregon Department of Justice
Trial Division
100 SW Market Street
Portland, OR 97201
971-673-1880
Fax: 971-673-5000
Email: Sadie.Forzley@doj.oregon.gov
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Christina L. Beatty-Walters**
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880
Fax: (971) 673-5000
Email: tina.beattywalters@doj.oregon.gov
ATTORNEY TO BE NOTICED

**Gary Lee Vrooman**
Oregon Department of Justice
Natural Resources Section
100 SW Market Street
Portland, OR 97201
971-707-8227
Email: gary.l.vrooman@doj.oregon.gov
ATTORNEY TO BE NOTICED

**Confederated Tribes of the Grand Ronde Community of Oregon**

**Holly Ray Partridge**
Confederated Tribes of Grand Ronde -
Tribal Attorney's
9615 Grand Ronde Road
Grand Ronde, OR 97347
503-879-2335
Fax: 503-879-2333
Email: holly.partridge@grandronde.org
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

| | |
|---|---|
| **Confederated Tribes of the Siletz Indians** | **Julie A. Weis**<br>Haglund Kelley LLP<br>2177 SW Broadway<br>Portland, OR 97201<br>(503) 225-0777<br>Fax: (503) 225-1257<br>Email: weis@hk-law.com<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED |
| **Confederated Tribes of the Umatilla Indian Reservation** | **Joseph R Pitt**<br>Confederated Tribes of the Umatilla<br>Indian Reservation<br>Office of Legal Counsel<br>46411 Timine Way<br>Pendleton, OR 97801<br>541-429-7400<br>Email: joepitt@ctuir.org<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED |
| **Confederated Tribes of the Warm Springs Reservation of Oregon** | **Josh Newton**<br>Best Best & Krieger LLP<br>360 SW Bond St., Ste. 400<br>Bend, OR 97702<br>541-382-3011<br>Fax: 541-388-5410<br>Email: josh.newton@bbklaw.com<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED |
| **Nez Perce Tribe** | **Courtney B. Johnson**<br>Crag Law Center<br>3141 E Burnside St.<br>Portland, OR 97214<br>503-525-2728<br>Fax: 503-296-5454<br>Email: courtney@crag.org<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED |
| **ACF Industries, LLC** | **Jeffrey C. Miller**<br>Miller Nash LLP<br>1140 SW Washington St, Suite 700<br>Portland, OR 97205<br>503-205-2542<br>Fax: 503-224-0155<br>Email: jeff.miller@millernash.com<br>ATTORNEY TO BE NOTICED |

**Airgas USA, LLC**

**Christine L. Hein**
Ring Bender LLP
920 SW Sixth Avenue, Suite 600
Portland, OR 97204
503-964-6726
Email: chein@ringbenderlaw.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Mark P. Strandberg**
Ring Bender LLP
920 SW Sixth Avenue, Suite 600
Portland, OR 97204
503-964-6725
Fax: 503-345-6616
Email: mstrandberg@ringbenderlaw.com
ATTORNEY TO BE NOTICED

**Air Liquide America L.P.**

**Christine L. Hein**
(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Mark P. Strandberg**
(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Ash Grove Cement Company**

**Brian Ferrasci-O'Malley**
Nossaman LLP
719 Second Avenue, Ste 1200
Seattle, WA 98104
206-395-7672
Email: bferrasciomalley@nossaman.com
PRO HAC VICE
ATTORNEY TO BE NOTICED

**Leslie Nellermoe**
Nossaman LLP
719 2nd Avenue, Suite 1200
Seattle, WA 98104-1749
206-395-7620
Email: lnellermoe@nossaman.com
PRO HAC VICE
ATTORNEY TO BE NOTICED

**Tara Marie O'Hanlon**
Nossaman LLP
719 Second Avenue, Suite 1200
Seattle, WA 98104
206-395-7630
Fax: 206-257-0780
Email: tohanlon@nossaman.com
ATTORNEY TO BE NOTICED

**Ashland Inc.**

**John Cooke**
Houlihan Law
100 N. 35th Street
Seattle, WA 98103
206-547-1075
Email: jt@houlihan-law.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Andrew Zabel**
Houlihan Law
100 N 35th Street
Seattle, WA 98103
206-547-1752
Email: andy@houlihan-law.com
PRO HAC VICE
ATTORNEY TO BE NOTICED

**Beazer East, Inc.**

**C. Marie Eckert**
Miller Nash LLP
1140 SW Washington St , Ste 700
Portland, OR 97205
503-205-2477
Fax: 503-224-0155
Email: marie.eckert@millernash.com
ATTORNEY TO BE NOTICED

**Jeffrey C. Miller**
(See above for address)
ATTORNEY TO BE NOTICED

**BNSF Railway Company**

**Jay Kevin Griffith**
Kell, Alterman & Runstein, L.L.P
520 SW Yamhill Street, Suite 600
Portland, OR 97204
(503) 222-3531
Fax: (503) 227-2980
Email: jgriffith@kelrun.com
ATTORNEY TO BE NOTICED

**Robert B. Lowry**
Kell, Alterman & Runstein, L.L.P.
520 SW Yamhill Street, Suite 600
Portland, OR 97204-1329
503-222-3531
Fax: 503-227-2980
Email: rlowry@kelrun.com
ATTORNEY TO BE NOTICED

**Calbag Metals Co.**

**Jennifer L. Gates**
Pearl Legal Group PC
529 SW Third Avenue, Suite 600
Portland, OR 97204
971-808-5666
Email: jgates@pearllegalgroup.com
ATTORNEY TO BE NOTICED

**City of Portland**

**Samantha Gamboa**
Portland City Attorney's Office
1221 SW Fourth Avenue, Room 430
Portland, OR 97204
503-823-4047
Fax: 503-823-3089
Email: samantha.gamboa@portlandoregon.gov
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Tina M. Richards**
City of Portland Attorney's Office
1221 SW Fourth Avenue, Room 430
Portland, OR 97204
503-823-3118
Fax: 503-823-3089
Email: tina.richards@portlandoregon.gov
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Nanci L. Klinger**
City of Portland Attorney's Office
1221 SW Fourth Ave. Room, 430
Portland, OR 97204
503-823-3022
Email: nanci.klinger@portlandoregon.gov
ATTORNEY TO BE NOTICED

**ESCO Group LLC**

**Nicholas W. Van Aelstyn**
Sheppard Mullin Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
415-774-2970
Email: nvanaelstyn@sheppardmullin.com
LEAD ATTORNEY
PRO HAC VICE
ATTORNEY TO BE NOTICED

**Fred J.W. Chung**
Sheppard Mullin/Silicon Valley
1540 El Camino Real, Ste 120
Menlo Park, CA 94025
347-615-4290
Fax: 650-815-4679
Email: fchung@sheppardmullin.com
ATTORNEY TO BE NOTICED

**Evraz Inc. NA**
formerly known as
Oregon Steel Mills and Gilmore Steel

**David C. Weber**
Beveridge & Diamond, P.C.
600 University St., Suite 1601
Seattle, WA 98101
206-315-4811
Email: dweber@bdlaw.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Loren R. Dunn**
Beveridge & Diamond, P.C.
600 University Street, Suite 1601
Seattle, WA 98101
206-315-4800
Fax: 206-315-4801
Email: ldunn@bdlaw.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Nicole Bishop Weinstein**
Beveridge & Diamond P.C.
825 Third Avenue, 16th Floor
New York, NY 10022
212-702-5400
Email: nweinstein@bdlaw.com
PRO HAC VICE
ATTORNEY TO BE NOTICED

**Gould Electronics Inc.**

**Anne Devlan Foster**
Smith Foster King LLP
25 NW 23rd Place, Suite 6 #125
Portland, OR 97210
503-567-7006
Email: afoster@sfklegal.com
ATTORNEY TO BE NOTICED

**HAJ, Inc.**
doing business as
Christenson Oil Company

**James P. Murphy**
Murphy Armstrong & Felton LLP
701 Millennium Tower
719 Second Avenue
Seattle, WA 98104
206-985-9770
Fax: 206-985-9790
Email: jpm@maflegal.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Katherine L. Felton**
Nossaman LLP
719  2nd Avenue, Suite 1200
Seattle, WA 98104
206-395-7619
Email: kfelton@nossaman.com
LEAD ATTORNEY
PRO HAC VICE
ATTORNEY TO BE NOTICED

**Hercules LLC**

**John Cooke**
(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Andrew Zabel**
(See above for address)
PRO HAC VICE
ATTORNEY TO BE NOTICED

**Koppers Inc.**

**Gregory L. Baird**
Gordon & Polscer, LLC
9020 SW Washington Square Rd Suite 560
Tigard, OR 97223
503-242-2922
Fax: 503-242-1264
Email: gbaird@gordon-polscer.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Alan S. Miller**
Houston Harbaugh, P.C.
401 Liberty Avenue
Three Gateway Center, 22nd Floor
Pittsburgh, PA 15222
412-281-5060
Fax: 412-281-4499
Email: milleras@hh-law.com
PRO HAC VICE
ATTORNEY TO BE NOTICED

| | |
|---|---|
| **McCall Oil & Chemical Corp.** | **Jeffrey C. Miller**<br>(See above for address)<br>ATTORNEY TO BE NOTICED |
| **McCall Oil Real Estate Company LLC** | **Jeffrey C. Miller**<br>(See above for address)<br>ATTORNEY TO BE NOTICED |
| **Morec Front LLC** | **Jeffrey C. Miller**<br>(See above for address)<br>ATTORNEY TO BE NOTICED |
| **GWC Properties, LLC** | **Jeffrey C. Miller**<br>(See above for address)<br>ATTORNEY TO BE NOTICED |
| **GWC Front, LLC** | **Jeffrey C. Miller**<br>(See above for address)<br>ATTORNEY TO BE NOTICED |
| **Tanker Basin LLC** | **Jeffrey C. Miller**<br>(See above for address)<br>ATTORNEY TO BE NOTICED |
| **MMGL LLC** | **Greg A. Christianson**<br>Alston & Bird<br>55 2nd Street, Suite 2100<br>San Francisco, CA 94105<br>415-243-1000<br>Email: greg.christianson@alston.com<br>LEAD ATTORNEY<br>PRO HAC VICE<br>ATTORNEY TO BE NOTICED<br><br>**Megan Ault**<br>Alston & Bird LLP<br>55 Second Street, Suite 2100<br>San Francisco, CA 94105 415-243-1056<br>Email: megan.ault@alston.com<br>PRO HAC VICE<br>ATTORNEY TO BE NOTICED<br><br>**Thomas A. Ped**<br>Williams Kastner<br>805 SW Broadway, Suite 2440<br>Portland, OR 97205<br>503-228-7967<br>Email: tped@williamskastner.com<br>ATTORNEY TO BE NOTICED |
| **Northwest Pipe Company**<br>formerly known as<br>Northwest Pipe & Casing Company<br>formerly known as<br>Northwest Pipe and Casing Company | **Michael B. Merchant**<br>Black Helterline, LLP<br>805 SW Broadway, Suite 2600<br>Portland, OR 97205-3359<br>503-224-5560<br>Fax: 503-224-6148<br>Email: mike.merchant@bhlaw.com<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED |

**PacifiCorp**
an Oregon Corporation

**Matthew D. Wells**
Foster Garvey PC
1111 Third Avenue, Suite 3000
Seattle, WA 98101
206-447-8922
Email: matt.wells@foster.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Port of Portland**

**Crystal S. Chase**
Port of Portland
7200 NE Airport Way
PO Box 3529
Portland, OR 97218
503-415-6349
Email: crystal.chase@portofportland.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**James Christopher Baird**
Corvid Law PLLC dba Headwaters Law Group
92 Lenora Street
Seattle, WA 98121
206-291-8599
Fax: 206-374-2861
Email: chris@headwaterslaw.com
PRO HAC VICE
ATTORNEY TO BE NOTICED

**Rachel Sinsheimer**
Corvid Law PLLC dba Headwaters Law Group
92 Lenora Street
Seattle, WA 98103
617-771-0522
Email: rachel@headwaterslaw.com
PRO HAC VICE
ATTORNEY TO BE NOTICED

**Portland General Electric Company**
(PGE)

**David C. Weber**
(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Loren R. Dunn**
(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

ER-1132

| | |
|---|---|
| **Portland Terminal Railroad Company** | **Elizabeth C. Knight** Dunn Carney LLP<br>851 SW Sixth Avenue, Suite 1500<br>Portland, OR 97204-1357<br>503-224-6440<br>Fax: 503-224-7324<br>Email: eknight@dunncarney.com<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED<br><br>**Ana Lanikeha Rosa Ching**<br>Dunn Carney LLP<br>851 SW Sixth Avenue, Suite 1500<br>Portland, OR 97204-1357<br>503-242-9620<br>Email: aching@dunncarney.com<br>ATTORNEY TO BE NOTICED |
| **Schnitzer Steel Industries, Inc** | **Greg A. Christianson**<br>(See above for address)<br>LEAD ATTORNEY<br>PRO HAC VICE<br>ATTORNEY TO BE NOTICED<br><br>**Megan Ault**<br>(See above for address)<br>PRO HAC VICE<br>ATTORNEY TO BE NOTICED<br><br>**Thomas A. Ped**<br>(See above for address)<br>ATTORNEY TO BE NOTICED |
| **Siltronic Corporation** | **David A. Rabbino**<br>Jordan Ramis PC<br>PACWEST, 27th Floor<br>1211 SW Fifth Avenue<br>Portland, OR 97204<br>503-598-7070<br>Email: david.rabbino@jordanramis.com<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED |
| **Sulzer Pumps (US) Inc.** | **Daniel K. Reising**<br>Fucile & Reising LLP<br>1120 SE Madison St.<br>Portland, OR 97214<br>503-869-1858<br>Email: dan@frllp.com<br>ATTORNEY TO BE NOTICED |

**Valvoline Inc.**

**John Cooke**
(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Andrew Zabel**
(See above for address)
PRO HAC VICE
ATTORNEY TO BE NOTICED

**Gunderson LLC**

**Maureen Bayer**
Tonkon Torp LLP
1300 SW 5th Ave., Suite 400
Portland, OR 97201
503-802-2115
Email: Maureen.Bayer@tonkon.com
ATTORNEY TO BE NOTICED

**Zachary W.L. Wright**
Tonkon Torp LLP
1300 SW 5th Avenue Suite 2400
Portland, OR 97201
503-802-2041
Email: zach.wright@tonkon.com
ATTORNEY TO B NOTICED

**FMC Corporation**

**Bradley T. Crittenden**
Chenoweth Law Group, PC
510 SW Fifth Ave, Ste 400
Portland, OR 97204
503-221-7958
Email: bcrittenden@chenowethlaw.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Christopher I. Rendall-Jackson**
Farella Braun & Martel LLP
1 Bush Street,Suite 900
San Francisco, CA 94104
415-954-4417
Fax: 415-954-4480
Email: crendall-jackson@fbm.com
PRO HAC VICE
ATTORNEY TO BE NOTICED

**Hayleigh Shobar**
Farella Braun & Martel LLP
1 Bush St, Ste 900
San Francisco, CA 94104
415-954-4400
Fax: 415-954-4480
Email: hshobar@fbm.com
PRO HAC VICE
ATTORNEY TO BE NOTICED

**James H. Colopy**
Farella Braun & Martel LLP
1 Bush Street, Suite 900
San Francisco, CA 94104-4415
415-954-4978
Email: jcolopy@fbm.com
PRO HAC VICE
ATTORNEY TO BE NOTICED

**NW Natural**

**Heather Tourgee**
Pearl Legal Group
529 SW 3rd Ave.
Portland, OR 97204
503-928-4858
Email: htourgee@pearllegalgroup.com
ATTORNEY TO BE NOTICED

**Patricia M. Dost**
Pearl Legal Group, PC
529 SW Third Avenue, Suite 600
Portland, OR 97204
(503) 467-4675
Fax: (503) 445-1270
Email: pdost@pearllegalgroup.com
ATTORNEY TO BE NOTICED

APPEAL,TERMINATED

## U.S. District Court
## District of Oregon (Portland (3))
## CIVIL DOCKET FOR CASE #: 3:23−cv−01603−SI

United States of America et al v. ACF Industries, LLC et al
Assigned to: Judge Michael H. Simon
Case in other court:  9th Circuit, 25−08129
Cause: 42:9607 Real Property Tort to Land

Date Filed: 11/01/2023
Date Terminated: 10/31/2025
Jury Demand: None
Nature of Suit: 893 Environmental Matters
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**United States of America**

represented by **Michael James Zevenbergen**
DOJ−Enrd
Environmental Enforcement Section
U.S. Department of Justice
C/O Noaa Damage Assessment
7600 Sand Point Way NE
Seattle, WA 98155
206−276−0037
Email: michael.zevenbergen@usdoj.gov
*TERMINATED: 11/18/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erika M. Wells**
DOJ−Enrd
7600 Sand Point Way NE
U.S. Dept. of Justice/Enrd/Ees, C/O Noaa
Seattle, WA 98115
202−532−3258
Email: erika.wells@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Oregon**

represented by **Sadie Forzley**
Oregon Department of Justice
Trial Division
100 SW Market Street
Portland, OR 97201
971−673−1880
Fax: 971−673−5000
Email: Sadie.Forzley@doj.oregon.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nina R. Englander**
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
971−673−1880
Fax: 971−673−5000
Email: Nina.Englander@doj.oregon.gov
*TERMINATED: 07/18/2024*

**Christina L. Beatty−Walters**
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673−1880
Fax: (971) 673−5000
Email: tina.beattywalters@doj.oregon.gov
*ATTORNEY TO BE NOTICED*

ER-1136

**Gary Lee Vrooman**
Oregon Department of Justice
Natural Resources Section
100 SW Market Street
Portland, OR 97201
971−707−8227
Email: gary.l.vrooman@doj.oregon.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Confederated Tribes of the Grand Ronde Community of Oregon**    represented by    **Holly Ray Partridge**
Confederated Tribes of Grand Ronde − Tribal Attorney's
9615 Grand Ronde Road
Grand Ronde, OR 97347
503−879−2335
Fax: 503−879−2333
Email: holly.partridge@grandronde.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Confederated Tribes of the Siletz Indians**    represented by    **Julie A. Weis**
Haglund Kelley LLP
2177 SW Broadway
Portland, OR 97201
(503) 225−0777
Fax: (503) 225−1257
Email: weis@hk−law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Confederated Tribes of the Umatilla Indian Reservation**    represented by    **Joseph R Pitt**
Confederated Tribes of the Umatilla Indian Reservation
Office of Legal Counsel
46411 Timine Way
Pendleton, OR 97801
541−429−7400
Email: joepitt@ctuir.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Confederated Tribes of the Warm Springs Reservation of Oregon**    represented by    **Josh Newton**
Best Best & Krieger LLP
360 SW Bond St., Ste. 400
Bend, OR 97702
541−382−3011
Fax: 541−388−5410
Email: josh.newton@bbklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nez Perce Tribe**    represented by    **Courtney B. Johnson**
Crag Law Center
3141 E Burnside St.
Portland, OR 97214
503−525−2728

ER-1137

Fax: 503−296−5454
Email: courtney@crag.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ACF Industries, LLC**
      represented by      **Jeffrey C. Miller**
Miller Nash LLP
1140 SW Washington St
Suite 700
Portland, OR 97205
503−205−2542
Fax: 503−224−0155
Email: jeff.miller@millernash.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Airgas USA, LLC**
      represented by      **Christine L. Hein**
Ring Bender LLP
920 SW Sixth Avenue
Suite 600
Portland, OR 97204
503−964−6726
Email: chein@ringbenderlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffery W. Ring**
Ring Bender LLP
920 SW Sixth Avenue
Suite 600
Portland, OR 97204
503−964−6730
Email: jwring@ringbenderlaw.com
*TERMINATED: 07/25/2025*
*LEAD ATTORNEY*

**Mark P. Strandberg**
Ring Bender LLP
920 SW Sixth Avenue
Suite 600
Portland, OR 97204
503−964−6725
Fax: 503−345−6616
Email: mstrandberg@ringbenderlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Air Liquide America L.P.**
      represented by      **Christine L. Hein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffery W. Ring**
(See above for address)
*TERMINATED: 07/25/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark P. Strandberg**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ash Grove Cement Company**                 represented by    **Brian Ferrasci−O'Malley**
Nossaman LLP
719 Second Avenue
Ste 1200
Seattle, WA 98104
206−395−7672
Email: bferrasciomalley@nossaman.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher T. Carson**
Kilmer Voorhees & Laurick, PC
2701 NW Vaughn St.
Suite 780
Portland, OR 97210
503−224−0055
Email: ccarson@kilmerlaw.com
*TERMINATED: 09/23/2025*

**Leslie Nellermoe**
Nossaman LLP
719 2nd Avenue, Suite 1200
Seattle, WA 98104−1749
206−395−7620
Email: lnellermoe@nossaman.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Tara Marie O'Hanlon**
Nossaman LLP
719 Second Avenue, Suite 1200
Seattle, WA 98104
206−395−7630
Fax: 206−257−0780
Email: tohanlon@nossaman.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ashland Inc.**                             represented by    **John Cooke**
100 N. 35th Street
Seattle, WA 98103
206−547−1075
Email: jt@houlihan−law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Zabel**
Houlihan Law
100 N 35th Street
Seattle, WA 98103
206−547−1752
Email: andy@houlihan−law.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Beazer East, Inc.**                        represented by    **C. Marie Eckert**
Miller Nash LLP

ER-1139

1140 SW Washington St
Ste 700
Portland, OR 97205
503−205−2477
Fax: 503−224−0155
Email: marie.eckert@millernash.com
*ATTORNEY TO BE NOTICED*

**Jeffrey C. Miller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**BNSF Railway Company**                    represented by    **Jay Kevin Griffith**
Kell, Alterman & Runstein, L.L.P.
520 SW Yamhill Street
Suite 600
Portland, OR 97204
United Sta
(503) 222−3531
Fax: (503) 227−2980
Email: jgriffith@kelrun.com
*ATTORNEY TO BE NOTICED*

**Robert B. Lowry**
Kell, Alterman & Runstein, L.L.P.
520 SW Yamhill Street
Suite 600
Portland, OR 97204−1329
503−222−3531
Fax: 503−227−2980
Email: rlowry@kelrun.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Calbag Metals Co.**                    represented by    **Jennifer L. Gates**
Pearl Legal Group PC
529 SW Third Avenue
Suite 600
Portland, OR 97204
971−808−5666
Email: jgates@pearllegalgroup.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**City of Portland**                    represented by    **Samantha Gamboa**
Portland City Attorney's Office
1221 SW Fourth Avenue
Room 430
Portland, OR 97204
503−823−4047
Fax: 503−823−3089
Email: samantha.gamboa@portlandoregon.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tina M. Richards**
City of Portland Attorney's Office
1221 SW Fourth Avenue
Room 430
Portland, OR 97204
503−823−3118
Fax: 503−823−3089

ER-1140

Email: tina.richards@portlandoregon.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nanci L. Klinger**
City of Portland Attorney's Office
1221 SW Fourth Avenue
Room 430
Portland, OR 97204
503−823−3022
Email: nanci.klinger@portlandoregon.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**ESCO Group LLC**                    represented by   **Nicholas W. Van Aelstyn**
Sheppard Mullin Richter & Hampton LLP
Four Embarcadero Center
17th Floor
San Francisco, CA 94111−4109
415−774−2970
Email: nvanaelstyn@sheppardmullin.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Fred J.W. Chung**
Sheppard Mullin/Silicon Valley
1540 El Camino Real
Ste 120
Menlo Park, CA 94025
347−615−4290
Fax: 650−815−4679
Email: fchung@sheppardmullin.com
*ATTORNEY TO BE NOTICED*

**Paul J Kaufman**
Sheppard Mullin Richter & Hampton LLP
12275 El Camino Real
Suite 100
San Diego, CA 92130
858−720−4900
Email: pkaufman@sheppardmullin.com
*TERMINATED: 12/13/2024*

**Defendant**

**Evraz Inc. NA**                    represented by   **David C. Weber**
*formerly known as*
Oregon Steel Mills and Gilmore Steel
Beveridge & Diamond, P.C.
600 University St.
Suite 1601
Seattle, WA 98101
206−315−4811
Email: dweber@bdlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Loren R. Dunn**
Beveridge & Diamond, P.C.
600 University Street
Suite 1601
Seattle, WA 98101
206−315−4800
Fax: 206−315−4801
Email: ldunn@bdlaw.com
*LEAD ATTORNEY*

ER-1141

*ATTORNEY TO BE NOTICED*

**Nicole Bishop Weinstein**
Beveridge & Diamond P.C.
825 Third Avenue
16th Floor
New York, NY 10022
212−702−5400
Email: nweinstein@bdlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gould Electronics Inc.**                    represented by    **Anne Devlan Foster**
Smith Foster King LLP
3330 NW Yeon
Suite 240
Portland, OR 97210
503−567−7006
Email: afoster@sfklegal.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**HAJ, Inc.**                    represented by    **James P. Murphy**
*doing business as*                                Murphy Armstrong & Felton LLP
Christenson Oil Company                             701 Millennium Tower
719 Second Avenue
Seattle, WA 98104
206−985−9770
Fax: 206−985−9790
Email: jpm@maflegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Katherine L. Felton**
Nossaman LLP
719 2nd Avenue
Suite 1200
Seattle, WA 98104
206−395−7619
Email: kfelton@nossaman.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hercules LLC**                    represented by    **John Cooke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Zabel**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Koppers Inc.**                    represented by    **Gregory L. Baird**
Gordon & Polscer, LLC
9020 SW Washington Square Road
Suite 560
Tigard, OR 97223

ER-1142

503−242−2922
Fax: 503−242−1264
Email: gbaird@gordon−polscer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan S. Miller**
Houston Harbaugh, P.C.
401 Liberty Avenue
Three Gateway Center, 22nd Floor
Pittsburgh, PA 15222
412−281−5060
Fax: 412−281−4499
Email: milleras@hh−law.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**McCall Oil & Chemical Corp.**          represented by   **Jeffrey C. Miller**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**McCall Oil Real Estate Company LLC**   represented by   **Jeffrey C. Miller**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Morec Front LLC**                      represented by   **Jeffrey C. Miller**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**GWC Properties, LLC**                  represented by   **Jeffrey C. Miller**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**GWC Front, LLC**                       represented by   **Jeffrey C. Miller**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Tanker Basin LLC**                     represented by   **Jeffrey C. Miller**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**MMGL LLC**                             represented by   **Greg A. Christianson**
                                                          Alston & Bird
                                                          55 2nd Street, Suite 2100
                                                          San Francisco, CA 94105
                                                          415−243−1000
                                                          Email: greg.christianson@alston.com
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Megan Ault**
                                                          Alston & Bird LLP
                                                          55 Second Street

ER-1143

Suite 2100
San Francisco, CA 94105
415−243−1056
Email: megan.ault@alston.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sara Warren**
Alston & Bird
1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309
404−881−7000
Email: sara.warren@alston.com
*TERMINATED: 11/26/2024*
*PRO HAC VICE*

**Thomas A. Ped**
Williams Kastner
805 SW Broadway
Suite 2440
Portland, OR 97205
503−228−7967
Email: tped@williamskastner.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Northwest Pipe Company** <br> *formerly known as* <br> Northwest Pipe & Casing Company <br> *formerly known as* <br> Northwest Pipe and Casing Company | represented by | **Michael B. Merchant** <br> Black Helterline, LLP <br> 805 SW Broadway <br> Suite 2600 <br> Portland, OR 97205−3359 <br> 503−224−5560 <br> Fax: 503−224−6148 <br> Email: mike.merchant@bhlaw.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **PacifiCorp** <br> *an Oregon Corporation* | represented by | **Matthew D. Wells** <br> Foster Garvey PC <br> 1111 Third Avenue <br> Suite 3000 <br> Seattle, WA 98101 <br> 206−447−8922 <br> Email: matt.wells@foster.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Port of Portland** | represented by | **Crystal S. Chase** <br> Port of Portland <br> 7200 NE Airport Way <br> PO Box 3529 <br> Portland, OR 97218 <br> 503−415−6349 <br> Email: crystal.chase@portofportland.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **James Christopher Baird** <br> Corvid Law PLLC d/b/a Headwaters Law Group |

ER-1144

5209 S. Farrar St.
Seattle, WA 98118
206−291−8599
Fax: 206−374−2861
Email: chris@headwaterslaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel Sinsheimer**
Corvid Law PLLC dba Headwaters Law
Group
92 Lenora Street
Seattle, WA 98103
617−771−0522
Email: rachel@headwaterslaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Portland General Electric Company**
*(PGE)*

represented by **David C. Weber**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Loren R. Dunn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Portland Terminal Railroad Company**

represented by **Elizabeth C. Knight**
Dunn Carney LLP
851 SW Sixth Avenue
Suite 1500
Portland, OR 97204−1357
503−224−6440
Fax: 503−224−7324
Email: eknight@dunncarney.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ana Lanikeha Rosa Ching**
Dunn Carney LLP
851 SW Sixth Avenue
Suite 1500
Portland, OR 97204−1357
503−242−9620
Email: aching@dunncarney.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Schnitzer Steel Industries, Inc**

represented by **Greg A. Christianson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Megan Ault**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sara Warren**

ER-1145

(See above for address)
*TERMINATED: 11/26/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas A. Ped**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Siltronic Corporation**  represented by  **David A. Rabbino**
Jordan Ramis PC
PACWEST, 27th Floor
1211 SW Fifth Avenue
Portland, OR 97204
503−598−7070
Email: david.rabbino@jordanramis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sulzer Pumps (US) Inc.**  represented by  **Daniel K. Reising**
Fucile & Reising LLP
1120 SE Madison St.
Portland, OR 97214
503−869−1858
Email: dan@frllp.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Valvoline Inc.**  represented by  **John Cooke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Zabel**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Arkema Inc.**  represented by  **Matthew J. Stock**
Hillis Clark Martin & Peterson P.S.
999 3rd Ave Ste
Ste 4600
Seattle, WA 98104
206−623−1745
Fax: 206−623−7789
Email: matthew.stock@hcmp.com
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Gunderson LLC**  represented by  **Maureen Bayer**
Tonkon Torp LLP
1300 SW 5th Avenue
Suite 2400
Portland, OR 97201
503−802−2115
Email: Maureen.Bayer@tonkon.com
*ATTORNEY TO BE NOTICED*

**Zachary W.L. Wright**

ER-1146

Tonkon Torp LLP
1300 SW 5th Avenue
Suite 2400
Portland, OR 97201
503−802−2041
Email: zach.wright@tonkon.com
*ATTORNEY TO BE NOTICED*

**Intervenor**

**FMC Corporation**              represented by     **Bradley T. Crittenden**
Chenoweth Law Group, PC
510 SW Fifth Ave
Ste 400
Portland, OR 97204
503−221−7958
Email: bcrittenden@chenowethlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher I. Rendall−Jackson**
Farella Braun & Martel LLP
1 Bush Street
Suite 900
San Francisco, CA 94104
415−954−4417
Fax: 415−954−4480
Email: crendall−jackson@fbm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Hayleigh Shobar**
Farella Braun & Martel LLP
1 Bush St
Ste 900
San Francisco, CA 94104
415−954−4400
Fax: 415−954−4480
Email: hshobar@fbm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James H. Colopy**
Farella Braun & Martel LLP
One Bush Street
Suite 900
San Francisco, CA 94104−4415
415−954−4978
Email: jcolopy@fbm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor**

**NW Natural**              represented by     **Heather Doherty**
Pearl Legal Group
529 SW 3rd Ave.
Portland, OR 97204
503−928−4858
Email: htourgee@pearllegalgroup.com
*ATTORNEY TO BE NOTICED*

**Patricia M. Dost**
Pearl Legal Group, PC
529 SW Third Avenue
Suite 600

ER-1147

Portland, OR 97204
(503) 467−4675
Fax: (503) 445−1270
Email: pdost@pearllegalgroup.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/20/2026 | 178 | Order to Withdraw Funds from Court Registry Account and Disburse. Signed on 3/20/2026 by Judge Michael H. Simon. (mja) (Entered: 03/20/2026) |
| 03/13/2026 | 177 | **AMENDED OPINION AND ORDER** − The Court GRANTS Plaintiffs' Motion to Enter Consent Decrees, ECF 83 . Signed on 3/13/2026 by Judge Michael H. Simon. (mja) (Entered: 03/13/2026) |
| 03/13/2026 | 176 | **ORDER** − For the reasons stated in the Court's Order on Indicative Ruling, ECF 171 , the Court GRANTS NW Natural's Rule 60(a) motion, ECF 169 Consistent with the Court's subsequent Order, ECF 173, the Court enters an Amended Opinion and Order granting Plaintiffs' Motion to Enter Consent Decrees that replaces the sentence "Intervenors are four PRPs who opted out of settlement negotiations with the sentence Interventors are four PRPs that, as of the date of this Opinion and Order, have not settled with Trustees and oppose the pending Consent Decrees." Signed on 3/13/2026 by Judge Michael H. Simon. (mja) (Entered: 03/13/2026) |
| 03/11/2026 | 175 | Order from USCA for the 9th Circuit, USCA # 25−8129 re Notice of Appeal 154 . Case is remanded to the district court for the limited purpose of enabling the district court to consider NW Naturals Rule 60(a) motion. (rks) (Entered: 03/12/2026) |
| 03/02/2026 | 174 | Unopposed Motion for Disbursement of Funds . Filed by United States of America. (Wells, Erika) (Entered: 03/02/2026) |
| 02/25/2026 | 173 | **ORDER** − The Court has considered FMC Corporation and Gunderson LLC's Response and Joinder to NW Natural's Motion for Indicative Ruling, ECF 172 . If the Ninth Circuit were to remand the case for the purpose described in the Court's Order on Indicative Ruling, ECF 171 , the Court would replace the sentence "Intervenors are four PRPs who opted out of settlement negotiations" with the sentence "Interventors are four PRPs that, as of the date of this Opinion and Order, have not settled with Trustees and oppose the pending Consent Decrees." Ordered by Judge Michael H. Simon. (mja) (Entered: 02/25/2026) |
| 02/24/2026 | 172 | Response *and Joinder to NW Natural's Motion for an Indicative Ruling Correcting Opinion and Order*. Filed by FMC Corporation, Gunderson LLC. (Rendall−Jackson, Christopher) (Entered: 02/24/2026) |
| 02/20/2026 | 171 | **ORDER ON INDICATIVE RULING** − The Court GRANTS NW Natural's motion for an indicative ruling, ECF 169 . The Court would grant the Rule 60(a) motion consistent with this Order if the Ninth Circuit were to remand the case for that purpose. NW Natural shall promptly notify the Clerk of the United States Court of Appeals for the Ninth Circuit pursuant to Rule 12.1(a) of the Federal Rules of Appellate Procedure of the Court's indicative ruling. Signed on 2/20/2026 by Judge Michael H. Simon. (mja) (Entered: 02/20/2026) |
| 02/18/2026 | 170 | Declaration of Patricia M. Dost *In Support of Intervenor NW Natural's Motion for Indicative Ruling Correcting Opinion and Order*. Filed by NW Natural. (Related document(s): Motion − Miscellaneous 169 .) (Attachments: # 1 Exhibit Transcript of Proceedings) (Dost, Patricia) (Entered: 02/18/2026) |
| 02/18/2026 | 169 | Motion *Intervenor NW Natural's Motion for an Indicative Ruling Correcting Opinion and Order*. Filed by NW Natural. (Dost, Patricia) (Entered: 02/18/2026) |
| 02/11/2026 | 168 | Clerk's Notice of Transfer from a Non−interest Bearing Account to an Interest Bearing Account − Related Doc 152 Motion to deposit funds, 162 Order on Motion to Deposit Funds, 161 Order on Motion to Deposit Funds, 163 Order on Motion to Deposit Funds. (lp) (Entered: 02/11/2026) |
| 02/11/2026 | 167 | Clerk's Notice of Deposit to a Non−interest Bearing Account − Receipt Number: POR30115401, Date Receipt Issued: 01/30/2026, Amount Collected $211,483.97. Related Doc 163 Order on Motion to Deposit Funds. (lp) (Entered: 02/11/2026) |

| 02/11/2026 | 166 | Clerk's Notice of Deposit to a Non−interest Bearing Account − Receipt Number: POR300115390, Date Receipt Issued: 01/28/2026, Amount Collected $1,169,405.84. Related Doc 161 Order on Motion to Deposit Funds. (lp) (Entered: 02/11/2026) |
| --- | --- | --- |
| 02/11/2026 | 165 | Clerk's Notice of Deposit to a Non−interest Bearing Account − Receipt Number: POR300115384, Date Receipt Issued: 01/28/2026, Amount Collected $80,400.77. Related Doc 162 Order on Motion to Deposit Funds. (lp) (Entered: 02/11/2026) |
| 02/11/2026 | 164 | Clerk's Notice of Deposit to a Non−interest Bearing Account − Receipt Number: POR300115364, Date Receipt Issued: 01/23/2026, Amount Collected $292,737.37. Related Doc 152 Motion to deposit funds. (lp) (Entered: 02/11/2026) |
| 01/26/2026 | 163 | **ORDER TO DEPOSIT FUNDS** − The Court GRANTS Defendant Beazer East, Inc.'s Motion to Deposit Funds in Interest−Bearing Account, ECF 158 . Signed on 1/26/2026 by Judge Michael H. Simon. (mja) (Entered: 01/26/2026) |
| 01/26/2026 | 162 | **ORDER TO DEPOSIT FUNDS** − The Court GRANTS Defendant Portland Terminal Railroad Company's Motion to Deposit Funds in Interest−Bearing Account, ECF 160 . Signed on 1/26/2026 by Judge Michael H. Simon. (mja) (Entered: 01/26/2026) |
| 01/26/2026 | 161 | **ORDER TO DEPOSIT FUNDS** − The Court GRANTS Defendant Ash Grove Cement Company's Motion to Deposit Funds in Interest−Bearing Account, ECF 159 . Signed on 1/26/2026 by Judge Michael H. Simon. (mja) (Entered: 01/26/2026) |
| 01/22/2026 | 160 | Unopposed Motion to Deposit Funds *Into Court Registry*. Filed by Portland Terminal Railroad Company. (Attachments: # 1 Proposed Order Order to Deposit Funds) (Knight, Elizabeth) (Entered: 01/22/2026) |
| 01/21/2026 | 159 | Unopposed Motion to Deposit Funds *to Court Registry*. Filed by Ash Grove Cement Company. (Attachments: # 1 Proposed Order) (Ferrasci−O'Malley, Brian) (Entered: 01/21/2026) |
| 01/21/2026 | 158 | Unopposed Motion to Deposit Funds *to Court Registry*. Filed by Beazer East, Inc.. (Attachments: # 1 Proposed Order) (Eckert, C.) (Entered: 01/21/2026) |
| 01/02/2026 | 157 | Transcript Designation and Order Form for the hearing held on 09/29/2025 before Judge Hon. Michael Simon. Court Reporter: Kellie Humiston. . Filed by Arkema Inc.. Transcript is due by 2/2/2026. (Stock, Matthew) (Entered: 01/02/2026) |
| 12/30/2025 | | USCA Case Number and Notice confirming Docketing Record on Appeal re Notice of Appeal 154 . **Case Appealed to 9th Circuit Case Number 25−8129** assigned. (rks) (Entered: 12/30/2025) |
| 12/30/2025 | 156 | Clerk's Notice of Transfer from a Non−interest Bearing Account to an Interest Bearing Account − Related Doc 151 Order on Motion to Deposit Funds. (lp) (Entered: 12/30/2025) |
| 12/30/2025 | 155 | Clerk's Notice of Deposit to a Non−interest Bearing Account − Receipt Number: POR300114891, Date Receipt Issued: 12/16/2025, Amount Collected $3,923,790.42. Related Doc 151 Order on Motion to Deposit Funds. (lp) (Entered: 12/30/2025) |
| 12/19/2025 | 154 | Notice of Appeal to the 9th Circuit Filing fee $605 collected; Agency Tracking ID AORDC−10104873: *Notice of Appeal*. Filed by Arkema Inc.. (Stock, Matthew) (Entered: 12/19/2025) |
| 12/15/2025 | 153 | **ORDER TO DEPOSIT FUNDS** (Interest−Bearing Account). Signed on 12/15/2025 by Judge Michael H. Simon. (mja) (Entered: 12/16/2025) |
| 12/15/2025 | 152 | Motion to Deposit Funds . Filed by Sulzer Pumps (US) Inc.. (Attachments: # 1 Proposed Order) (Reising, Daniel) (Entered: 12/15/2025) |
| 11/25/2025 | 151 | **ORDER TO DEPOSIT FUNDS (Interest−Bearing Account).** Signed on 11/25/2025 by Judge Michael H. Simon. (mja) (Entered: 11/25/2025) |
| 11/24/2025 | 150 | Unopposed Motion to Deposit Funds *into Court Registry*. Filed by Portland General Electric Company. (Attachments: # 1 Proposed Order to Deposit Funds) (Dunn, Loren) (Entered: 11/24/2025) |
| 11/18/2025 | 149 | Notice of Attorney Withdrawal: *Michael J. Zevenbergen* Filed by United States of America. (Zevenbergen, Michael) (Entered: 11/18/2025) |

ER-1149

| 11/04/2025 | 148 | Notice of Appearance of Erika M. Wells appearing on behalf of United States of America. Filed by on behalf of United States of America. (Wells, Erika) (Entered: 11/04/2025) |
|---|---|---|
| 10/31/2025 | 147 | Restoration Credit Consent Decree. Signed on 10/31/2025 by Judge Michael H. Simon. (mja) (Entered: 10/31/2025) |
| 10/31/2025 | 146 | Cash−Out Consent Decree. Signed on 10/31/2025 by Judge Michael H. Simon. (mja) (Entered: 10/31/2025) |
| 10/23/2025 | 145 | **OPINION & ORDER:** The Court GRANTS Plaintiffs' Motion to Enter Consent Decrees 85 . Signed on 10/23/2025 by Judge Michael H. Simon. (jp) (Entered: 10/23/2025) |
| 10/09/2025 | 144 | OFFICIAL COURT TRANSCRIPT OF PROCEEDINGS FILED Oral Argument held on 9/29/25 before Judge Michael H. Simon, Court Reporter Kellie M. Humiston, telephone number 503−326−8186 or Kellie_Humiston@ord.uscourts.gov. Transcript may be viewed at Court's public terminal or purchased from the Court Reporter before the deadline for Release of Transcript Restriction. Afterwards it may be obtained through the court reporter or PACER. See Policy at ord.uscourts.gov. Notice of Intent to Redact Transcript is due by 10/16/2025. Redaction Request due 10/30/2025. Redacted Transcript Deadline set for 11/10/2025. Release of Transcript Restriction set for 1/7/2026. (Humiston, Kellie) (Entered: 10/09/2025) |
| 09/29/2025 | 143 | **MINUTES OF FAIRNESS HEARING:** ORDER − On Monday, September 29, 2025, the Court took under advisement Plaintiffs' Motion to Enter Consent Decrees. (ECF 85 ). Michael Zevenbergen, Holly Ray Partridge, Courtney B. Johnson, Julie Weis, Matthew D. Wells, James Christopher Baird, Chrystal S. Chase, Josh Newton, and Gary Lee Vrooman present as counsel for Plaintiffs. Zackary W. L. Wright, Maureen Bayer, C. Marie Eckert, James H. Colopy, Heather Tourgee, Matthew J. Stock, Patricia Dost, Samantha Gamboa, Loren R. Dunn, Alan S. Miller, Brian Ferrasci−O'Malley, Katherine L. Felton, James P. Murphy, Greg A. Christianson, Robert Lowry, Christopher Rendall−Jackson, Elizabeth Knight, Ana Ching, Anne Devlan Foster, and Nicholas Van Alstyne present as counsel for Defendants and and Intervenor Defendants. Court Reporter: Kellie Humiston. Judge Michael H. Simon presiding. Modified on 10/1/2025 to add counsel for Defendant Port of Portland .(mja). (Entered: 09/29/2025) |
| 09/24/2025 | 142 | Notice of Appearance of Gary Lee Vrooman appearing on behalf of State of Oregon. Filed by on behalf of State of Oregon. (Vrooman, Gary) (Entered: 09/24/2025) |
| 09/24/2025 | 141 | **ORDER** − At the Fairness Hearing on Plaintiffs' Motion to Enter Consent Decrees (ECF 85 ) scheduled for Monday, September 29, 2025, at 10:00 a.m. (see ECF 89), the Court has allocated one hour for this hearing. Plaintiffs may have 12 minutes for their opening argument in support of their motion, followed by 8 minutes to be shared among Defendant Port of Portland, the De Minimis Defendants, and the Settling Defendants in support of Plaintiffs' motion, followed by 30 minutes to be shared among Intervenors Arkema Inc., FMC Corporation, Gunderson LLC, and NW Natural in opposition to Plaintiffs' motion, to be followed by 10 minutes for Plaintiffs' rebuttal argument. Ordered by Judge Michael H. Simon (mja) (Entered: 09/24/2025) |
| 09/23/2025 | 140 | Notice of Attorney Withdrawal: *and Substitution of Counsel* Filed by Ash Grove Cement Company. (O'Hanlon, Tara) (Entered: 09/23/2025) |
| 09/19/2025 | 139 | **ORDER** − Arkema Inc., FMC Corporation, Gunderson LLC, and NW Natural (together, the "Proposed Intervenors") have each filed unopposed motions to intervene. ECF 106 (Arkema), ECF 108 (FMC), ECF 117 (Gunderson), and ECF 118 (NW Natural). The Proposed Intervenors are non−settling, potentially responsible parties for natural resource damages under § 107(a) of CERCLA, 42 U.S.C. § 9607(a). Non−settling, potentially responsible parties may intervene as a matter of right under Rule 24(a)(2) of the Federal Rules of Civil Procedure and § 113(i) of CERCLA to oppose a consent decree incorporating a settlement that, if approved, would bar contribution from settling potentially responsible parties. *U.S. v. Aerojet Gen. Corp.,* I606 F.3d 1142, 1146 (9th Cir. 2010). Because the consent decree here would bar contribution and because the Proposed Intervenors meet the requirements of Rule 24(a)(2), the Court GRANTS the Unopposed Motions to Intervene, ECF 106 , 108 , 117 , and 118 . In addition, FMC Corporation has filed unopposed requests for judicial notice in support of its motion to intervene and its opposition to Plaintiffs' motion to enter consent decrees. ECF 109 ; ECF 114 . Because the subject of FMC's requests for judicial notice−court filings, government websites, and administrative records−are all public records not subject to reasonable dispute, see Fed. R. Evid. 201, the |

| | | |
|---|---|---|
| | | Court GRANTS FMC's two requests for judicial notice, ECF 109 and ECF 114 . Ordered by Judge Michael H. Simon. (mja) (Entered: 09/19/2025) |
| 09/18/2025 | 138 | Notice of Supplemental Authority *Plaintiffs' Notice of Supplemental Authority* Filed by All Plaintiffs. (Zevenbergen, Michael) (Entered: 09/18/2025) |
| 09/15/2025 | 137 | Joint Reply to Motion to Intervene *And Memorandum Of Points And Authorities In Support Of Motion To Intervene* 108 , Motion to Intervene *and Supporting Memorandum of Law* 117 , Motion to Intervene *NW Natural's Motion to Intervene and Memorandum of Law In Support* 118 , Motion to Intervene *and Memorandum of Law In Support* 106 . Filed by Arkema Inc., FMC Corporation, Gunderson LLC, NW Natural. (Wright, Zachary) (Entered: 09/15/2025) |
| 09/12/2025 | | Access information for the Fairness Hearing on September 29, 2025, at 10:00 a.m. by video. Link: **https://meet.uc.uscourts.gov/meeting/270954362?secret=2GUAj5EY34fArFnDXZuoJw**; Telephone Number: **1−571−353−2301 (toll−free 1−833−990−9400)**; Conference ID: **270954362#**; Access Code: **2022#**. **Note:** Do not use a speaker phone. Speak slowly, clearly, and do not talk over someone who is already speaking. Mute the microphone when not speaking. If dropped from the conference, please rejoin the conference and state your name after reconnecting. For complete conference connection instructions and etiquette guidelines, refer to ord.uscourts.gov/cms. (mja) Modified on 9/26/2025 to remove the party (mja). (Entered: 09/12/2025) |
| 09/02/2025 | 136 | Declaration of Fred J.W. Chung *in Support Reply of Settling Defendants Airgas USA, LLC, Air Liquide America L.P., Ash Grove Cement Company, BNSF Railway Company, Beazer East, Inc., City Of Portland, ESCO Group LLC, HAJ, Inc. D/B/A Christenson Oil Company, Koppers Inc., Oregon Steel Mills LLC (Formerly Evraz Inc. NA), MMGL LLC, Northwest Pipe Company, Pacificorp, Portland Terminal Railroad Company, Radius Recycling, Inc. (FKA Schnitzer Steel Industries, Inc.), Siltronic Corporation, and Sulzer Pumps (US) Inc. to Plaintiffs' Motion to Enter Consent Decrees*. Filed by ESCO Group LLC. (Related document(s): Reply to Motion,, 134 .) (Chung, Fred) (Entered: 09/02/2025) |
| 09/02/2025 | 135 | Declaration of Fred J.W. Chung *in Support of Plaintiffs' Motion to Enter Consent Decrees*. Filed by ESCO Group LLC. (Related document(s): Motion − Miscellaneous 85 .) (Chung, Fred) (Entered: 09/02/2025) |
| 09/02/2025 | 134 | Reply *of Settling Defendants in Support of Plaintiffs' Motion to Enter Consent Decrees* to Motion *to Enter Consent Decrees* 85 . Filed by Air Liquide America L.P., Airgas USA, LLC, Ash Grove Cement Company, BNSF Railway Company, Beazer East, Inc., City of Portland, ESCO Group LLC, HAJ, Inc., Koppers Inc., MMGL LLC, Northwest Pipe Company, PacifiCorp, Portland Terminal Railroad Company, Schnitzer Steel Industries, Inc, Siltronic Corporation, Sulzer Pumps (US) Inc.. (Chung, Fred) (Entered: 09/02/2025) |
| 09/02/2025 | 133 | Reply *in Support of Plaintiffs'* to Motion *to Enter Consent Decrees* 85 . Filed by Portland General Electric Company. (Attachments: # 1 Attachment Declaration of Christopher Bozzini, # 2 Exhibit Exhibit A, # 3 Exhibit Exhibit B) (Dunn, Loren) (Entered: 09/02/2025) |
| 09/02/2025 | 132 | Reply to Motion *to Enter Consent Decrees* 85 . Filed by Air Liquide America L.P., Airgas USA, LLC, Ash Grove Cement Company, Beazer East, Inc., ESCO Group LLC, HAJ, Inc., Koppers Inc., Northwest Pipe Company. (Eckert, C.) (Entered: 09/02/2025) |
| 09/02/2025 | 131 | Supplemental Corporate Disclosure Statement . Filed by Schnitzer Steel Industries, Inc. (Christianson, Greg) (Entered: 09/02/2025) |
| 09/02/2025 | 130 | Declaration of Jennifer Hughes *in Support of Motion to Enter Consent Decrees*. Filed by All Plaintiffs. (Related document(s): Motion − Miscellaneous 85 .) (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28) (Zevenbergen, Michael) (Entered: 09/02/2025) |
| 09/02/2025 | 129 | Reply to Motion *to Enter Consent Decrees* 85 . Filed by Port of Portland. (Baird, James) (Entered: 09/02/2025) |

| | | |
|---|---|---|
| 09/02/2025 | 128 | Reply *In Support* to Motion *to Enter Consent Decrees* 85 . Filed by All Plaintiffs. (Attachments: # 1 Attachment A Second Declaration of Troy Baker) (Zevenbergen, Michael) (Entered: 09/02/2025) |
| 08/21/2025 | 127 | **ORDER** − The Court GRANTS Plaintiffs' Unopposed Motion to File Excess Pages (ECF 126 ). Plaintiffs have leave to file one reply brief, not to exceed 55 pages, that addresses all four opposition briefs filed by Intervenors. Ordered by Judge Michael H. Simon. (mja) (Entered: 08/21/2025) |
| 08/20/2025 | 126 | Unopposed Motion to File Excess Pages . Expedited Hearing requested. Filed by All Plaintiffs. (Zevenbergen, Michael) (Entered: 08/20/2025) |
| 08/20/2025 | 125 | Corporate Disclosure Statement . Filed by Beazer East, Inc.. (Eckert, C.) (Entered: 08/20/2025) |
| 08/20/2025 | 124 | Notice of Appearance of C. Marie Eckert appearing on behalf of Beazer East, Inc.. Filed by on behalf of Beazer East, Inc.. (Eckert, C.) (Entered: 08/20/2025) |
| 08/20/2025 | 123 | **ORDER:** The Court GRANTS the Port of Portland's Motion for Leave to Appear *Pro Hac Vice* by attorney James Christopher Baird, ECF 121 . Ordered by Judge Michael H. Simon. (mja) (Entered: 08/20/2025) |
| 08/20/2025 | 122 | **ORDER:** The Court GRANTS the Port of Portland's Motion for Leave to Appear *Pro Hac Vice* by attorney Rachel Sinsheimer, ECF 120 . Ordered by Judge Michael H. Simon. (mja) (Entered: 08/20/2025) |
| 08/20/2025 | | Clerk's Review of Motion for Leave to Appear *Pro Hac Vice*. *Pro Hac Vice* admission requested by attorney James Christopher Baird. Filing fee in the amount of $300 collected; Agency Tracking ID: AORDC−9954148 121 : **Reviewed and Ready for Ruling. (dino) (Entered: 08/20/2025)** |
| 08/20/2025 | | Clerk's Review of Motion for Leave to Appear *Pro Hac Vice*. *Pro Hac Vice* admission requested by attorney Rachel Sinsheimer. Filing fee in the amount of $300 collected; Agency Tracking ID: AORDC−9954103 120 : **Reviewed and Ready for Ruling. (dino) (Entered: 08/20/2025)** |
| 08/18/2025 | 121 | Motion for Leave to Appear *Pro Hac Vice*. *Pro Hac Vice* admission requested by attorney James Christopher Baird. Filing fee in the amount of $300 collected; Agency Tracking ID: AORDC−9954148. Filed by Port of Portland. (Baird, James) (Entered: 08/18/2025) |
| 08/18/2025 | 120 | Motion for Leave to Appear *Pro Hac Vice*. *Pro Hac Vice* admission requested by attorney Rachel Sinsheimer. Filing fee in the amount of $300 collected; Agency Tracking ID: AORDC−9954103. Filed by Port of Portland. (Sinsheimer, Rachel) (Entered: 08/18/2025) |
| 07/28/2025 | 119 | Response in Opposition to Motion *to Enter Consent Decrees* 85 Oral Argument requested. Filed by NW Natural. (Dost, Patricia) (Entered: 07/28/2025) |
| 07/28/2025 | 118 | Motion to Intervene *NW Natural's Motion to Intervene and Memorandum of Law In Support*. Oral Argument requested. Filed by NW Natural. (Dost, Patricia) (Entered: 07/28/2025) |
| 07/28/2025 | 117 | Motion to Intervene *and Supporting Memorandum of Law*. Oral Argument requested. Filed by Gunderson LLC. (Wright, Zachary) (Entered: 07/28/2025) |
| 07/28/2025 | 116 | Declaration of Maureen Bayer . Filed by Gunderson LLC. (Related document(s): Memorandum in Opposition 115 .) (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6) (Wright, Zachary) (Entered: 07/28/2025) |
| 07/28/2025 | 115 | Memorandum in Opposition *(of Law) to Plaintiffs'* to Motion *to Enter Consent Decrees* 85 Oral Argument requested. Filed by Gunderson LLC. (Wright, Zachary) (Entered: 07/28/2025) |
| 07/28/2025 | 114 | Request for Judicial Notice *In Support Of FMC Corporation* Response in Opposition to Motion, 112 . Filed by FMC Corporation. (Colopy, James) (Entered: 07/28/2025) |
| 07/28/2025 | 113 | Declaration of Matthew J. Stock *ISO Arkema Inc.'s Opposition to Plaintiffs' Motion to Enter Consent Decrees*. Filed by Arkema Inc.. (Related document(s): Response to Motion 111 .) (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (Stock, Matthew) (Entered: 07/28/2025) |

| 07/28/2025 | 112 | Response in Opposition to Motion *to Enter Consent Decrees* 85 Oral Argument requested. Filed by FMC Corporation. (Attachments: # 1 Declaration Of James H. Colopy In Support Of Intervenor FMC Corporation Opposition To Plaintiffs Motion To Enter Consent Decrees) (Colopy, James) (Entered: 07/28/2025) |
| --- | --- | --- |
| 07/28/2025 | 111 | Response to Motion *to Enter Consent Decrees* 85 Oral Argument requested. Filed by Arkema Inc.. (Stock, Matthew) (Entered: 07/28/2025) |
| 07/28/2025 | 110 | Corporate Disclosure Statement *INTERVENOR NW NATURALS CORPORATE DISCLOSURE STATEMENT*. Filed by NW Natural. (Dost, Patricia) (Entered: 07/28/2025) |
| 07/28/2025 | 109 | Request for Judicial Notice *In Support Of FMC Corporation* Motion to intervene, 108 . Filed by FMC Corporation. (Colopy, James) (Entered: 07/28/2025) |
| 07/28/2025 | 108 | Motion to Intervene *And Memorandum Of Points And Authorities In Support Of Motion To Intervene*. Oral Argument requested. Filed by FMC Corporation. (Attachments: # 1 Declaration Of James H. Colopy In Support Of FMC Corporation Motion To Intervene, # 2 Proposed Order Granting FMC Corporation Motion To Intervene) (Colopy, James) (Entered: 07/28/2025) |
| 07/28/2025 | 107 | Declaration of Matthew J. Stock *ISO Arkema's Motion to Intervene*. Filed by Arkema Inc.. (Related document(s): Motion to intervene 106 .) (Attachments: # 1 Exhibit A) (Stock, Matthew) (Entered: 07/28/2025) |
| 07/28/2025 | 106 | Motion to Intervene *and Memorandum of Law In Support*. Oral Argument requested. Filed by Arkema Inc.. (Attachments: # 1 (Proposed) Order) (Stock, Matthew) (Entered: 07/28/2025) |
| 07/28/2025 | 105 | Notice of Appearance of Heather Tourgee appearing on behalf of NW Natural. Filed by on behalf of NW Natural. (Tourgee, Heather) (Entered: 07/28/2025) |
| 07/28/2025 | 104 | Notice of Appearance of Patricia M. Dost appearing on behalf of NW Natural. Filed by on behalf of NW Natural. (Dost, Patricia) (Entered: 07/28/2025) |
| 07/25/2025 | 103 | Notice of Attorney Withdrawal: Filed by Air Liquide America L.P., Airgas USA, LLC. (Hein, Christine) (Entered: 07/25/2025) |
| 07/23/2025 | 102 | Notice of Change of Address. Filed by Northwest Pipe Company. (Merchant, Michael) (Entered: 07/23/2025) |
| 07/18/2025 | 101 | Corporate Disclosure Statement *By Proposed Intervenor FMC Corporation*. Filed by FMC Corporation. (Colopy, James) (Entered: 07/18/2025) |
| 07/17/2025 | 100 | **ORDER** − The Court GRANTS Defendant FMC Corporation's Motion for Leave to Appear *Pro Hac Vice* by attorney Hayleigh Shobar, ECF 97 . Ordered by Judge Michael H. Simon. (mja) (Entered: 07/17/2025) |
| 07/17/2025 | 99 | **ORDER** − The Court GRANTS Defendant FMC Corporation's Motion for Leave to Appear *Pro Hac Vice* by attorney Christopher I. Rendall−Jackson, ECF 96 . Ordered by Judge Michael H. Simon. (mja) (Entered: 07/17/2025) |
| 07/17/2025 | 98 | **ORDER** − The Court GRANTS Defendant FMC Corporation's Motion for Leave to Appear *Pro Hac Vice* by attorney James H. Colopy, ECF 95 . Ordered by Judge Michael H. Simon. (mja) (Entered: 07/17/2025) |
| 07/17/2025 | | Clerk's Review of Motion for Leave to Appear *Pro Hac Vice*. *Pro Hac Vice* admission requested by attorney Hayleigh Shobar. Filing fee in the amount of $300 collected; Agency Tracking ID: AORDC−9918855 97 : **Reviewed and Ready for Ruling. (dino) (Entered: 07/17/2025)** |
| 07/17/2025 | | Clerk's Review of Motion for Leave to Appear *Pro Hac Vice*. *Pro Hac Vice* admission requested by attorney Christopher I. Rendall−Jackson. Filing fee in the amount of $300 collected; Agency Tracking ID: AORDC−9918846 96 : **Reviewed and Ready for Ruling. (dino) (Entered: 07/17/2025)** |
| 07/17/2025 | | Clerk's Review of Motion for Leave to Appear *Pro Hac Vice*. *Pro Hac Vice* admission requested by attorney James H. Colopy. Filing fee in the amount of $300 collected; Agency Tracking ID: AORDC−9918820 95 : **Reviewed and Ready for Ruling. (dino) (Entered: 07/17/2025)** |

| | | |
|---|---|---|
| 07/16/2025 | 97 | Motion for Leave to Appear *Pro Hac Vice*. *Pro Hac Vice* admission requested by attorney Hayleigh Shobar. Filing fee in the amount of $300 collected; Agency Tracking ID: AORDC−9918855. Filed by FMC Corporation. (Shobar, Hayleigh) (Entered: 07/16/2025) |
| 07/16/2025 | 96 | Motion for Leave to Appear *Pro Hac Vice*. *Pro Hac Vice* admission requested by attorney Christopher I. Rendall−Jackson. Filing fee in the amount of $300 collected; Agency Tracking ID: AORDC−9918846. Filed by FMC Corporation. (Rendall−Jackson, Christopher) (Entered: 07/16/2025) |
| 07/16/2025 | 95 | Motion for Leave to Appear *Pro Hac Vice*. *Pro Hac Vice* admission requested by attorney James H. Colopy. Filing fee in the amount of $300 collected; Agency Tracking ID: AORDC−9918820. Filed by FMC Corporation. (Colopy, James) (Entered: 07/16/2025) |
| 06/25/2025 | 94 | Corporate Disclosure Statement . Filed by Gunderson LLC. (Wright, Zachary) (Entered: 06/25/2025) |
| 06/25/2025 | 93 | Notice of Appearance of Zachary W.L. Wright, Maureen Bayer appearing on behalf of Gunderson LLC. Filed by on behalf of Gunderson LLC. (Wright, Zachary) (Entered: 06/25/2025) |
| 06/23/2025 | 92 | Notice of Appearance of Christina L. Beatty−Walters appearing on behalf of State of Oregon. Filed by on behalf of State of Oregon. (Beatty−Walters, Christina) (Entered: 06/23/2025) |
| 06/17/2025 | 91 | Notice of Case Reassignment: This case has been reassigned from Magistrate Judge Youlee Yim You to Judge Michael H. Simon. (cw) (Entered: 06/17/2025) |
| 06/17/2025 | 90 | Notice of Change of Address. Filed by MMGL LLC, Schnitzer Steel Industries, Inc. (Christianson, Greg) (Entered: 06/17/2025) |
| 06/17/2025 | 89 | **SCHEDULING ORDER** − At the request of the parties, the Court sets a case schedule as follows: Oppositions to the motion to enter consent decrees (ECF 85 ), and any motions to intervene are due by Monday, July 28, 2025; replies in support of the motion to enter consent decrees and responses to any motions to intervene are due by Tuesday, September 2, 2025; replies in support of motions to intervene are due by Monday, September 15, 2025; and the Court sets a Fairness Hearing for Monday, September 29, 2025, at 10:00 a.m. in Portland, Courtroom 15B, before Judge Michael H. Simon. Ordered by Judge Michael H. Simon. (mja) (Entered: 06/17/2025) |
| 06/12/2025 | 88 | Corporate Disclosure Statement . Filed by Arkema Inc.. (Stock, Matthew) (Entered: 06/12/2025) |
| 06/12/2025 | 87 | Notice of Appearance of Matthew J. Stock appearing on behalf of Arkema Inc.. Filed by on behalf of Arkema Inc.. (Stock, Matthew) (Entered: 06/12/2025) |
| 06/09/2025 | 86 | Notice *of Related Cases pursuant to LR 42−2* Filed by All Plaintiffs. (Zevenbergen, Michael) (Entered: 06/09/2025) |
| 06/09/2025 | 85 | Motion *to Enter Consent Decrees*. Filed by All Plaintiffs. (Attachments: # 1 Attachment A Declaration, # 2 Attachment B Public Comments, # 3 Attachment C Response to Public Comments) (Zevenbergen, Michael) (Entered: 06/09/2025) |
| 12/13/2024 | 84 | Notice of Attorney Substitution: Fred J.W. Chung is substituted as counsel of record in place of Attorney Paul J Kaufman . Filed by on behalf of ESCO Group LLC. (Chung, Fred) (Entered: 12/13/2024) |
| 11/26/2024 | 83 | Notice of Attorney Withdrawal: *Notice of Withdrawal of Sara Warren* Filed by MMGL LLC, Schnitzer Steel Industries, Inc. (Warren, Sara) (Entered: 11/26/2024) |
| 11/06/2024 | 82 | Notice *of Change of Firm Affiliation, Contact Info, and Email Address* Filed by PacifiCorp. (Wells, Matthew) (Entered: 11/06/2024) |
| 08/28/2024 | 81 | Notice *of Firm Affiliation and Address Change for Katherine L. Felton* Filed by HAJ, Inc.. (Felton, Katherine) (Entered: 08/28/2024) |
| 07/18/2024 | 80 | Notice of Attorney Substitution: Sadie Forzley is substituted as counsel of record in place of Attorney Nina R. Englander . Filed by on behalf of State of Oregon. (Forzley, Sadie) (Entered: 07/18/2024) |

| 05/30/2024 | 79 | Notice of Appearance of Ana Lanikeha Rosa Ching appearing on behalf of Portland Terminal Railroad Company. Filed by on behalf of Portland Terminal Railroad Company. (Ching, Ana) (Entered: 05/30/2024) |
|---|---|---|
| 05/15/2024 | 78 | Notice *of Firm Name Change* Filed by PacifiCorp. (Wells, Matthew) (Entered: 05/15/2024) |
| 12/22/2023 | 77 | **ORDER**: Granting attorney Nicole B. Weinstein's Motion for Leave to Appear Pro Hac Vice 76 for Evraz Inc. NA; Agency Tracking ID: AORDC−9208924. Ordered by Magistrate Judge Youlee Yim You. (pvh) (Entered: 12/22/2023) |
| 12/22/2023 | | Clerk's Review of Motion for Leave to Appear *Pro Hac Vice*. *Pro Hac Vice* admission requested by attorney Nicole Bishop Weinstein. Filing fee in the amount of $300 collected; Agency Tracking ID: AORDC−9208924 76 : **Reviewed and Ready for Ruling. (ecp) (Entered: 12/22/2023)** |
| 12/22/2023 | 76 | Motion for Leave to Appear *Pro Hac Vice*. *Pro Hac Vice* admission requested by attorney Nicole Bishop Weinstein. Filing fee in the amount of $300 collected; Agency Tracking ID: AORDC−9208924. Filed by Evraz Inc. NA. (Weinstein, Nicole) (Entered: 12/22/2023) |
| 12/20/2023 | 75 | **ORDER**: Granting attorney Andrew Zabel's Motion for Leave to Appear *Pro Hac Vice* 72 for Ashland Inc.; Agency Tracking ID: AORDC−9193600. Ordered by Magistrate Judge Youlee Yim You. (pvh) (Entered: 12/20/2023) |
| 12/19/2023 | | Clerk's Review of Motion for Leave to Appear *Pro Hac Vice*. *Pro Hac Vice* admission requested by attorney Andrew Zabel. Filing fee in the amount of $300 collected; Agency Tracking ID: AORDC−9193600 72 : **Reviewed and Ready for Ruling. (dino) (Entered: 12/19/2023)** |
| 12/12/2023 | 74 | Clerk's Notice of Pay.gov Refund regarding Agency Tracking ID: AORDC−9157985. The request has been granted and the amount of $300.00 will be refunded to Megan Ault Related Doc 69 Request for Refund of Fees Paid Electronically,. (lp) (Entered: 12/12/2023) |
| 12/12/2023 | 73 | Clerk's Notice of Pay.gov Refund regarding Agency Tracking ID: AORDC−9157812. The request has been granted and the amount of $300.00 will be refunded to Greg Christianson Related Doc 69 Request for Refund of Fees Paid Electronically,. (lp) (Entered: 12/12/2023) |
| 12/12/2023 | 72 | Motion for Leave to Appear *Pro Hac Vice*. *Pro Hac Vice* admission requested by attorney Andrew Zabel. Filing fee in the amount of $300 collected; Agency Tracking ID: AORDC−9193600. Filed by Ashland Inc.. (Zabel, Andrew) (Main Document 72 replaced on 12/19/2023) (eo). (Entered: 12/12/2023) |
| 12/01/2023 | 71 | Corporate Disclosure Statement . Filed by BNSF Railway Company. (Lowry, Robert) (Entered: 12/01/2023) |
| 11/30/2023 | 70 | Corporate Disclosure Statement . Filed by Evraz Inc. NA. (Dunn, Loren) (Entered: 11/30/2023) |
| 11/29/2023 | 69 | Request for Refund of Fees Paid Electronically regarding Refund Request Due, 55 . Filed by MMGL LLC, Schnitzer Steel Industries, Inc. (Attachments: # 1 Exhibit 1− Receipts Received by Greg Christianson, # 2 Exhibit 2− Receipts Received by Megan Ault, # 3 Exhibit 3− Notice of Electronic Filing for Greg Christianson's Pro Hac Vice Application, # 4 Exhibit 4− Notice of Electronic Filing for Megan Ault's Pro Hac Vice Application) (Christianson, Greg) (Entered: 11/29/2023) |
| 11/29/2023 | 68 | Corporate Disclosure Statement . Filed by MMGL LLC. (Ped, Thomas) (Entered: 11/29/2023) |
| 11/29/2023 | 67 | Corporate Disclosure Statement . Filed by Schnitzer Steel Industries, Inc. (Ped, Thomas) (Entered: 11/29/2023) |
| 11/29/2023 | 66 | Corporate Disclosure Statement . Filed by Ash Grove Cement Company. (Nellermoe, Leslie) (Entered: 11/29/2023) |
| 11/27/2023 | 65 | Corporate Disclosure Statement . Filed by Sulzer Pumps (US) Inc.. (Reising, Daniel) (Entered: 11/27/2023) |
| 11/21/2023 | 64 | Corporate Disclosure Statement . Filed by Calbag Metals Co.. (Gates, Jennifer) (Entered: 11/21/2023) |

| 11/21/2023 | 63 | Corporate Disclosure Statement . Filed by Portland General Electric Company. (Dunn, Loren) (Entered: 11/21/2023) |
|---|---|---|
| 11/21/2023 | 62 | **ORDER**: Granting attorney Brian Ferrasci−O'Malley's Motion for Leave to Appear *Pro Hac Vice* 54 , for Defendant Ash Grove Cement Company; Agency Tracking ID: AORDC−9159416. Ordered by Magistrate Judge Youlee Yim You. (pvh) (Entered: 11/21/2023) |
| 11/21/2023 | 61 | **ORDER**: Granting attorney Leslie Nellermoe's Motion for Leave to Appear *Pro Hac Vice* 53 , for Defendant Ash Grove Cement Company; Agency Tracking ID: AORDC−9159348. Ordered by Magistrate Judge Youlee Yim You. (pvh) (Entered: 11/21/2023) |
| 11/21/2023 | 60 | **ORDER**: Granting attorney Megan Ault's Motion for Leave to Appear *Pro Hac Vice* 46 , for Defendants MMGL LLC and Schnitzer Steel Industries, Inc., *dba* Radius Recycling; Agency Tracking ID: AORDC−9158004. Ordered by Magistrate Judge Youlee Yim You. (pvh) (Entered: 11/21/2023) |
| 11/21/2023 | 59 | **ORDER**: Granting attorney Sara Warren's Motion for Leave to Appear *Pro Hac Vice* 44 , for Defendants MMGL LLC and Schnitzer Steel Industries, Inc. *dba* Radius Recycling; Agency Tracking ID: AORDC−9157883. Ordered by Magistrate Judge Youlee Yim You. (pvh) (Entered: 11/21/2023) |
| 11/21/2023 | 58 | **ORDER**: Granting attorney Greg A. Christianson's Motion for Leave to Appear *Pro Hac Vice* 43 for Defendants MMGL LLC and Schnitzer Steel Industries, Inc. dba Radius Recycling; Agency Tracking ID: AORDC−9157860. Ordered by Magistrate Judge Youlee Yim You. (pvh) (Entered: 11/21/2023) |
| 11/21/2023 | 57 | **ORDER**: Unopposed Motion to Establish Court Registry Account 56 is granted. Ordered by Magistrate Judge Youlee Yim You. (pvh) (Entered: 11/21/2023) |
| 11/21/2023 | 56 | Unopposed Motion *to Establish Court Registry Account*. Filed by United States of America. (Zevenbergen, Michael) (Entered: 11/21/2023) |
| 11/20/2023 | 55 | A duplicate payment in the amount of $600.00 (2@ $300 each) was submitted by MMGL LLC in the above−referenced case. For information on refund procedures, visit Requesting a Refund of Electronically Paid Fees on the Court's website. Refund Request is Due 11/30/2023. (nd) (Entered: 11/20/2023) |
| 11/20/2023 |  | Clerk's Review of Motion for Leave to Appear *Pro Hac Vice*. *Pro Hac Vice* admission requested by attorney Brian Ferrasci−O'Malley. Filing fee in the amount of $300 collected; Agency Tracking ID: AORDC−9159416 54 : **Reviewed and Ready for Ruling. (dino) (Entered: 11/20/2023)** |
| 11/20/2023 |  | Clerk's Review of Motion for Leave to Appear *Pro Hac Vice*. *Pro Hac Vice* admission requested by attorney Leslie Nellermoe. Filing fee in the amount of $300 collected; Agency Tracking ID: AORDC−9159348 53 : **Reviewed and Ready for Ruling. (dino) (Entered: 11/20/2023)** |
| 11/20/2023 | 54 | Motion for Leave to Appear *Pro Hac Vice*. *Pro Hac Vice* admission requested by attorney Brian Ferrasci−O'Malley. Filing fee in the amount of $300 collected; Agency Tracking ID: AORDC−9159416. Expedited Hearing requested. Filed by Ash Grove Cement Company. (Ferrasci−O'Malley, Brian) (Entered: 11/20/2023) |
| 11/20/2023 | 53 | Motion for Leave to Appear *Pro Hac Vice*. *Pro Hac Vice* admission requested by attorney Leslie Nellermoe. Filing fee in the amount of $300 collected; Agency Tracking ID: AORDC−9159348. Expedited Hearing requested. Filed by Ash Grove Cement Company. (Nellermoe, Leslie) (Entered: 11/20/2023) |
| 11/20/2023 | 52 | Notice of Appearance of Christopher T. Carson appearing on behalf of Ash Grove Cement Company. Filed by on behalf of Ash Grove Cement Company. (Carson, Christopher) (Entered: 11/20/2023) |
| 11/20/2023 |  | Clerk's Review of Motion for Leave to Appear *Pro Hac Vice*. *Pro Hac Vice* admission requested by attorney Megan Ault. Filing fee in the amount of $300 collected; Agency Tracking ID: AORDC−9158004 46 : **Reviewed and Ready for Ruling. (ecp) (Entered: 11/20/2023)** |
| 11/20/2023 |  | Clerk's Review of Motion for Leave to Appear *Pro Hac Vice*. *Pro Hac Vice* admission requested by attorney Sara Warren. Filing fee in the amount of $300 collected; Agency |

| | | |
|---|---|---|
| | | Tracking ID: AORDC−9157883 44 : **Reviewed and Ready for Ruling. (ecp) (Entered: 11/20/2023)** |
| 11/20/2023 | | Clerk's Review of Motion for Leave to Appear *Pro Hac Vice*. *Pro Hac Vice* admission requested by attorney Greg A. Christianson. Filing fee in the amount of $300 collected; Agency Tracking ID: AORDC−9157860 43 : **Reviewed and Ready for Ruling. (ecp) (Entered: 11/20/2023)** |
| 11/20/2023 | 51 | Order for Administrative Correction of the Record pursuant to Fed. R. Civ. P. 60(a) regarding Motion for Leave to Appear Pro Hac Vice 46 , Motion for Leave to Appear Pro Hac Vice 43 , Motion for Leave to Appear Pro Hac Vice 44 . A Clerical error has been discovered in the case record: Counsel had marked the box on page 3, requesting waiving of local counsel, in error. The following corrections were made to the record: Documents replaced. The Notice of Electronic Filing (NEF) will be regenerated to all parties. (dsg) (Entered: 11/20/2023) |
| 11/17/2023 | 50 | Notice of Appearance of Jay Kevin Griffith appearing on behalf of BNSF Railway Company. Filed by on behalf of BNSF Railway Company. (Griffith, Jay) (Entered: 11/17/2023) |
| 11/17/2023 | 49 | Notice of Appearance of Robert B. Lowry appearing on behalf of BNSF Railway Company. Filed by on behalf of BNSF Railway Company. (Lowry, Robert) (Entered: 11/17/2023) |
| 11/17/2023 | 48 | Concise Statement , Corporate Disclosure Statement . Filed by Gould Electronics Inc.. (Foster, Anne) (Entered: 11/17/2023) |
| 11/17/2023 | 47 | Notice of Appearance of Anne Devlan Foster appearing on behalf of Gould Electronics Inc.. Filed by on behalf of Gould Electronics Inc.. (Foster, Anne) (Entered: 11/17/2023) |
| 11/17/2023 | 46 | Motion for Leave to Appear *Pro Hac Vice*. *Pro Hac Vice* admission requested by attorney Megan Ault. Filing fee in the amount of $300 collected; Agency Tracking ID: AORDC−9158004. Filed by MMGL LLC, Schnitzer Steel Industries, Inc. (Ault, Megan) (Main Document 46 replaced on 11/20/2023) (dsg). (Entered: 11/17/2023) |
| 11/17/2023 | 45 | Notice of Appearance of Jennifer L. Gates appearing on behalf of Calbag Metals Co.. Filed by on behalf of Calbag Metals Co.. (Gates, Jennifer) (Entered: 11/17/2023) |
| 11/17/2023 | 44 | Motion for Leave to Appear *Pro Hac Vice*. *Pro Hac Vice* admission requested by attorney Sara Warren. Filing fee in the amount of $300 collected; Agency Tracking ID: AORDC−9157883. Filed by MMGL LLC, Schnitzer Steel Industries, Inc. (Warren, Sara) (Main Document 44 replaced on 11/20/2023) (dsg). (Entered: 11/17/2023) |
| 11/17/2023 | 43 | Motion for Leave to Appear *Pro Hac Vice*. *Pro Hac Vice* admission requested by attorney Greg A. Christianson. Filing fee in the amount of $300 collected; Agency Tracking ID: AORDC−9157860. Filed by MMGL LLC, Schnitzer Steel Industries, Inc. (Christianson, Greg) (Main Document 43 replaced on 11/20/2023) (dsg). (Entered: 11/17/2023) |
| 11/16/2023 | 42 | Corporate Disclosure Statement . Filed by ESCO Group LLC. (Van Aelstyn, Nicholas) (Entered: 11/16/2023) |
| 11/16/2023 | 41 | Notice of Appearance of Thomas A. Ped appearing on behalf of Schnitzer Steel Industries, Inc, MMGL LLC. Filed by on behalf of Schnitzer Steel Industries, Inc, MMGL LLC. (Ped, Thomas) (Entered: 11/16/2023) |
| 11/16/2023 | 40 | Notice of Appearance of Nanci L. Klinger appearing on behalf of City of Portland. Filed by on behalf of City of Portland. (Klinger, Nanci) (Entered: 11/16/2023) |
| 11/15/2023 | 39 | **ORDER**: Granting attorney Katherine Felton's Motion for Leave to Appear *Pro Hac Vice* 36 , for Defendant HAJ, Inc.; Agency Tracking ID: AORDC−9152365. Ordered by Magistrate Judge Youlee Yim You. (pvh) (Entered: 11/15/2023) |
| 11/15/2023 | 38 | **ORDER**: Granting attorney Nicholas W. Van Aelstyn's Motion for Leave to Appear *Pro Hac Vice* 27 , for Defendant ESCO Group LLC; Agency Tracking ID: AORDC−9149004. Ordered by Magistrate Judge Youlee Yim You. (pvh) (Entered: 11/15/2023) |
| 11/15/2023 | | Clerk's Review of Motion for Leave to Appear *Pro Hac Vice*. *Pro Hac Vice* admission requested by attorney Nicholas W. Van Aelstyn. Filing fee in the amount of $300 collected; Agency Tracking ID: AORDC−9149004 27 : **Reviewed and Ready for Ruling. (ecp) (Entered: 11/15/2023)** |

| 11/15/2023 | 37 | Notice of Appearance of Daniel K. Reising appearing on behalf of Sulzer Pumps (US) Inc.. Filed by on behalf of Sulzer Pumps (US) Inc.. (Reising, Daniel) (Entered: 11/15/2023) |
|---|---|---|
| 11/14/2023 |  | Clerk's Review of Motion for Leave to Appear *Pro Hac Vice*. *Pro Hac Vice* admission requested by attorney Katherine Felton. Filing fee in the amount of $300 collected; Agency Tracking ID: AORDC−9152365 36 : **Reviewed and Ready for Ruling. (dino) (Entered: 11/14/2023)** |
| 11/14/2023 | 36 | Motion for Leave to Appear *Pro Hac Vice*. *Pro Hac Vice* admission requested by attorney Katherine Felton. Filing fee in the amount of $300 collected; Agency Tracking ID: AORDC−9152365. Filed by HAJ, Inc.. (Felton, Katherine) (Entered: 11/14/2023) |
| 11/14/2023 | 35 | Corporate Disclosure Statement . Filed by Portland Terminal Railroad Company. (Knight, Elizabeth) (Entered: 11/14/2023) |
| 11/14/2023 | 34 | Corporate Disclosure Statement . Filed by Air Liquide America L.P., Airgas USA, LLC. (Strandberg, Mark) (Entered: 11/14/2023) |
| 11/14/2023 | 33 | Corporate Disclosure Statement . Filed by Koppers Inc.. (Baird, Gregory) (Entered: 11/14/2023) |
| 11/14/2023 | 32 | Notice of Appearance of Jeffrey C. Miller appearing on behalf of McCall Oil Real Estate Company LLC, McCall Oil & Chemical Corp., Beazer East, Inc., GWC Properties, LLC, GWC Front, LLC, ACF Industries, LLC, Morec Front LLC, Tanker Basin LLC. Filed by on behalf of McCall Oil Real Estate Company LLC, McCall Oil & Chemical Corp., Beazer East, Inc., GWC Properties, LLC, GWC Front, LLC, ACF Industries, LLC, Morec Front LLC, Tanker Basin LLC. (Miller, Jeffrey) (Entered: 11/14/2023) |
| 11/13/2023 | 31 | Corporate Disclosure Statement . Filed by Northwest Pipe Company. (Merchant, Michael) (Entered: 11/13/2023) |
| 11/13/2023 | 30 | Corporate Disclosure Statement *of HAJ, Inc. d/b/a Christenson Oil Company*. Filed by HAJ, Inc.. (Murphy, James) (Entered: 11/13/2023) |
| 11/13/2023 | 29 | Notice of Appearance of James P. Murphy appearing on behalf of HAJ, Inc.*d/b/a Christenson Oil Company*. Filed by on behalf of HAJ, Inc.. (Murphy, James) (Entered: 11/13/2023) |
| 11/13/2023 | 28 | **ORDER**: Granting attorney Alan S. Miller's Motion for Leave to Appear *Pro Hac Vice* 13 , for defendant Koppers Inc.; Agency Tracking ID: AORDC−9145334. Ordered by Magistrate Judge Youlee Yim You. (pvh) (Entered: 11/13/2023) |
| 11/10/2023 | 27 | Motion for Leave to Appear *Pro Hac Vice*. *Pro Hac Vice* admission requested by attorney Nicholas W. Van Aelstyn. Filing fee in the amount of $300 collected; Agency Tracking ID: AORDC−9149004. Filed by ESCO Group LLC. (Van Aelstyn, Nicholas) (Entered: 11/10/2023) |
| 11/10/2023 | 26 | Corporate Disclosure Statement . Filed by Siltronic Corporation. (Rabbino, David) (Entered: 11/10/2023) |
| 11/09/2023 | 25 | Notice of Appearance of Tina M. Richards appearing on behalf of City of Portland. Filed by on behalf of City of Portland. (Richards, Tina) (Entered: 11/09/2023) |
| 11/08/2023 | 24 | Notice of Appearance of Christine L. Hein appearing on behalf of Air Liquide America L.P., Airgas USA, LLC. Filed by on behalf of Air Liquide America L.P., Airgas USA, LLC. (Hein, Christine) (Entered: 11/08/2023) |
| 11/08/2023 | 23 | Corporate Disclosure Statement . Filed by PacifiCorp. (Wells, Matthew) (Entered: 11/08/2023) |
| 11/08/2023 | 22 | Notice of Appearance of Matthew D. Wells appearing on behalf of PacifiCorp. Filed by on behalf of PacifiCorp. (Wells, Matthew) (Entered: 11/08/2023) |
| 11/08/2023 | 21 | Notice of Appearance of Samantha Gamboa appearing on behalf of City of Portland. Filed by on behalf of City of Portland. (Gamboa, Samantha) (Entered: 11/08/2023) |
| 11/08/2023 | 20 | Notice of Appearance of Elizabeth C. Knight appearing on behalf of Portland Terminal Railroad Company. Filed by on behalf of Portland Terminal Railroad Company. (Knight, Elizabeth) (Entered: 11/08/2023) |

| 11/08/2023 | 19 | Notice of Appearance of Michael B. Merchant appearing on behalf of Northwest Pipe Company. Filed by on behalf of Northwest Pipe Company. (Merchant, Michael) (Entered: 11/08/2023) |
|---|---|---|
| 11/08/2023 | 18 | Notice of Appearance of Mark P. Strandberg appearing on behalf of Air Liquide America L.P., Airgas USA, LLC. Filed by on behalf of Air Liquide America L.P., Airgas USA, LLC. (Strandberg, Mark) (Entered: 11/08/2023) |
| 11/08/2023 | 17 | Notice of Appearance of Jeffery W. Ring appearing on behalf of Air Liquide America L.P., Airgas USA, LLC. Filed by on behalf of Air Liquide America L.P., Airgas USA, LLC. (Ring, Jeffery) (Entered: 11/08/2023) |
| 11/08/2023 | | Clerk's Review of Motion for Leave to Appear *Pro Hac Vice*. *Pro Hac Vice* admission requested by attorney Alan S. Miller. Filing fee in the amount of $300 collected; Agency Tracking ID: AORDC−9145334 13 : **Reviewed and Ready for Ruling. (dino) (Entered: 11/08/2023)** |
| 11/08/2023 | 16 | Notice of Appearance of Loren R. Dunn, David C. Weber appearing on behalf of Portland General Electric Company. Filed by on behalf of Portland General Electric Company. (Dunn, Loren) (Entered: 11/08/2023) |
| 11/08/2023 | 15 | Notice of Appearance of Loren R. Dunn, David C. Weber appearing on behalf of Evraz Inc. NA. Filed by on behalf of Evraz Inc. NA. (Dunn, Loren) (Entered: 11/08/2023) |
| 11/08/2023 | 14 | Notice of Appearance of Crystal S. Chase appearing on behalf of Port of Portland. Filed by on behalf of Port of Portland. (Chase, Crystal) (Entered: 11/08/2023) |
| 11/08/2023 | 13 | Motion for Leave to Appear *Pro Hac Vice*. *Pro Hac Vice* admission requested by attorney Alan S. Miller. Filing fee in the amount of $300 collected; Agency Tracking ID: AORDC−9145334. Filed by Koppers Inc.. (Miller, Alan) (Entered: 11/08/2023) |
| 11/07/2023 | 12 | Notice of Appearance of David A. Rabbino appearing on behalf of Siltronic Corporation. Filed by on behalf of Siltronic Corporation. (Rabbino, David) (Entered: 11/07/2023) |
| 11/06/2023 | 11 | Notice *of Errata for Cash−Out Consent Decree* Filed by United States of America. (Attachments: # 1 Cash−Out Consent Decree) (Zevenbergen, Michael) (Entered: 11/06/2023) |
| 11/03/2023 | 10 | *Amended* Certificate of Service by United States of America of Notice 7 , Notice 5 , Complaint, 1 , Notice 8 , Notice 4 , Notice 2 , Notice 6 , Notice 9 Filed by United States of America. (Zevenbergen, Michael) (Entered: 11/03/2023) |
| 11/01/2023 | 9 | Notice re Notice 4 *of Lodging of Appendix H to Restoration Credit Consent Decree* Filed by United States of America. (Related document(s): Notice 4 .) (Attachments: # 1 Appendix H) (Zevenbergen, Michael) (Entered: 11/01/2023) |
| 11/01/2023 | 8 | Notice re Notice 4 *of Lodging of Appendix G to Restoration Credit Consent Decree* Filed by United States of America. (Related document(s): Notice 4 .) (Attachments: # 1 Appendix G) (Zevenbergen, Michael) (Entered: 11/01/2023) |
| 11/01/2023 | 7 | Notice re Notice 4 *of Lodging of Appendix F to Restoration Credit Consent Decree* Filed by United States of America. (Related document(s): Notice 4 .) (Attachments: # 1 Appendix F) (Zevenbergen, Michael) (Entered: 11/01/2023) |
| 11/01/2023 | 6 | Notice re Notice 4 *of Lodging of Appendix E to Restoration Credit Consent Decree* Filed by United States of America. (Related document(s): Notice 4 .) (Attachments: # 1 Appendix E) (Zevenbergen, Michael) (Entered: 11/01/2023) |
| 11/01/2023 | 5 | Notice re Notice 4 *of Lodging of Appendix D to Restoration Credit Consent Decree* Filed by United States of America. (Related document(s): Notice 4 .) (Attachments: # 1 Appendix D) (Zevenbergen, Michael) (Entered: 11/01/2023) |
| 11/01/2023 | 4 | Notice *of Lodging of Restoration Credit Consent Decree* Filed by United States of America. (Attachments: # 1 Restoration Credit Consent Decree, # 2 Appendix A, # 3 Appendix B, # 4 Appendix C) (Zevenbergen, Michael) (Entered: 11/01/2023) |
| 11/01/2023 | 3 | Notice of Case Assignment to Magistrate Judge Youlee Yim You and Discovery and Pretrial Scheduling Order. **NOTICE: Counsel shall print and serve the summonses and all documents issued by the Clerk at the time of filing upon all named parties in accordance with Local Rule 3−5**. Discovery is to be completed by 2/29/2024. Joint |

| | | |
|---|---|---|
| | | Alternate Dispute Resolution Report is due by 4/1/2024. Ordered by Magistrate Judge Youlee Yim You. (ecp) (Entered: 11/01/2023) |
| 11/01/2023 | 2 | Notice *of Lodging of Consent Decree* Filed by United States of America. (Attachments: # 1 Consent Decree) (Zevenbergen, Michael) (Entered: 11/01/2023) |
| 11/01/2023 | 1 | Complaint. *(fee exempt status selected (AUSA or other DOJ attorney))* Jury Trial Requested: No. Filed by United States of America against All Defendants (Attachments: # 1 Civil Cover Sheet). (Zevenbergen, Michael) Modified docket text on 11/1/2023 to reflect filer is exempt from fee but is not an AUSA. (eo) (Entered: 11/01/2023) |